**SOLOUKI | SAVOY, LLP**
316 W. 2nd Street, Suite 1200
Los Angeles. California 90012
Telephone: (213) 814-4940
Facsimile: (213) 814-2550
Grant Joseph Savoy, Esq. (SBN: 284077)
grant@soloukisavoy.com
Shoham J. Solouki, Esq. (SBN:278538)
shoham@soloukisavoy.com

**LAW OFFICES OF HOWARD PROSSNITZ**
Howard B. Prossnitz, Esq. (*pro hac vice motion to be filed*)
1014 Ontario Street
Oak Park, IL 60302
Telephone: (708) 203-5747
prossnitzlaw@gmail.com

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JULIO C. ALAS, | ) | |
| | ) | No. |
| Plaintiff, individually and as | ) | |
| a representative of all persons | ) | |
| similarly situated, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **PLAINTIFF'S CLASS** |
| | ) | **ACTION COMPLAINT** |
| | ) | |
| AT&T INC. and | ) | |
| AT&T SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

///
///
///

1

1.     Plaintiff Julio C. Alas, individually, and as a representative of a class of participants and beneficiaries of the AT&T Retirement Savings Plan (Plan or AT&T Plan), brings this action under 29 U.S.C. §§ 1132(a)(2) and (3), and on of behalf of the Plan against defendants AT&T Inc. (AT&T) and AT&T Services, Inc. (AT&T Services) for breach of fiduciary duties.

2.     AT&T, Inc. (AT&T) is the sponsor of the Plan.  AT&T Services Inc. (AT&T Services) is the Plan administrator.  Both are fiduciaries to the Plan.

## Introduction

3.     401(k) defined contribution plans such as the AT&T Plan have become America's primary retirement vehicle instead of traditional pension plans where the risk of poor investment performance and high fees was on the employer.  Here, it is the employees' retirement monies which suffer if the Plan is saddled with high fees and underperforming assets.

4.     With 241,414 active participants as of December 31, 2016t and $34.792 billion in net assets, the AT&T Plan is one of the largest plans in the country.  It ranks in the top .1 % of over 500,000 401(k) plans in terms of the amount of its assets.[1]   It has failed to use its enormous size to get reasonable fees for Plan participants and to obtain low cost asset allocation funds.

5.     The marketplace for retirement plan services is established and competitive. Large multi-billion dollar plans serving over 240,000 participants such as the AT&T Plan have enormous bargaining power to obtain low cost administrative and investment management services.  The overall trend in 401(k) plan administrative fees has been markedly downward.  From 2006 to 2015, the estimated annual administrative cost of 113 large plans surveyed fell almost in one-half according to

---

[1]  *The BrightScope/ ICI Contribution Plan Profile: A Close Look at 401(k) Plans,2014* at 11. (Dec. 2016), available at https://www.ici.org/pdf/ppr_16_dcplan_profile_401k.pdf.

the NEPC 2015 Defined Contribution Plan & Fee Survey" What A Difference a Decade Makes at 1 (Oct. 2015)[2].

6.     While most Plans saw large fee decreases, ATT Plan fees were increasing almost 400%.  AT&T Plan administrative fees increased from $5,055,000 in 2011 to $19,533.000 in 2016.

7.     Defendants are obligated to act for the exclusive benefit of Plan participants. The duties of an ERISA fiduciary have been described as the "highest known to the law", Howard v. Shay, 100 F. 3d. 1484, 1488 (9th Cir. 1996) quoting Donovan v. Bierwirth, 680 F. 2d 263, 272 n.8, (2d Cir.), cert. denied,  459 U.S. 1069 (1982).

8.     In breach of these duties, Defendants failed to adequately and prudently manage the Plan.  They allowed unreasonable administrative expenses  to be incurred by participants; and they did not use their bargaining power to obtain low cost asset allocation funds.

9.     In determining whether Defendants fulfilled their fiduciary duties,  they are judged by the standard of how a prudent financial expert familiar with investment industry practices and fees would act.

10.     To remedy the breaches of fiduciary duty, Plaintiff brings this action to enforce Defendants' liability under 29 U. S. C. § 1109(a), to make good to the Plan all losses resulting from their breaches of fiduciary duties, and to restore to the Plan lost investment returns.  In addition, Plaintiff seeks to reform the Plan to comply with ERISA and to prevent further breaches of fiduciary duties and other such equitable and remedial relief as the Court may deem appropriate.

///

///

///

_____

[2]https://cdn2.hubspot.net/hubfs/2529352/Blog/2015_10_nepc_2015_defined_contribution _plan_and_fee_survey-_what_a_difference_a_decade_makes_copy1.pdf?t=1486746354842.

## JURISDICTION AND VENUE

11.    This Court has federal question subject matter jurisdiction under 28 U.S.C. § 1331 because this is an action under 29 U.S.C. §§ 1132(a)(2) and (3) for which federal district courts have exclusive jurisdiction under 29 U.S.C. § 1132(e)(1).

12.    This district is the proper venue for this action under 29 U.S.C. §1132(e)(2) and 29 U.S.C. § 1391(b)(2) since a substantial part of the events or omissions giving rise to the claim occurred here.

## PARTIES

13.    AT&T is a holding company organized under the law of the State of Delaware.  It is a publicly traded New York Stock Exchange company that provides telecommunications and digital entertainment services.  It employs 260,000 people and has revenues of $161 billion.

14.    AT&T Services is a subsidiary of AT&T.

15.    The AT&T Retirement Savings Plan is a defined contribution, individual account, employee pension benefit plan under 29 U.S.C. § 1002(2)(A) and §1002(34).

16.    AT&T is the Plan sponsor under 29 U.S.C. § 1002(16)(B).

17.    AT&T Services is the Plan administrator under 29 U.S.C. § 1002(16)(A).

18.    As required by 29 U.S.C. §1102(a)(1), the Plan is established and maintained by a written plan document.

19.    As of December 31, 2016, the Plan had net assets of $34.792 billion and 241,414 participants with account balances.

20.    Plaintiff  Julio C. Alas is a resident of Montebello, California.  He is an AT&T employee and has been a Plan participant from March 14, 2008 through the present.   A copy of his Retirement Savings Statement from March 14, 2008 through May 31, 2017 is attached as Exhibit One hereto.

4

## ERISA FIDICIARY STANDARDS

21.    ERISA imposes strict fiduciary duties of loyalty and prudence upon Defendants as fiduciaries of the Plan.  The statute states,  "a fiduciary shall discharge his duties with respect to a plan solely in the interest of the participants and beneficiaries and (A) for the exclusive purpose of (i) providing benefits to participants and their beneficiaries; and (ii) defraying reasonable expenses of administering the plan; [and] (B) with the care, skill, prudence and diligence under the circumstances then prevailing that a prudent man acting in like capacity and familiar with such matters would use in the conduct of like character and with like aims."

22.    Under ERISA, fiduciaries that exercise control or authority over plan assets, and the selection of service providers, must act prudently at all times and act solely in the interest of plan participants.

23.    ERISA fiduciary duties must be performed "with an eye single to the interests of the participants and beneficiaries".   Donovan v. Bierwirth, supra  at 271,  citing  Restatement of Trusts 2d § 170 (1959).

## FACTS

24.    In a defined contribution plan,  such as the AT&T Plan, the plan "provides for an individual account for each participant and for benefits solely upon the amount contributed to the participant's account, and any income, expenses, gains and losses … which may be allocated to such participant's account". 28 U.S.C. §1002(34).   A participant is limited to investing in options made available in the plan.  Therefore, the selection of menu options by the Plan fiduciaries and the amount of fees imposed upon individual accounts is crucial in determining how much money a participant has at retirement.

5

25.     Seemingly small differences in fees can lead to vastly different outcome at retirement.   For example, a 1% difference in fees can mean 28 % less in retirement assets over a thirty-five year period, U.S. Dept. of Labor, A Look at 401(k) Plan Fees, (August 2013) at 1-2, `https://www.dol.gov/ebsa/publications/401k_employee.html.`

26.     Low fees are important in selecting which investments a plan offers to participants.   Funds with high fees tend to perform worse than funds with low fees.   Morningstar determined that expense ratios are the best predictor of  future fund performance.   Specifically, it looked at fund performance from 2010 to 2015 and found:

> … in U.S. equity funds,  the cheapest quintile has a total-return success rate of 62% compared with 48% for the second-cheapest quintile, then 39% for the middle quintile, 30% for the second priciest quintile, and 20% for the priciest quintile.  So, the cheaper the quintile, the better your chances….The pattern was pretty much the same in other asset classes.[3]

27.      Therefore, fees are of critical importance to a fiduciary's prudent investment menu selection.   There is no reason to choose a higher cost fund unless it can be shown that higher cost fund will be an exception to the general rule and will outperform its benchmark over time after its high fees are deducted.

## **Plan Administrative Expenses Were Too  High**

28.     Defendants controlled which investment options were available in the Plan and selected the recordkeeping and administrative service providers for the Plan.

29.     Recordkeeping and administrative services for the Plan are provided by Fidelity Investments Institutional.   Plan wide investment advisory services are provided by Financial Engines, Inc.

---

[3]  http://news.morningstar.com/articlenet/article.aspx?id=752485

30.     In 2016, Fidelity Institutional Inc, was paid $15,529,000 plus an undisclosed amount of indirect compensation known as revenue sharing.

31.     In 2016, Financial Engines Inc. was paid $4,004,000.   Total administrative expenses in 2016 were $19,533,000.  (See excerpts of 2016 Plan Form 5500 attached as Exhibit Two hereto.)

32.     The United States Supreme Court held in Tibble v. Edison International, 135 S. Ct. 1823 (2015), that plan fiduciaries have an ongoing duty to maintain and monitor the operation of a plan.

33.     Recordkeeping is needed for every retirement plan.  There are numerous vendors who can provide high quality service to a plan such as the AT&T Plan. These vendors strenuously compete against each other by offering the lowest price for the best service.

34.     AT&T had the bargaining power to obtain and maintain low fees.  The Plan had significant leverage to procure high quality management and administrative services at a low cost.

35.     Excess fees come directly out of the pockets of Plan participants who earn less on their retirement money.

36.     The administrative expenses paid by the Plan from 2011 to 2016 are as follows:

| | |
|---|---|
| 2011 | $ 5,055,000 |
| 2012 | $13,267,000 |
| 2013 | $14,086,000 |
| 2014 | $15,068,000 |
| 2015 | $17,281,000 |
| 2016 | $19,533,000 |

37.     These administrative fees are excessive.  A reasonable administrative and recordkeeping fee per person is $30.  However, in 2016, the cost per AT&T participant was $81.   An extra $50 per person in administrative expenses amounts to $12 million in excess costs for 2016 alone, or tens of millions of dollars over the entire six year class period.

### The Excessive Operating Expenses of Certain Plan Funds

38.     AT&T established an AT&T Master Trust to manage assets of pooled investments options among AT&T sponsored employee benefit plans.  The AT&T Plan owned 99.72% of the Master Trust as of December 31, 2016.  Among the investment options in the Plan were ATT Aged Based Asset Allocation Funds or target date retirement funds including the following:

> AT&T Age-Based Allocation 2000 Fund
>
> AT&T Age-Based Allocation 2005 Fund
>
> AT&T Age-Based Allocation 2010 Fund
>
> AT&T Age-Based Allocation 2015 Fund
>
> AT&T Age-Based Allocation 2020 Fund
>
> AT&T Age-Based Allocation 2025 Fund
>
> AT&T Age-Based Allocation 2030 Fund
>
> AT&T Age-Based Allocation 2035 Fund
>
> AT&T Age-Based Allocation 2040 Fund
>
> AT&T Age-Based Allocation 2045 Fund
>
> AT&T Age-Based Allocation 2050 Fund
>
> AT&T Age-Based Allocation 2055 Fund

39.     The AT&T Plan owned over 99% of each of these Asset Allocation Funds. Further, the Asset Allocation Funds had a fair value of $4.562 billion as of year-end 2016.

8

40.     According to the August 2013, Prospectus for the Plan, the Asset Allocation Funds each had annual operating expenses of .31%.

41.     The ATT Asset Allocation Funds which are target date retirement funds should have very low expenses given the size of the AT&T Plan and the nature of the funds.   Morningstar concluded that actively managed target date retirement funds do not produce better performance results than passively managed target date funds.[4]   Therefore, a target date retirement fund need only contain passively managed index funds in order to get good performance and low fees.

42.     The operating expenses of the ATT target date retirement funds was .31% or 31 basis points.   The Plan could have cut expenses by 80% by offering investment options similar to Vanguard collective target date investment trusts. Vanguard target date retirement trusts have expense ratios as low as 7 basis points. This expense ratio is 24 basis points lower than the ATT funds.  Saving 24 basis points a year on $4.5 billion of ATT Plan target date fund holdings would have decreased expenses by $10.8 million per year or $64.8 million over the class period.  This money would have redounded to the benefit of the Plan.  ATT failed to  use lower cost target date trusts which would have offered investment returns comparable to or better than the ATT funds.

43.     The ATT Total Return Bond Fund was also excessively expensive at 46 basis points.  The annual expenses of the Vanguard Total Bond Market Index Fund Institutional Shares are only 10 basis points, which is 78% less expensive than the ATT bond fund

### Plan's Inadequate Disclosure Concerning Revenue Sharing

44.     Revenue sharing is the practice whereby mutual funds or other investments owned by the Plan pay back to the Plan part of the money the funds charge to

[4]  http://www.pionline.com/article/20150504/PRINT/305049971/active-or-passive-target-date-funds-study-finds-returns-similar-net-of-fees

investors for operating expenses.  The payments are supposedly used to offset Plan record keeping and administrative costs.

45.     The problem is that if the amounts remitted through revenue sharing are greater than the actual and reasonable costs of record keeping by the Plan, the revenue sharing payments become kickbacks for including a fund in the Plan's list of menu options.

46.     According to the Annual Reports of the AT&T Plan (Form 5500s) filed with the U.S. Department of Labor, service providers to the Plan such as Fidelity Investments Institutional received indirect payments from sources other than the Plan or its sponsor.   If so, these payments are a form of revenue sharing.  Yet, AT&T does not disclose to Plan participants the amount of such revenue sharing payments, nor how the payments were applied.  Without this information, it is not possible to determine whether the revenue sharing amounts were reasonable in relation to administrative costs.

## CLASS ACTION ALLEGATIONS

47.     Plaintiff  brings this action as a class action pursuant to Rules 23(a) and 23(b)(1), or, in the alternative, 23(b)(3) of the Federal Rules of Civil Procedure on behalf of the following class of similarly situated persons (the Class):

> All participants in and beneficiaries of the AT&T Retirement Savings Plan for the period from six years before the filing of this action until the time of trial (the Class Period).

48.     The members of the class are so numerous that joinder of all members is impracticable.  At all relevant times, the numbers of class members was two hundred thousand or more.

49.     Common questions of law and fact exist as to all members of the class and predominate over any questions solely affecting individual members of the class. Among such questions are:

    i.   Whether AT&T and AT&T Services failed in their fiduciary duties with respect to the administration, management and supervision of recordkeeping and bookkeeping providers;

    ii.  Whether Defendants failed in their fiduciary duties to act as prudent financial managers and to minimize plan administrative fees and investment option operating expenses;

    iii. Whether the operating expenses charged, collected and negotiated in connection with the Plan investment options were reasonable;

    iv.  Whether the annual notices on fees made adequate disclosure; and,

    v.   Whether Defendants' breaches of fiduciary duties caused losses to the Plan and its participants, and if so, in what amount.

50.     There are no substantial individual questions among Class members on the merits of this action.

51.     Plaintiff's claims are typical of the members of the Class.

52.     Plaintiff has been injured by the alleged breaches of fiduciary duties and is committed to fairly, adequately and vigorously representing and protecting the interests of Class members.

53.     Plaintiff has retained counsel who are experienced in class action litigation.

54.     Neither Plaintiff, nor his counsel, have any interests that would cause them to refrain from vigorously pursuing this action.

55.     Plaintiff is an adequate class representative.

11

56.     Class certification of Plaintiff's claims is appropriate pursuant to Fed. R. Civ. P. 23(b)(1) because the prosecution of separate actions by individual Class members would create a risk of inconsistent or varying adjudications which would establish incompatible standards of conduct for Defendants, and/or because adjudications with respect to individual Class members would as a practical matter be dispositive of the interests of non-party Class members.

57.     In the alternative, class certification is also appropriate under Fed. R. Civ. Pro. 23(b)(3) because common issues of law and fact predominate over questions affecting only individual members of the Class.

58.     A class action is superior to other available methods for the fair and efficient adjudication of this controversy.   Defendants have injured Plaintiff and the members of the Class by diminishing their investment returns.  The diminution of returns and excessive fees are relatively small for each individual, but large in the aggregate.   Individual participants have an insufficient stake in the outcome of this matter to devote substantial resources to pursue it so only through a class action mechanism can their claims be effectively pursued.

59.     On information and belief, the names and addresses of all Class members are available through Defendants, and adequate notice can be provided to Class members as required by Fed. R. Civ. Pro. 23.

## COUNT ONE

### Breach of Fiduciary Duties Under ERISA Due to Failure to Ensure and Maintain Reasonable Fund Operating Expenses

60.     Plaintiff incorporates by reference each of the preceding paragraphs as if fully set forth herein.

61.     Defendants had a fiduciary duty to manage the Plan for the sole and exclusive benefit of the Plan participants and beneficiaries, and to act with the care,

skill, diligence and prudence demanded by ERISA.  AT&T and AT&T Services are  responsible for ensuring that operating expenses of Plan investments are reasonable, to select prudent cost effective investment options, to evaluate and monitor the investments on an ongoing basis, to eliminate imprudent investments, and to take all necessary steps to ensure that the Plan's assets are invested prudently.

62.     The message of the U.S. Supreme Court in Tibble, supra, was loud and clear:  ERISA's  "duty of prudence involves a continuing duty to monitor investments and remove imprudent ones[.]"  135 S. Ct. at 1829.

63.     Defendants selected and retained Plan investment options with excessively high fees relative to lower cost funds of the same category and similar performance records, separate accounts, and collective trusts, all of which were readily available to this large Plan.  In particular, the AT&T Age Based Asset Allocation Funds and the AT&T Total Return Bond Fund were too expensive.

64.     Defendants failed to discharge their duties with the care, skill and prudence under the circumstances then prevailing that a prudent person acting in a like capacity and familiar with such matters would use in the conduct of an enterprise of like character and with like aims.

65.     Defendants thereby breached their fiduciary duties under 29 U.S.C. §1104(a)(1)(B).

## COUNT TWO

### Breach of Fiduciary Duties Under ERISA Due to Failure to Ensure and Maintain Reasonable Administrative, Record Keeping and Bookkeeping Fees

66.     Plaintiff incorporates each of the preceding paragraphs as if set forth fully herein.

67.     Defendants failed to ensure that administrative expenses of the Plan were not excessive for a plan of its size.

68.     Defendants had a fiduciary duty to manage the Plan for the sole and exclusive benefit of the Plan participants and beneficiaries, and to act with the care, skill, diligence and prudence demanded by ERISA.  Defendants are responsible for ensuring that administrative, book keeping and record keeping expenses of the Plan are reasonable.

69.     Defendants selected and retained Plan administrative service providers with excessively high fees relative to other options for a plan of this size.

70.     Defendants thereby failed to discharge their duties with the care, skill and prudence under the circumstances then prevailing that a prudent person acting in a like capacity and familiar with such matters would use in the conduct of an enterprise of like character and with like aims.

71.     Defendants thereby breached their fiduciary duties under 29 U.S.C. §1104(a)(1)(B).

## **PRAYER FOR RELIEF**

        Wherefore, Plaintiff prays for judgment as follows:

A.  Certify this action as a class action and appoint Plaintiff's counsel as class counsel pursuant to F. R. Civ. Pro.23;

B.  Declare that Defendants have breached their fiduciary duties to the Class;

C.  Enjoin Defendants from further violations of their fiduciary responsibilities, duties and obligations under ERISA;

D.  Require that Defendants provide enhanced disclosures regarding revenue sharing;

E.  Order that Defendants make good to the Plan all losses resulting from their breaches of fiduciary duties;

14

F.  Order that Defendants disgorge any profits that they have made through their breaches of fiduciary duties;

G.  Award Plaintiff reasonable attorneys' fees and costs of suit incurred herein pursuant to ERISA § 502(g), 29 U.S.C. 1132(g), and/or for the benefit obtained for the common fund;

H.  Order Defendants to pay pre-judgment interest; and,

I.  Award such other and further relief as the Court deems just.

Dated: November 6, 2017

Plaintiff,

By:  *Howard B. Prossnitz, Esq. /s/*
*pro hac vice application to be filed*

LAW OFFICES OF HOWARD PROSSNITZ
203 Forest Avenue
Oak Park, IL 60302
Telephone:  (708) 203-5747
prossnitzlaw@gmail.com

By:  *Shoham J. Soloui, Esq.  /s/*

Grant J. Savoy, Esq.
Shoham J. Solouki, Esq.
SOLOUKI | SAVOY, LLP.
316 West 2nd Street
Los Angeles, CA 90012
Telephone: (213) 814-4940
Facsimile: (213) 814-2550
grant@soloukisavoy.com
shoham@soloukisavoy.com

Exhibit One

## AT&T Retirement Savings Plan

## Retirement Savings Statement

March 14, 2008 – May 31, 2017

MG 74375          A          ENV#MG000003

JULIO C ALAS
801 SOUTH 10TH ST
MONTEBELLO, CA 90640

For information: Call 1-800-416-2363
Internet Address: www.netbenefits.com/att
Representatives are available 8:30 AM - 12:00 AM
Eastern Time, any business day.

## Your Account Summary

| | |
|---|---:|
| **Beginning Balance** | **$0.00** |
| Employee Contributions | 18,971.82 |
| Employer Contributions | 15,177.46 |
| Exchange In | 2,684.90 |
| Exchange Out | -2,684.90 |
| New Loans | -17,531.00 |
| Withdrawals/Distributions | -9,603.09 |
| Loan Repayments | 8,931.94 |
| Fees | -562.92 |
| Dividends | 1,372.45 |
| Change in Market Value | 6,088.99 |
| **Ending Balance** | **$22,845.65** |

**Additional Information**

| | |
|---|---:|
| Vested Balance | $22,845.65 |
| Outstanding Loan Balance | $9,515.15 |

Loans are an asset of your account but are not included in your ending balance.

**Your Personal Rate of Return**

| | |
|---|---:|
| This Period | 114.7% |
| Year to Date | 5.1% |

Your Personal Rate of Return is calculated with a time-weighted formula, widely used by financial analysts to calculate investment earnings. It reflects the results of your investment selections as well as any activity in the plan account(s) shown. There are other Personal Rate of Return formulas used that may yield different results. Remember that past performance is no guarantee of future results.

## Your Asset Allocation



Stocks 94%

Bonds 2%

Short-term 4%

Your investments are currently allocated among the displayed asset classes. Percentages and totals may not be exact due to rounding.

The Additional Fund Information section lists the allocation of your blended funds.

Please read this statement carefully. Any error must be reported to Fidelity Investments within 90 days.

AT&T Retirement Savings Plan

Statement Period: 03/14/2008 to 05/31/2017

## Market Value of Your Account
This section displays the value of your account for the period, in both units and dollars.

| Investment | Shares/Units on 03/13/2008 | Shares/Units on 05/31/2017 | Price on 03/13/2008 | Price on 05/31/2017 | Market Value on 03/13/2008 | Market Value on 05/31/2017 |
|---|---|---|---|---|---|---|
| **Stock Investments** | | | | | **$0.00** | **$5,063.68** |
| AT&T Shares Fund | 0.000 | 360.166 | $13.09 | $14.05 | 0.00 | 5,063.68 |
| **Blended Fund Investments*** | | | | | **$0.00** | **$17,781.97** |
| AT&T Asset Aloc 2040 | 0.000 | 1,132.290 | $8.59 | $15.70 | 0.00 | 17,781.97 |
| **Account Total** | | | | | **$0.00** | **$22,845.65** |

Remember that a dividend payment to fund shareholders reduces the market value of the fund, so a decrease in the unit value for the statement period does not necessarily reflect lower fund performance.

*Some of your investments are classified as a Blended Fund Investment. Blended Investments may include a mixture of stocks, bonds and/or short-term assets. Please refer to the "Additional Fund Information" section to determine the allocation of your blended investments' underlying assets.

As of May 31, 2017 you own 360.166 units in the AT&T Shares Fund, which equates in value to approximately 131.4217 shares of stock at $38.53 per share.

Please refer to NetBenefits and other Plan information, such as your SPD, for a description of your right to direct investments under the Plan. For information on any plan restrictions or limitations on those rights visit NetBenefits and click on "Plan Information".

To help achieve long-term retirement security, you should give careful consideration to the benefits of a well-balanced and diversified investment portfolio. Spreading your assets among different types of investments can help you achieve a favorable rate of return, while minimizing your overall risk of losing money. This is because market or other economic conditions that cause one category of assets, or one particular security, to perform very well often cause another asset category, or another particular security, to perform poorly. If you invest more than 20% of your retirement savings in any one company or industry, your savings may not be properly diversified. Although diversification is not a guarantee against loss, it is an effective strategy to help you manage investment risk.

In deciding how to invest your retirement savings, you should take into account all of your assets, including any retirement savings outside of the Plan. No single approach is right for everyone because, among other factors, individuals have different financial goals, different time horizons for meeting their goals, and different tolerances for risk. It is also important to periodically review your investment portfolio, your investment objectives, and the investment options under the Plan to help ensure that your retirement savings will meet your retirement goals. Visit the Department of Labor website http://www.dol.gov/ebsa/investing.html for information on individual investing and diversification.

Please check your account information frequently and promptly review correspondence, account statements, and confirmations as they are made available to you. Contact Fidelity immediately if you see or suspect unauthorized activity, errors, discrepancies, or if you have not received your account documents or information.

Some of the administrative services performed for the Plan were underwritten from the total operating expenses of the Plan's investment options.

## Your Investment Direction As Of 06/27/2017
This section displays the funds in which your future contributions will be invested.

| Contributions | Basic Before-Tax | Supplementary Before-Tax | Company Match |
|---|---|---|---|
| This Period | $18,971.82 | $0.00 | $15,177.46 |
| Year to Date | $1,715.01 | $0.00 | $1,372.03 |
| Inception to Date | $18,971.82 | $0.00 | $15,177.46 |
| **Vested Percent** | **100.00** | **100.00** | **100.00** |
| **Total Balance** | **17,484.86** | **1,153.88** | **4,206.91** |
| **Total Vested Balance** | **17,484.86** | **1,153.88** | **4,206.91** |

AT&T Retirement Savings Plan                                    Statement Period: 03/14/2008 to 05/31/2017

## Your Account Activity By Fund
Use this section as a summary of transactions that occurred in your account during the statement period.

| Activity | AT&T Asset Aloc 2040 | AT&T LESOP 2 | AT&T Shares Fund | Total |
|---|---|---|---|---|
| **Beginning Balance** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| Employee Contributions | 18,971.82 | 0.00 | 0.00 | 18,971.82 |
| Employer Contributions | 0.00 | 2,013.71 | 13,163.75 | 15,177.46 |
| Exchange In | 0.00 | 0.00 | 2,684.90 | 2,684.90 |
| Exchange Out | 0.00 | -2,684.90 | 0.00 | -2,684.90 |
| New Loans | -11,290.60 | 0.00 | -6,240.40 | -17,531.00 |
| Withdrawals/Distributions | 0.00 | 0.00 | -9,603.09 | -9,603.09 |
| Loan Repayments | 6,286.45 | 0.00 | 2,645.49 | 8,931.94 |
| Transfers In | 0.00 | -182.19 | 182.19 | 0.00 |
| Administrative Fees | -227.92 | 0.00 | 0.00 | -227.92 |
| Loan Maint. Fee | -90.00 | 0.00 | 0.00 | -90.00 |
| In-Service Withdrawal Fee | -40.00 | 0.00 | 0.00 | -40.00 |
| Loan Setup Fee | -105.00 | 0.00 | 0.00 | -105.00 |
| Overnight Mailing Fee | -100.00 | 0.00 | 0.00 | -100.00 |
| Dividends | 0.00 | 182.19 | 1,190.26 | 1,372.45 |
| Change in Market Value | 4,377.22 | 671.19 | 1,040.58 | 6,088.99 |
| **Ending Balance** | **$17,781.97** | **$0.00** | **$5,063.68** | **$22,845.65** |

## Your Loan Activity

| Loan Id | Loan Date | Loan Amount | Balance on 03/14/2008 | Principal Repaid This Period | Balance on 05/31/2017 | Interest Paid This Period |
|---|---|---|---|---|---|---|
| SPL1 | 08/07/2013 | $3,000.00 | $0.00 | $2,228.63- | $771.37 | $310.57 |
| SPL2 | 07/14/2015 | 9,531.00 | 0.00 | 5,412.13- | 4,118.87 | 514.91 |
| SPL3 | 11/18/2016 | 5,000.00 | 0.00 | 375.09- | 4,624.91 | 90.61 |
| | | Loan Totals: | $0.00 | $8,015.85- | $9,515.15 | $916.09 |

## Your Account Information 06/27/2017
Use this section to ensure Fidelity's records of your information are up-to-date.

**General Information**

| | | | |
|---|---|---|---|
| Participant Status | Active | Term of Employment Date | 03/14/2008 |
| Vesting Date | 03/14/2008 | | |

**Contributions**

| | | | |
|---|---|---|---|
| Before Tax | 4% | Supplementary Before Tax | 0% |
| After Tax | 0% | Supplementary After Tax | 0% |
| Roth Basic | 0% | Roth Supplemental | 0% |

**Company Stock Cost**

| | |
|---|---|
| AT&T Shares Fund | $4,973.47 |

## A Message From Fidelity Investments

To access performance information on the investment options available in your Plan - log onto www.netbenefits.com or call your plan's toll-free number.

Before investing in any mutual fund, please carefully consider the investment objectives, risks, charges and expenses. For this and other information, call or write Fidelity for a free prospectus. Read it carefully before you invest.

Fidelity Brokerage Services LLC, Member NYSE, SIPC, 900 Salem Street, Smithfield, RI 02917.

459279

AT&T Retirement Savings Plan                                    Statement Period: 03/14/2008 to 05/31/2017

## Additional Fund Information

Use this section to determine the asset allocation of your blended investments.

| Blended Investment | Stocks | Bonds | Short-Term / Other |
|---|---|---|---|
| AT&T Asset Aloc 2040 | 92% | 3% | 5% |

Blended Investments must invest in more than one asset class. The blended investment asset allocation above reflects the stated neutral mix or, if not available, the asset mix reported by Morningstar, Inc., for mutual funds or by investment managers for non-mutual funds.

AT&T Retirement Savings Plan                                      Statement Period: 03/14/2008 to 05/31/2017

## Your Statement Glossary

**Average Annual Total Return**
This is the hypothetical rate of return that, if the investment option achieved it over a year's time, would produce the same cumulative total return if the investment option performed consistently over the entire period. A total return is expressed in a percentage and tells you how much the investment has earned or lost over time, assuming that all dividends and capital gains are reinvested.

**Change in Market Value**
The change in value reflects the fluctuations in the price per share of the investment option because of changes in their underlying investments (stocks, bonds or short term investments). In the Account Summary section of your statement, this number is the total of all changes in all of your investments due to these types of fluctuations.

**Dividends**
In the investment options of your plan, including mutual funds and company stock (if applicable), dividends are money paid to shareholders that comes from the investment income that the fund has earned.  Depending on the rules of your plan, dividends on company stock may be reinvested into your retirement account or paid to you in cash.

**Market Value**
Market Value is the dollar value of the investments in your account.  You can calculate the market value by using the following formula:
Market Value = Number of shares in your account x Price per share of the fund.

**Shares**
Shares are your units of ownership of each investment in your account.

**Share Price**
The value of one share of each investment in your account is called share price.  It is determined by taking the total value of the whole investment option on a given day and dividing it by the number of shares outstanding.

**Vesting**
Vesting refers to your level of ownership in company contributions and any associated earnings.  When the company contributes money to your account, it resides in your account, under your name. This money becomes fully yours once you have satisfied the vesting requirements of your plan. You are always entitled to 100% of your contributions and any associated earnings.

---

**Some special information about other sections that may appear in your account statement.**

**Asset Allocation**
Investments can be divided into three major asset classes:  Stocks, Bonds, and Short Term Investments.  These asset classes represent the different types of underlying securities that may be held in the investment option(s) you own. Please note that you may be invested in a blended fund where the fund holdings are invested in more than one asset class.

**Stocks**
Stocks can add a growth component to your portfolio.  They represent ownership or equity in a company.  Stocks have the potential to outperform other types of investments over the long term.  However, stocks tend to have wider price fluctuations over short periods of time than other securities.

**Bonds**
Bonds can add an income portion to your portfolio.  They represent a loan to a corporation or Government Agency, and provide the opportunity for higher current income than short-term investments.  Unlike short-term investments and stable value investments, bond prices fluctuate with changes in interest rates.

**Short Term**
Short term investments can add stability to your portfolio.  They provide current income and seek to preserve the value of your investment.  They also tend to provide the lowest returns over the long term.  Examples of these investments include certificates of deposit (CDs), Treasury Bills and Money Market Instruments.

**Market Indices**
A Market index can measure the general trends in the performance of particular market segments.  You can use the appropriate market index to compare the performance (Average Annual Return) of the options in which you're invested.

**Standard and Poor's 500**
The S&P 500 incorporates a broad base of 500 stocks, including industrial, utility, and financial companies.  Some of its stocks have a greater influence on the direction of the market.  The S&P 500 calculation takes this into account by giving greater weight to these stocks.  The companies that make up the S&P 500 are traded on the American and New York Stock Exchanges, as well as the Over-The-Counter Exchange.

**Barclays Aggregate Bond Index**
This measures the total return of over 6,000 high-quality bond issues, including government, corporate, and mortgage sectors. Bonds in this price-weighted index have an average maturity of 10 years.

**Morgan Stanley EAFE Index**
The MSCI EAFE Index (Morgan Stanley Capital International Europe, Australasia, and Far East, Index) is an unmanaged Index and includes the reinvestment of dividends. It is designed to represent the performance of developed stock markets outside the United States and Canada.  The MSCI EAFE Index is a registered service mark of Morgan Stanley and has been licensed for use by FMR Corp.

---

Exhibit Two

| Form 5500 | Annual Return/Report of Employee Benefit Plan | OMB Nos. 1210-0110 1210-0089 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code). | |
| Department of Labor Employee Benefits Security Administration | ▶ Complete all entries in accordance with the instructions to the Form 5500. | 2016 |
| Pension Benefit Guaranty Corporation | | This Form is Open to Public Inspection |

## Part I  Annual Report Identification Information

For calendar plan year 2016 or fiscal plan year beginning  01/01/2016                    and ending  12/31/2016

**A** This return/report is for:  [ ] a multiemployer plan          [ ] a multiple-employer plan (Filers checking this box must attach a list of participating employer information in accordance with the form instructions.)

[X] a single-employer plan     [ ] a DFE (specify) ____

**B** This return/report is:  [ ] the first return/report          [ ] the final return/report

[ ] an amended return/report      [ ] a short plan year return/report (less than 12 months)

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ [X]

**D** Check box if filing under:  [X] Form 5558          [ ] automatic extension          [ ] the DFVC program

[ ] special extension (enter description)

## Part II  Basic Plan Information—enter all requested information

**1a** Name of plan
AT&T RETIREMENT SAVINGS PLAN

**1b** Three-digit plan number (PN) ▶ | 009

**1c** Effective date of plan
07/01/1969

**2a** Plan sponsor's name (employer, if for a single-employer plan)
Mailing address (include room, apt., suite no. and street, or P.O. Box)
City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions)

AT&T INC.

P.O. BOX 132160
DALLAS, TX 75313-2160

**2b** Employer Identification Number (EIN)
43-1301883

**2c** Plan Sponsor's telephone number
210-351-3333

**2d** Business code (see instructions)
517000

Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | 10/05/2017 | LARRY RUZICKA |
|---|---|---|---|
| | Signature of plan administrator | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | | | |
| | Signature of employer/plan sponsor | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | | | |
| | Signature of DFE | Date | Enter name of individual signing as DFE |

Preparer's name (including firm name, if applicable) and address (include room or suite number)

Preparer's telephone number

For Paperwork Reduction Act Notice, see the instructions for Form 5500.

Form 5500 (2016)
v. 160205

Form 5500 (2016)                                                 Page **2**

| | | |
|---|---|---|
| **3a**  Plan administrator's name and address ☐ Same as Plan Sponsor | **3b**  Administrator's EIN | 74-2782655 |
| AT&T SERVICES, INC. | **3c**  Administrator's telephone number | |
| P.O. BOX 132160<br>DALLAS, TX 75313-2160 | | 210-351-3333 |

| | | | |
|---|---|---|---|
| **4**  If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report: | **4b**  EIN | |
| **a**  Sponsor's name | **4c**  PN | |

| | | | |
|---|---|---|---|
| **5**  Total number of participants at the beginning of the plan year | **5** | | 242651 |
| **6**  Number of participants as of the end of the plan year unless otherwise stated (welfare plans complete only lines 6a(1), 6a(2), 6b, 6c, and 6d). | | | |
| **a(1)**  Total number of active participants at the beginning of the plan year................................................................ | **6a(1)** | | 175090 |
| **a(2)**  Total number of active participants at the end of the plan year ...................................................................... | **6a(2)** | | 183429 |
| **b**  Retired or separated participants receiving benefits.............................................................................................. | **6b** | | 7901 |
| **c**  Other retired or separated participants entitled to future benefits ......................................................................... | **6c** | | 68225 |
| **d**  Subtotal. Add lines **6a(2)**, **6b**, and **6c**.............................................................................................................. | **6d** | | 259555 |
| **e**  Deceased participants whose beneficiaries are receiving or are entitled to receive benefits. ............................... | **6e** | | 699 |
| **f**  Total.  Add lines **6d** and **6e**.......................................................................................................................... | **6f** | | 260254 |
| **g**  Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | **6g** | | 241414 |
| **h**  Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested .............................................................................................................................................. | **6h** | | 9530 |
| **7**  Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item)........ | **7** | | |

**8a**  If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristics Codes in the instructions:

 2E   2F   2H   2I   2J   2K   2O   2R   2S   2T   3F   3H   3I

**b**  If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristics Codes in the instructions:

| | | | | |
|---|---|---|---|---|
| **9a**  Plan funding arrangement (check all that apply) | | | **9b**  Plan benefit arrangement (check all that apply) | |
| (1) | ☐ | Insurance | (1) | ☐ Insurance |
| (2) | ☐ | Code section 412(e)(3) insurance contracts | (2) | ☐ Code section 412(e)(3) insurance contracts |
| (3) | ☒ | Trust | (3) | ☒ Trust |
| (4) | ☐ | General assets of the sponsor | (4) | ☐ General assets of the sponsor |

**10**  Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached.  (See instructions)

| | | | | | | |
|---|---|---|---|---|---|---|
| **a** Pension Schedules | | | | **b** General Schedules | | |
| (1) | ☒ | **R**  (Retirement Plan Information) | | (1) | ☒ | **H**  (Financial Information) |
| (2) | ☐ | **MB**  (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary | | . (2) | ☐ | **I**  (Financial Information -- Small Plan) |
| | | | | (3) | ☐ 0 | **A**  (Insurance Information) |
| | | | | (4) | ☒ | **C**  (Service Provider Information) |
| (3) | ☐ | **SB**  (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary | | (5) | ☒ | **D**  (DFE/Participating Plan Information) |
| | | | | (6) | ☐ | **G**  (Financial Transaction Schedules) |

Schedule C (Form 5500) 2016                                  Page **3** - | 1 |

**2.  Information on Other Service Providers Receiving Direct or Indirect Compensation.**  Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions).

| **(a)** Enter name and EIN or address (see instructions) |
|---|

FIDELITY INVESTMENTS INSTITUTIONAL

04-2647786

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 37 64 65 71 | NONE | 15529000 | Yes ☒  No ☐ | Yes ☒  No ☐ | 0 | Yes ☒  No ☐ |

| **(a)** Enter name and EIN or address (see instructions) |
|---|

FINANCIAL ENGINES, INC.

94-3250323

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| 27 | NONE | 4004000 | Yes ☐  No ☒ | Yes ☐  No ☐ | | Yes ☐  No ☐ |

| **(a)** Enter name and EIN or address (see instructions) |
|---|

| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
|---|---|---|---|---|---|---|
| | | | Yes ☐  No ☐ | Yes ☐  No ☐ | | Yes ☐  No ☐ |

## SECURITIES AND EXCHANGE COMMISSION

### Washington, D.C. 20549

(Mark One)

## FORM 11-K

☒          **ANNUAL REPORT PURSUANT TO SECTION 15(d)
OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2016

**OR**

☐          **TRANSITION REPORT PURSUANT TO SECTION 15(d)
OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from_____ to

Commission File Number:1-8610

A. Full title of the plan and the address of the plan, if different from that of the issuer named below:

---

### AT&T RETIREMENT SAVINGS PLAN
### AT&T PUERTO RICO RETIREMENT SAVINGS PLAN

---

B. Name of issuer of the securities held pursuant to the plan and the address of its principal executive office:

### AT&T INC.

208 S. Akard, Dallas, Texas 75202



**EY**
Building a better
working world

Ernst & Young LLP
One Victory Park
Suite 2000
2323 Victory Avenue
Dallas, TX 75219

Tel: +1 214 969 8000
Fax: +1 214 969 8587
ey.com

# Report of Independent Auditors

To the Plan Administrator of the
AT&T Retirement Savings Plan and AT&T Puerto Rico Retirement Savings Plan

We have audited the accompanying financial statements of AT&T Retirement Savings Plan and AT&T Puerto Rico Retirement Savings Plan (collectively referred to as the Plans), which comprise the statements of net assets available for benefits as of December 31, 2016 and 2015, and the related statement of changes in net assets available for benefits for the year ended December 31, 2016, and the related notes to the financial statements.

**Management's Responsibility for the Financial Statements**

Management is responsible for the preparation and fair presentation of these financial statements in conformity with U.S. generally accepted accounting principles; this includes the design, implementation and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free of material misstatement, whether due to fraud or error.

**Auditor's Responsibility**

Our responsibility is to express an opinion on these financial statements based on our audits. We conducted our audits in accordance with auditing standards generally accepted in the United States. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

**Opinion**

In our opinion, the financial statements for each of the Plans referred to above present fairly, in all material respects, the net assets available for benefits of AT&T Retirement Savings Plan and AT&T Puerto Rico Retirement Savings Plan at December 31, 2016 and 2015, and the changes in their net assets available for benefits for the year ended December 31, 2016, in conformity with U.S. generally accepted accounting principles.



**Building a better
working world**

**Supplemental Schedules**

Our audits were conducted for the purpose of forming an opinion on the financial statements for each of the Plans as a whole. The accompanying supplemental schedules of assets (held at end of year) as of December 31, 2016, are presented for purposes of additional analysis and are not a required part of the financial statements but are supplementary information required by the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974. Such information is the responsibility of management and was derived from and relates directly to the underlying accounting and other records used to prepare the financial statements. The information has been subjected to the auditing procedures applied in the audits of the financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the financial statements or to the financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States. In our opinion, the information is fairly stated, in all material respects, in relation to the financial statements as a whole.

*Ernst & Young LLP*

June 22, 2017

**Statements of Net Assets Available For Benefits**
(Dollars in Thousands)

| | December 31, 2016 | | December 31, 2015 | |
|---|---|---|---|---|
| | AT&T Retirement Savings Plan | AT&T Puerto Rico Retirement Savings Plan | AT&T Retirement Savings Plan | AT&T Puerto Rico Retirement Savings Plan |
| **Assets** | | | | |
| Cash | $ 19,951 | $ - | $ - | $ - |
| Investment in AT&T Savings Plan Master Trust, (Note 4) | 31,761,625 | 88,253 | 28,829,979 | 75,898 |
| Investment in DIRECTV Savings Plan Master Trust, (Note 4) | 2,303,675 | - | - | - |
| Investments at Fair Value, (Note 4) | 3,253 | - | - | - |
| Receivables: | | | | |
| Notes receivable from participants | 694,508 | 8,083 | 636,382 | 7,594 |
| Employer contribution receivable | 5,193 | - | 2,629 | 60 |
| Participant contribution receivable | 4,301 | - | 4,185 | 91 |
| Net Assets Available for Benefits | $ 34,792,506 | $ 96,336 | $ 29,473,175 | $ 83,643 |

See Notes to Financial Statements.

2

**AT&T RETIREMENT SAVINGS PLAN**
**AT&T PUERTO RICO RETIREMENT SAVINGS PLAN**

Financial Statements, Supplemental Schedules and Exhibit

Table of Contents

|  | Page |
|---|---|
| Report of Independent Registered Public Accounting Firm | 1 |
| Financial Statements: | |
| Statements of Net Assets Available for Benefits as of December 31, 2016 and 2015 | 2 |
| Statements of Changes in Net Assets Available for Benefits for the Year Ended December 31, 2016 | 3 |
| Notes to Financial Statements | 4 |
| Supplemental Schedules: | |
| Schedule H, Line 4(i) – Schedules of Assets (Held at End of Year) as of December 31, 2016 | 24 |
| Exhibit: | |
| 23 – Consent of Independent Registered Public Accounting Firm | 27 |

**Statements of Changes in Net Assets Available For Benefits**
**For the Year Ended December 31, 2016**
**(Dollars in Thousands)**

|  | AT&T Retirement Savings Plan | AT&T Puerto Rico Retirement Savings Plan |
|---|---:|---:|
| Net Assets Available for Benefits, December 31, 2015 | $  29,473,175 | $  83,643 |
| **Additions to Net Assets** | | |
| Contributions: | | |
| Participant contributions | 1,117,483 | 5,196 |
| Employer contributions | 549,832 | 3,421 |
| Rollover contributions | 79,127 | 53 |
| Investment Income: | | |
| Net income from investment in AT&T Savings Plan Master Trust | 3,229,886 | 8,734 |
| Interest income on notes receivable from participants | 25,866 | 323 |
| Total Additions | 5,002,194 | 17,727 |
| **Deductions from Net Assets** | | |
| Administrative Expenses | 19,533 | 190 |
| Distributions | 2,047,269 | 4,844 |
| Total Deductions | 2,066,802 | 5,034 |
| Net increase before transfers | 2,935,392 | 12,693 |
| Transfer from other qualified savings plan (Note 1) | 2,379,270 | - |
| Transfers from affiliated plans | 4,669 | - |
| Net Assets Available for Benefits, December 31, 2016 | $  34,792,506 | $  96,336 |

See Notes to Financial Statements.

**Notes to Financial Statements**
**(Dollars in Thousands)**

## NOTE 1. PLAN DESCRIPTIONS

The following descriptions provide only general information. Detailed provisions covering participant eligibility, participant allotments from pay, participant withdrawals, participant loans, employer contributions and related vesting of contributions and plan expenses are provided in the plan texts and prospectuses. The AT&T Retirement Saving Plan and AT&T Puerto Rico Retirement Savings Plan (collectively referred to as the Plans) are defined contribution plans and are subject to the provisions of the Employee Retirement Income Security Act of 1974, as amended (ERISA).

The AT&T Retirement Savings Plan (ARSP) was originally established by BellSouth Corporation (BellSouth) to provide a convenient way for eligible non-management and bargained for employees of participating BellSouth companies to save on a regular and long-term basis. In December 2006, BellSouth was acquired by AT&T Inc. (AT&T). The ARSP became sponsored by AT&T Inc. effective December 31, 2008.

The AT&T Puerto Rico Retirement Savings Plan (ARSP-PR) was originally established by CCPR Inc. to provide a convenient way for eligible employees of its Puerto Rico subsidiary, CCPR Services Inc., and certain affiliates, to save on a regular and long-term basis. The ARSP-PR became sponsored by AT&T effective December 31, 2008.

The Plans participate in the AT&T Savings Plan Master Trust (AT&T Master Trust) for certain participant investment fund options as described below. The AT&T Master Trust invests in the AT&T Savings Group Investment Trust (Group Trust) for the remaining participant investment fund options. The Bank of New York (BNY) Mellon Corporation (BNY Mellon) serves as trustee for both the AT&T Master Trust and Group Trust. With respect to the ARSP-PR, BNY Mellon serves as a U.S. custodian pursuant to a custodian agreement and Oriental Financial Group serves as trustee of the associated trust known as the AT&T Puerto Rico Retirement Savings Plan Trust. Fidelity Investments Institutional Operations Company, Inc. (Fidelity) serves as recordkeeper for the Plans.

Effective December 31, 2016, the Company merged the DIRECTV 401(k) Plan into the ARSP. As a result of the merger, net assets in the amount of $2,355,620 were transferred into the ARSP on December 31, 2016, and included in the Transfers from other qualified savings plans line on the Statement of Changes in Net Assets Available for Benefits. The DIRECTV Master Trust was merged into the AT&T Savings Plan Master Trust in January 2017. State Street Bank and Trust Company (State Street) serve as the trustee of the DIRECTV Savings Plan Master Trust (DIRECTV Master Trust), and with the completion of the trust merger, State Street's role as trustee was terminated. All provisions of the ARSP remain the same.

Effective December 31, 2016, the Company merged the Alascom 401(k) Plan (Alascom) into the ARSP. As a result of the merger, net assets in the amount of $23,650 were transferred into the ARSP on December 31, 2016, and included in the Transfers from other qualified savings plans line on the Statement of Changes in Net Assets Available for Benefits. The assets of Alascom were merged into the AT&T Savings Plan Master Trust in January 2017, Wells Fargo Bank, N.A. (Wells Fargo) serves as the trustee of the investments held outside of the master trusts, and with the completion of the trust merger, Wells Fargo's role as trustee was terminated. All provisions of the ARSP will remain the same.

During 2016, participants could invest their contributions in one or more of 11 funds in 1% increments:

- AT&T Total Return Bond Fund*
- AT&T U.S. Stock Fund*
- AT&T International Stock Fund*
- AT&T Stable Value Fund*
- AT&T Age-Based Asset Allocation Funds (based on retirement date)**
- Total U.S. Stock Market Index Fund**
- Small and Mid-Sized U.S. Stock Index Fund**
- International Stock Index Fund**
- Large Cap U.S. Stock Index Fund**
- AT&T Shares Fund**
- Fidelity BrokerageLink®**

\* Investment fund option of the Group Trust.
\*\* Investment fund option of the AT&T Master Trust.

Participants contribute to the Plans through payroll allotments. The Company contributes to the Plans by matching the participants' contributions based on the provisions of the respective plan. For the ARSP, some matching contributions are made in the form of cash and are participant directed immediately upon allocation. The majority of Company matching contributions

4

Notes to Financial Statements (Continued)
(Dollars in Thousands)

for the ARSP and all Company matching contributions for the ARSP-PR are made solely in the form of shares of AT&T's common stock. Matching contributions made in stock into the ARSP are held in an Employee Stock Ownership Plan (ESOP), which is part of the AT&T Shares Fund, within the AT&T Master Trust. Matching contributions made in stock into the ARSP-PR are held in a separate stock bonus portion of the ARSP-PR. Company contributions made to the Plans can be immediately diversified into any of the fund options above.

Dividends on AT&T shares held in the ARSP can either be reinvested in the AT&T Shares Fund on a quarterly basis, or paid into a short-term interest bearing fund for distribution (or pass-through) before the end of the year. Interest earned on dividends held in the short-term interest bearing fund are used to purchase additional units of the AT&T Shares Fund in the participant's account. During 2016, participants in the ARSP elected to receive $27,369 in dividend distributions, which are included in distributions on the statements of changes in net assets available for benefits. Dividends on AT&T shares held in the ARSP are reinvested in the AT&T Shares Fund on a quarterly basis. Dividends on AT&T shares held in the ARSP-PR are not eligible for pass-through and are reinvested in the AT&T Shares Fund on a quarterly basis.

Each participant is entitled to exercise voting rights attributable to the AT&T shares allocated to their account and is notified by the Company prior to the time that such rights may be exercised. Subject to the fiduciary provisions of ERISA, the trustee will not vote any allocated shares for which instructions have not been given by the participant. The trustee votes any unallocated shares in the same proportion as it votes those shares that were allocated to the extent the proportionate vote is consistent with the trustee's fiduciary obligation under ERISA. Participants have the same voting rights in the event of a tender or exchange offer.

Although it has not expressed any intent to do so, AT&T has the right under the Plans to discontinue its contributions at any time and to terminate the Plans subject to the provisions of ERISA. In the event that the Plans are terminated, subject to the conditions set forth by ERISA, the account balances of all participants shall be 100% vested.

*Administrative and Operating Expenses; Investment Manager Fees*  Except to the extent paid by the Company, all expenses incident to the administration and operation of the Plans are charged to participants, either directly to their accounts or through the investment funds offered under the Group Trust or AT&T Master Trust, in accordance with administrative procedures established by the plan administrator. Investment manager fees are charged through the investment funds. Expenses charged directly to participant accounts (e.g., recordkeeping, communications fees) are reflected as a periodic fee on the participant account statements. In addition, expenses and fees with respect to certain transactions and services (e.g., plan loan initiation fees) are charged directly to participants who incur them rather than to the Plans as a whole.

*Subsequent Events*  Effective April 17, 2017, the Company merged the DIRECTV Puerto Rico 401(k) Plan into the ARSP-PR. As a result of the merger, net assets in the amount of $6,623 were transferred into the ARSP-PR in April 2017. All provisions of the ARSP-PR will remain the same.

Effective April 17, 2017, the Company merged the Quickplay 401(k) Plan into the ARSP. As a result of the merger, net assets in the amount of $2,414 were transferred into the ARSP in April 2017. All provisions of the ARSP will remain the same.

## NOTE 2. ACCOUNTING POLICIES

The accompanying financial statements were prepared in conformity with U.S. generally accepted accounting principles (GAAP), which require management to make estimates that affect the amounts reported in the financial statements and accompanying notes. Actual results could differ from those estimates. Distributions are recorded when paid.

*Investment Valuation and Income Recognition*  Investments are stated at fair value except those investments that are fully benefit-responsive investments which are stated at contract value. Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. See Note 3 for discussion of fair value measurements. Investments in securities traded on a national securities exchange are valued at the last reported sales price on the last business day of the year. If no sale was reported on that date, they are valued at the last reported bid price. Shares of registered investment companies (i.e. mutual funds) are valued based on quoted market prices, which represent the net asset value of shares held at year-end.

Common/collective trust funds and 103-12 investment entities (i.e. an investment entity that holds the assets of two or more plans which are not members of a related group or employee benefit plan) are valued at quoted redemption values that represent

**Notes to Financial Statements (Continued)**
**(Dollars in Thousands)**

the net asset values of units held at year-end. Publicly traded partnerships are valued using trades on a national securities exchange based on the last reported sales price on the last business day of the year.

Investment contracts held by a defined contribution plan are required to be reported at contract value. Contract value is the relevant measurement attribute for that portion of the net assets available for benefits of a defined contribution plan attributable to fully benefit-responsive investment contracts because contract value is the amount participants would receive if they were to initiate permitted transactions under the terms of the Plans. The Group Trust invests in fully benefit-responsive and synthetic guaranteed investment contracts (Synthetic GICs). The underlying investments of the Synthetic GICs are owned by the Group Trust and are comprised of corporate bonds and notes, registered investment companies and government securities. The contract value of the fully benefit-responsive investment contracts represents contributions plus earnings, less participant withdrawals and administrative expenses.

Purchases and sales of securities are reflected as of the trade date. Dividend income is recognized on the ex-dividend date. Interest earned on investments is recognized on the accrual basis.

*Notes Receivable from Participants* Notes receivable from participants represent participant loans that are recorded at their unpaid principal balance plus any accrued, but unpaid interest. Interest income on notes receivable from participants is recorded when it is earned. Related fees are recorded as administrative expenses and are expensed when they are incurred. No allowance for credit losses has been recorded as of December 31, 2016 or 2015. If a participant ceases to make loan repayments and the plan administrator deems the participant loan to be a distribution, the participant loan balance is reduced and a distribution is recorded.

<u>Recent Accounting Standards</u>

In February 2017, the Financial Accounting Standards Board issued Accounting Standards Update No. 2017-06 "Employee Benefit Plan Master Trust Reporting" (ASU 2017-06). ASU 2017-06 requires plans to report interests in a master trust and changes in the value of that interest as separate line items on the plan's financial statements. The plans must also disclose the master trust's investments by general type as well as other assets and liabilities and disclose the dollar amount of the plan's interest in each category disclosed. The new standard is effective for fiscal years beginning after December 15, 2018 with retrospective application. Early adoption is permitted. Management is currently evaluating this updated guidance.

**NOTE 3. FAIR VALUE MEASUREMENTS**

ASC 820, *Fair Value Measurement*, establishes a framework for measuring fair value. That framework provides a fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value. The hierarchy gives the highest priority to unadjusted quoted prices in active markets for identical assets or liabilities (Level 1 measurements) and the lowest priority to unobservable inputs (Level 3 measurements). The three levels of the fair value hierarchy are described below:

Level 1    Inputs to the valuation methodology are unadjusted quoted prices for identical assets or liabilities in active markets that the Plan has the ability to access.

Level 2    Inputs to the valuation methodology include:
- Quoted prices for similar assets and liabilities in active markets;
- Quoted prices for identical or similar assets or liabilities in inactive markets;
- Inputs other than quoted market prices that are observable for the asset or liability;
- Inputs that are derived principally from or corroborated by observable market data by correlation or other means.

If the asset or liability has a specified (contractual) term, the Level 2 input must be observable for substantially the full term of the asset or liability.

Level 3    Inputs to the valuation methodology are unobservable and significant to the fair value measurement.

6

**Notes to Financial Statements (Continued)**
**(Dollars in Thousands)**

The asset's or liability's fair value measurement level within the fair value hierarchy is based on the lowest level of any input that is significant to the fair value measurement. Valuation techniques used need to maximize the use of observable inputs and minimize the use of unobservable inputs.

The valuation methodologies described in Note 2 may produce a fair value calculation that may not be indicative of net realizable value or reflective of future fair values. Furthermore, while Plan management believes its valuation methods are appropriate and consistent with other market participants, the use of different methodologies or assumptions to determine the fair value of certain financial instruments could result in a different fair value measurement at the reporting date. There have been no changes in the methodologies used at December 31, 2016 and 2015.

See Note 4 for fair value hierarchy for the Group Trust's and AT&T Master Trust's investments.

## NOTE 4. INVESTMENTS

The Plans held investments in the AT&T Master Trust (for certain investment fund options as disclosed in Note 1), and the AT&T Master Trust held an investment in the Group Trust as of December 31, 2016 and 2015, and for the year ended December 31, 2016.

### AT&T Savings Plan Master Trust Investments

AT&T established the AT&T Master Trust to manage assets of pooled investment options among various AT&T sponsored employee benefit plans.

Each participating plan's interest in the investment fund options (i.e., separate accounts) of the AT&T Master Trust is based on account balances of the participants and their elected investment fund options. The AT&T Master Trust assets are allocated among the participating plans by assigning to each plan those transactions (primarily contributions, benefit payments, and expenses) that can be specifically identified, and by allocating investment income and administrative expenses related to the AT&T Master Trust on a daily basis based on each participant's account balance within each investment fund option.

The participating plans and ownership percentages of the AT&T Master Trust are listed below:

|  | December 31, | |
| --- | --- | --- |
|  | 2016 | 2015 |
| AT&T Retirement Savings Plan | 99.72% | 99.74% |
| AT&T Puerto Rico Retirement Savings Plan | 0.28% | 0.26% |