1  MAYER BROWN LLP
   Nancy G. Ross (*pro hac vice*)
2  nross@mayerbrown.com
   Brian D. Netter (*pro hac vice*)
3  bnetter@mayerbrown.com
   Laura Hammargren (*pro hac vice*)
4  lhammargren@mayerbrown.com
   71 South Wacker Drive
5  Chicago, IL 60606
   (312) 782-0600
6  (312) 701-7711 – Facsimile

7  John Nadolenco (SBN 181128)
   jnadolenco@mayerbrown.com
8  350 South Grand Ave
   25th Floor
9  Los Angeles, CA 90071-1503
   (213) 229-9500
10 (213) 625-0248 – Facsimile

11 Attorneys for Defendant AT&T Services, Inc.

12

13                **UNITED STATES DISTRICT COURT**

14                **CENTRAL DISTRICT OF CALIFORNIA**

15

16 JULIO C. ALAS, individually and as a       Case No. 2:17-cv-8106-VAP-RAO
   representative of all persons similarly
17 situated,

18                        Plaintiff,         **MEMORANDUM OF POINTS AND
                                             AUTHORITIES IN SUPPORT OF
19         v.                                DEFENDANT'S MOTION TO
                                             DISMISS**
20 AT&T SERVICES, INC.,

21                        Defendant.         Date: March 12, 2018
                                             Time: 2:00 p.m.
22                                           Place: Courtroom 8A

23                                           Judge: Hon. Virginia A. Phillips

24

25

26

27

28

# TABLE OF CONTENTS

**Page**

BACKGROUND ................................................................................................... 1

LEGAL STANDARD .......................................................................................... 3

ARGUMENT ........................................................................................................ 3

I.    Plaintiff's Challenge To Investment Fees Fails For Three Reasons............. 3

    A.    Plaintiff does not have standing to challenge the Total Return Bond Fund........................................................................................... 4

    B.    Plaintiff's investment fee claim is untimely. ...................................... 5

    C.    Plaintiff has not plausibly alleged a breach of fiduciary duty pertaining to investment fees. ............................................................ 8

        1.    Plaintiff has not plausibly alleged the fees were excessive. ................................................................................... 9

        2.    Plaintiff's comparison to two Vanguard funds is unavailing. ................................................................................ 11

II.   Plaintiff Has Not Plausibly Alleged A Breach of Fiduciary Duty Pertaining To Administrative Fees............................................................... 15

CONCLUSION.................................................................................................... 18

# <u>TABLE OF AUTHORITIES</u>

**Page(s)**

**Cases**

*Blanton v. Anzalone,*
   760 F.2d 989 (9th Cir. 1985) ..................................................................... 6

*Brotherston v. Putnam Invs., LLC,*
   2017 WL 1196648 (D. Mass. Mar. 30, 2017) ....................................... 12

*Caviness v. Horizon Cmty. Learning Ctr., Inc.,*
   590 F.3d 806 (9th Cir. 2010) ..................................................................... 3

*Cervantes v. Countrywide Home Loans, Inc.,*
   656 F.3d 1034 (9th Cir. 2011) ................................................................... 6

*CIGNA Corp. v. Amara,*
   563 U.S. 421 (2011) ..................................................................................... 7

*Davis v. FEC,*
   554 U.S. 724 (2008) ..................................................................................... 4

*Donovan v. Mazzola,*
   716 F.2d 1226 (9th Cir. 1983) ................................................................... 8

*Dreiling v. Am. Exp. Co.,*
   458 F.3d 942 (9th Cir. 2006) ............................................................. 7, 12

*Eclectic Props. East LLC v. Marcus & Millichap Co.,*
   751 F.3d 990 (9th Cir. 2014) ..................................................................... 3

*Empr's-Teamsters Local Nos. 175 & 505 Pension Tr. Fund v. Anchor
   Capital Advisors,*
   498 F.3d 920 (9th Cir. 2007) ..................................................................... 3

*Glanton ex rel. ALCOA Prescription Drug Plan v. AdvancePCS Inc.,*
   465 F.3d 1123 (9th Cir. 2006) ................................................................... 4

*Hecker v. Deere & Co.,*
   556 F.3d 575 (7th Cir. 2009) ................................................... 10, 13, 15

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Hyatt v. Yee*,
  871 F.3d 1067 (9th Cir. 2017).................................................................5

*Jones v. Harris Assocs.*,
  559 U.S. 335 (2010) ...............................................................................8

*Kendall v. Emps. Ret. Plan of Avon Prods.*,
  561 F.3d 112 (2d Cir. 2009) ..................................................................4

*Laboy v. Bd. of Trustees of Bldg. Serv. 32 BJ SRSP*,
  2012 WL 701397 (S.D.N.Y. Mar. 6, 2012) ..................................10, 14

*Laboy v. Bd. of Trustees of Bldg. Serv. 32 BJ SRSP*,
  2012 WL 3191961 (S.D.N.Y. Aug. 7, 2012) ......................................10

*Laboy v. Bd. of Trustees of Bldg. Serv. 32 BJ SRSP*,
  513 F. App'x 78 (2d Cir. 2013)..............................................................9

*Leber v. Citigroup, Inc.*,
  2010 WL 935442 (S.D.N.Y. Mar. 16, 2010) ......................................14

*Loomis v. Exelon Corp.*,
  658 F.3d 667 (7th Cir. 2011) .........................................................10, 12

*Marshall v. Northrop Grumman Corp.*,
  2017 WL 2930839 (C.D. Cal. Jan. 30, 2017)..........................5, 6, 7, 15

*Meagher v. Int'l Ass'n of Machinists & Aerospace Workers Pension Plan*,
  856 F.2d 1418 (9th Cir. 1988) ...............................................................6

*Meiners v. Wells Fargo & Co.*,
  2017 WL 2303968 (D. Minn. May 25, 2017) ......................................13

*Metzler Inv. GMBH v. Corinthian Colleges, Inc.*,
  540 F.3d 1049 (9th Cir. 2008)..............................................................12

*In re Northrop Grumman Corp. ERISA Litig.*,
  2015 WL 10433713 (C.D. Cal. Nov. 24, 2015)..................................6, 8

*Novak v. United States*,
  795 F.3d 1012 (9th Cir. 2015)................................................................3

-iii-

*O'Shea v. Littleton*,
   414 U.S. 488 (1974) ........................................ 4

*Patrico v. Voya Financial, Inc.*,
   2017 WL 2684065 (S.D.N.Y. June 20, 2017)........................ 15

*Phillips v. Alaska Hotel & Rest. Emps. Pension Fund*,
   944 F.2d 509 (9th Cir. 1991) ................................ 7

*Renfro v. Unisys Corp.*,
   671 F.3d 314 (3d Cir. 2011) ................................ 10

*Rosen v. Prudential Ret. Ins. & Annuity Co.*,
   2016 WL 7494320 (D. Conn. Dec. 30, 2016) ................... 10

*Shirk v. Fifth Third Bancorp*,
   2009 WL 3150303 (S.D. Ohio Sept. 30, 2009)................. 6, 8

*Spokeo, Inc. v. Robbins*,
   136 S. Ct. 1540 (2016) ..................................... 4

*Pension Benefit Guar. Corp. ex rel. St. Vincent v. Morgan Stanley Inv. Mgmt.*,
   712 F.3d 705 (2nd Cir. 2012) ............................... 8

*Terraza v. Safeway, Inc.*,
   241 F. Supp. 3d 1057 (N.D. Cal. 2017) .................... 14, 15

*Tibble v. Edison Int'l*,
   2010 WL 2757153 (C.D. Cal. July 8, 2010) .................. 11

*Tibble v. Edison Int'l*,
   729 F.3d 1110 (9th Cir. 2013)............................... 10

*Tibble v. Edison Int'l*,
   843 F.3d 1187 (9th Cir. 2016)............................... 7

*United States v. Ritchie*,
   342 F.3d 903 (9th Cir. 2003)............................... 5

*White v. Chevron Corp.*,
   2016 WL 4502808 (N.D. Cal. Aug. 29, 2016)................ 8, 13, 17

*Williams v. Gerber Prods.*,
  552 F.3d 934 (9th Cir. 2008) ............................................................. 14

*Yameen v. Eaton Vance Distributors, Inc.*,
  394 F. Supp. 2d 350 (D. Mass. 2005) ........................................... 9, 17

*Young v. Gen. Motors Inv. Mgmt. Corp.*,
  325 F. App'x 31 (2d Cir. 2009) .......................................................... 9

*Young v. Gen. Motors Inv. Mgmt. Corp.*,
  550 F. Supp. 2d 416 (S.D.N.Y. 2008) ........................................ 6, 7, 8

**Statutes**

29 U.S.C. § 1002(3) ............................................................................ 1

29 U.S.C. § 1002(34) .......................................................................... 1

29 U.S.C. § 1104(a)(1)(B) ............................................................. 1, 8

29 U.S.C. § 1113 .............................................................................. 6, 7

**Other Authorities**

Dep't of Labor, Best Interest Contract Exemption,
  81 Fed. Reg. 21002 (Apr. 8, 2016) ................................................. 17

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff Julio C. Alas ("Plaintiff") alleges that AT&T Services, Inc. ("AT&T Services"), the administrator for the AT&T Retirement Savings Plan (the "Plan"), breached its fiduciary duty to Plan participants and beneficiaries under the Employee Retirement Income Security Act of 1974 ("ERISA") by permitting Plan participants to be charged excessive fees. Plaintiff contends that two types of fees were excessive. First, he alleges that two of the investment options that AT&T Services made available to Plan participants—a bond fund and a suite of target-date funds—could have been replaced with different funds at a lower cost. Second, he claims that AT&T Services could have reduced the fees that participants paid for the administration of the Plan.

Both of these claims should be dismissed. As a threshold matter, Plaintiff lacks standing to challenge the bond fund, in which he never invested. And his entire investment-fee claim is barred by ERISA's three-year statute of limitations because, by Plaintiff's own admission, the claim is based on a disclosure issued to Plan participants in August 2013, more than three years before Plaintiff filed suit. On the merits, moreover, Plaintiff's conclusory allegations fail to make out a plausible claim that AT&T Services imprudently discharged its duties. As many courts have held, to show a breach of fiduciary duty a plaintiff must do more— much more—than allege that cheaper funds or service providers may have existed elsewhere in the market. Pursuant to Rule 12(b)(1) and Rule 12(b)(6), therefore, the Court should dismiss the complaint.

## **BACKGROUND**

The Employee Retirement Income Security Act ("ERISA") requires a fiduciary to act prudently on behalf of the plan's participants and beneficiaries. 29 U.S.C. § 1104(a)(1)(B). The AT&T Retirement Savings Plan is an "employee benefit plan" within the meaning of ERISA. 29 U.S.C. § 1002(3). Specifically, the Plan is a "defined contribution plan," *see id.* § 1002(34), in which participants

contribute funds and then select from a menu of investment options to construct their own desired portfolio. Dkt. 1 ("Compl.") ¶¶ 15, 24. AT&T Services is the Plan's administrator. *Id.* ¶ 17.[1]

Plaintiff allegedly has participated in the Plan since March 2008. *Id.* ¶ 20. He contends that AT&T Services mismanaged the Plan in breach of its fiduciary duty and thereby caused him to achieve poorer returns, net of fees and expenses. On behalf of a putative class of Plan participants and beneficiaries, Plaintiff brings two counts for breach of the fiduciary duty of prudence.

First, Plaintiff alleges that AT&T Services breached its duty by "select[ing] and retain[ing] Plan investment options with excessively high fees." Compl. ¶ 63. In particular, Plaintiff challenges two Plan offerings—a family of target-date retirement funds called the AT&T Age Based Asset Allocation Funds ("Asset Allocation Funds"), and a bond fund called the AT&T Total Return Bond Fund ("Total Return Bond Fund"). He alleges that the annual operating expenses for those funds—0.31% and 0.46%, respectively, "[a]ccording to the August 2013 Prospectus for the Plan" (*id.* ¶¶ 40, 43)—were "too expensive" relative to other funds "of the same category" (*id.* ¶ 63).

Second, Plaintiff alleges that AT&T Services breached its duty by "select[ing] and retain[ing] Plan administrative service providers with excessively high fees relative to other options for a plan of this size." *Id.* ¶ 69. In particular, he challenges the retention by AT&T Services of Fidelity Investments Institutional ("Fidelity") for "[r]ecordkeeping and administrative services," and Financial Engines, Inc. ("Financial Engines") for "Plan wide investment advisory services." *Id.* ¶ 29. He contends that "[a] reasonable administrative and recordkeeping fee per person is $30," but "in 2016, the cost per AT&T participant was $81." *Id.* ¶ 37. As shown below, however, these allegations are just the type of unsupported

---

[1] Plaintiff originally named the Plan's sponsor, AT&T Inc., as a defendant, but later voluntarily dismissed AT&T Inc. from the case. Dkt. 28.

-2-

conclusions that courts in this Circuit and elsewhere routinely reject.

## LEGAL STANDARD

"Standing is the threshold issue of any federal action." *Empr's-Teamsters Local Nos. 175 & 505 Pension Tr. Fund v. Anchor Capital Advisors*, 498 F.3d 920, 923 (9th Cir. 2007). "Where standing is raised in connection with a motion to dismiss" under Rule 12(b)(1), the Court "accept[s] as true all material allegations of the complaint, and construe[s] the complaint in favor of the complaining party." *Novak v. United States*, 795 F.3d 1012, 1017 (9th Cir. 2015).

On a motion to dismiss under Rule 12(b)(6), the Court asks whether the plaintiff has "state[d] a claim to relief that is plausible on its face." *Caviness v. Horizon Cmty. Learning Ctr., Inc.*, 590 F.3d 806, 812 (9th Cir. 2010). A complaint that "plead[s] facts that are merely consistent with a defendant's liability" flunks this test, as it "stops short of the line between possibility and plausibility of entitlement to relief." *Eclectic Props. East LLC v. Marcus & Millichap Co.*, 751 F.3d 990, 996 (9th Cir. 2014). In determining whether a complaint has stated a claim, the Court must accept all well-pleaded factual allegations as true, but need not credit "a legal conclusion couched as a factual allegation." *Caviness*, 590 F.3d at 812. Thus, both "[c]onclusory allegations of law and unwarranted inferences are insufficient" to survive dismissal. *Id.*

## ARGUMENT

## I.    PLAINTIFF'S CHALLENGE TO INVESTMENT FEES FAILS FOR THREE REASONS.

Count I of the Complaint alleges that AT&T Services breached its duty of prudence by offering and retaining the Asset Allocation Funds and the Total Return Bond Fund instead of different, purportedly less expensive funds from Vanguard. Compl. ¶¶ 60-65. These allegations fail to state a claim for three independent reasons.

-3-

## A.   Plaintiff Does Not Have Standing To Challenge The Total Return Bond Fund.

As a threshold matter, Plaintiff lacks standing to challenge the selection and retention of the Total Return Bond Fund for the simple reason that he never invested in it.

The standing requirement arises from constitutional limitations on the powers of Article III courts. *Spokeo, Inc. v. Robbins*, 136 S. Ct. 1540, 1547 (2016). The doctrine encompasses three "irreducible" elements: (1) an injury-in-fact that is (2) fairly traceable to the challenged conduct of the defendant and (3) likely to be redressed by a favorable judicial decision. *Id*. Plaintiff "bears the burden of establishing these elements" and "must 'clearly . . . allege facts demonstrating' each element." *Id*. He also must demonstrate standing for "each claim" and "for each form of relief that is sought." *Davis v. FEC*, 554 U.S. 724, 734 (2008).

ERISA claims are subject to constitutional standing requirements. Thus, it is not enough for a plaintiff in an ERISA suit—even a putative class action[2]—merely to seek to represent others who have suffered an injury-in-fact. *Glanton ex rel. ALCOA Prescription Drug Plan v. AdvancePCS Inc.*, 465 F.3d 1123, 1125-27 (9th Cir. 2006). Nor is it sufficient to claim "that either an alleged breach of fiduciary duty to comply with ERISA, or a deprivation of [an] entitlement to that fiduciary duty, in and of themselves constitutes an injury-in-fact sufficient for constitutional standing." *Kendall v. Emps. Ret. Plan of Avon Prods.*, 561 F.3d 112, 121 (2d Cir. 2009). Instead, plaintiffs must allege that, for each claim, they have a "concrete stake in the outcome of the proceedings." *Glanton*, 465 F.3d at 1127.

But Plaintiff has not alleged any concrete stake with respect to the Total

---

[2]   The named plaintiff in a class action must himself demonstrate standing. *O'Shea v. Littleton*, 414 U.S. 488 (1974). Thus, the fact that Plaintiff putatively brings his claims on behalf of other Plan participants does not relieve him of the obligation to allege a concrete stake in each of the claims and elements of relief that he seeks.

Return Bond Fund. The Complaint alleges that Plaintiff has been a participant in the Plan since 2008. Compl. ¶ 20.  But it does not allege that Plaintiff has an investment in the Total Return Bond Fund, that he previously bought or sold shares in that fund, or that he otherwise has any concrete stake in the alleged excessive fees charged by that fund to investors. And, as documents provided by Plaintiff himself indicate, Plaintiff's only Plan holdings are in the AT&T Shares Fund (a fund that holds only AT&T stock) and in one of the Asset Allocation Funds—the Total Return Bond Fund is not mentioned. Compl., Ex. 1 at p. 2.[3]

Plaintiff therefore has not met his burden to show that he has a "direct stake in the outcome of the litigation" with respect to the Total Return Bond Fund. *Glanton*, 465 F.3d at 1126. As another court in this District recently held, the failure to "allege" that "any of the named Plaintiffs invested" in a particular fund deprives plaintiffs of standing to assert breach-of-fiduciary claims with respect to the fund in question. *Marshall v. Northrop Grumman Corp.*, 2017 WL 2930839, at *8-9 (C.D. Cal. Jan. 30, 2017). Accordingly, Count I, insofar as it is premised on the Total Return Bond Fund, must be dismissed. *Id.*[4]

## B.    Plaintiff's Investment Fee Claim Is Untimely.

Independent of the standing deficiencies, Count I must be dismissed in its entirety and with prejudice because Plaintiff failed to sue within the applicable limitations period.

ERISA requires claims for breach of fiduciary duty to be brought no more

---

[3]    Plaintiff attached his account statement to the Complaint. When deciding both a Rule 12(b)(6) motion and a facial attack on standing under Rule 12(b)(1)— which is also resolved under the Rule 12(b)(6) standard (*see Hyatt v. Yee*, 871 F.3d 1067, 1071 n. 15 (9th Cir. 2017))—a Court can consider documents attached to the complaint. *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003).

[4]    Even if Plaintiff had invested in the Total Return Bond Fund, he likely could not show that he sustained an injury from that investment. As explained below, the Total Return Bond Fund substantially *outperformed* Plaintiff's proffered alternative investment, net of fees. *See infra* Part I.C.2.

-5-

than three years after the plaintiff became aware of the alleged violation, and no more than six years from the date of the alleged violation irrespective of the plaintiff's knowledge. 29 U.S.C. § 1113. Application of the shorter three-year period "is triggered by a [claimant's] knowledge of the transaction that constituted the alleged violation, not by [his] knowledge of the law." *Meagher v. Int'l Ass'n of Machinists & Aerospace Workers Pension Plan*, 856 F.2d 1418, 1423 (9th Cir. 1988) (quoting *Blanton v. Anzalone*, 760 F.2d 989, 992 (9th Cir. 1985)); *see also Marshall*, 2017 WL 2930839, at *4 ("to shorten the statute to three years a defendant must show. . . knowledge of the transaction that constituted the alleged violation, not knowledge of the law") (citing *Blanton*).

The knowledge standard under § 1113 is objective. It focuses on "whether documents provided to plan participants sufficiently *disclosed* the alleged breach of fiduciary duty, not whether the individual plaintiffs actually saw or read the documents." *Shirk v. Fifth Third Bancorp*, 2009 WL 3150303, at *3 (S.D. Ohio Sept. 30, 2009) (quoting *Young v. Gen. Motors Inv. Mgmt. Corp.*, 550 F. Supp. 2d 416, 418-19 (S.D.N.Y. 2008)) (emphasis added). To have the requisite knowledge, therefore, a plaintiff does not need to know "what prudent fiduciaries could have negotiated" or that particular fees or charges were "unnecessary" and "excessive." *In re Northrop Grumman Corp. ERISA Litig.*, 2015 WL 10433713, at *19 (C.D. Cal. Nov. 24, 2015). Instead, "actual knowledge runs from the date that documents were provided, or made available, to Plan Participants disclosing the facts underlying the alleged breach of fiduciary duty." *Shirk*, 2009 WL 3150303, at *3.

Under these standards, Plaintiff's claim is untimely. It is well-settled that a court "may dismiss a claim '[i]f the running of the statute is apparent on the face of the complaint." *Cervantes v. Countrywide Home Loans, Inc.*, 656 F.3d 1034, 1045 (9th Cir. 2011). And from the Complaint alone, it is clear that "[t]he allegedly excessive fees that form the central basis" of Count I claim were "readily apparent

-6-

from the information provided to all Plan participants more than three years before" Plaintiff filed suit. *Young*, 550 F. Supp. 2d at 420.

Specifically, Count I is based on allegations that the Asset Allocation Funds and Total Return Bond Fund charged excessive annual fees. Compl. ¶ 42. These allegations in turn are based expressly on what Plaintiff calls the "August 2013[] Prospectus for the Plan." *Id.* ¶ 40. That document, attached hereto as Exhibit A,[5] actually consists of a one-page prospectus (which is required by the SEC for the AT&T Shares Fund), appended to a lengthier Summary Plan Description.[6] As Plaintiff alleges, the August 2013 Summary Plan Description discloses both the fact and the amount of operating expenses for the Asset Allocation Funds and the Total Return Bond Fund. Ex. A at pp. 40-41, 72, 76-77.

These disclosures are fatal to Plaintiff's claims. Because Plaintiff's investment-fee claim is based expressly on information disclosed by the August 2013 Summary Plan Description, under 29 U.S.C. § 1113 Plaintiff was required to press his claim no later than August 2016. When that deadline elapsed, Plaintiff forfeited his right to challenge the 2013 fees and any in "the series of related breaches." *Tibble v. Edison Int'l*, 843 F.3d 1187, 1196 (9th Cir. 2016). Consequently, Plaintiff's delay in filing his suit until November 2017—well after the three-year limitations period had run—means that he has lost the right to challenge the investment fees from 2013, and from the years before and after, for which Plaintiff has stated the same claim. *See Phillips v. Alaska Hotel & Rest. Emps. Pension Fund*, 944 F.2d 509, 520 (9th Cir. 1991); *Marshall*, 2017 WL 2930839, at *4.

---

[5]    A court "may consider documents referred to in the complaint" on a motion to dismiss. *Dreiling v. Am. Exp. Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006).

[6]    Summary plan descriptions are required disclosures that "provide communication with beneficiaries about the plan." *CIGNA Corp. v. Amara*, 563 U.S. 421, 438 (2011) (emphasis omitted).

-7-

Courts have not hesitated to apply 29 U.S.C. § 1113's time bar in similar circumstances. In *In re Northrop Grumman*, for instance, the court rejected a claim that funds were too expensive because plan disclosures had identified the expenses more than three years before the suit was filed. *See* 2015 WL 10433713, at *22. Similarly, the court in *Shirk* held that the plaintiff's claim was time-barred where "fees and investment-related expenses for each of the six Fifth Third Funds were disclosed in . . . publicly filed prospectuses" and "annual reports." 2009 WL 3150303, at *6. And in *Young*, the court found that the limitations period had run where "quarterly performance summaries . . . clearly disclosed the fees and expenses associated with the Fidelity Funds" more than three years prior to suit. 550 F. Supp. 2d at 420. This case calls for the same result.

## C. Plaintiff Has Not Plausibly Alleged A Breach Of Fiduciary Duty Pertaining To Investment Fees.

Count I also should be dismissed because Plaintiff has not alleged facts plausibly showing that AT&T Services breached its duty of prudence.

Under ERISA, fiduciaries have an obligation to act prudently "under the circumstances then prevailing." 29 U.S.C. § 1104(a)(1)(B). The prudence standard "focus[es] on a fiduciary's *conduct* in arriving at an investment decision, not on its results, and ask[s] whether a fiduciary employed the appropriate methods to investigate and determine the merits of a particular investment." *White v. Chevron Corp.*, 2016 WL 4502808, at *5 (N.D. Cal. Aug. 29, 2016) (quoting *Pension Benefit Guar. Corp. ex rel. St. Vincent v. Morgan Stanley Inv. Mgmt.*, 712 F.3d 705, 716 (2nd Cir. 2012)) (emphasis added); *see also Donovan v. Mazzola*, 716 F.2d 1226, 1232 (9th Cir. 1983) (under the "prudent person" test, the court asks whether the defendant "employed the appropriate methods to investigate the merits of the investment and to structure the investment").

Drawing from the standards applicable to similar claims under the Investment Company Act, *see Jones v. Harris Assocs.*, 559 U.S. 335, 345-46

(2010), courts have also held that "to establish a valid excessive fees claim," the challenged fee should be "so disproportionately large that it bears no reasonable relationship to the services rendered and could not have been the product of arm's-length bargaining.'" *Young v. Gen. Motors Inv. Mgmt. Corp.*, 325 F. App'x 31, 33 (2d Cir. 2009); *see also Laboy v. Bd. of Trustees of Bldg. Serv. 32 BJ SRSP*, 513 F. App'x 78, 80 n.4 (2d Cir. 2013). Under this standard, "a complaint must state more than a legal conclusion that a fee is excessive in order to survive a motion to dismiss." *Yameen v. Eaton Vance Distributors, Inc.*, 394 F. Supp. 2d 350, 353 (D. Mass. 2005) (quotation marks omitted).

Despite the process-focused legal standard, Plaintiff's Complaint is devoid of any substantive allegations about the process or methods AT&T Services used to select the investment options or service providers for the Plan. Instead, Plaintiff relies on threadbare allegations that the Plan charged "expensive" or "excessively high" fees for certain of its funds, from which he concludes that "Defendant[] failed to discharge [its] duties with the care . . . that a prudent person . . . would use." Compl. ¶¶ 63-64. Behind these conclusory assertions, however, the Complaint offers no well-pleaded *facts* to plausibly suggest liability. Plaintiff's allegations are wholly insufficient to state a claim.

### 1.  Plaintiff has not plausibly alleged the fees were excessive.

Plaintiff's allegations in Count I rely almost exclusively on the conclusory allegation that the "expense ratios" for the challenged funds—31 bps for the Asset Allocation Funds and 46 bps for the Bond Fund—were "too expensive." Compl. ¶ 63.[7] These skeletal allegations will not do. As any number of courts have held, annual fees of less than one-half of one-percent a year, without more, are not

_____

[7]    A fund's annual expenses are expressed as an "expense ratio," which is denominated in "basis points" (or "bps"). A basis point is equal to one-hundredth of one percent. For example, if a fund's expense ratio is 40 bps and an investor purchases $1,000 of shares, the investor will pay an annual fee of $1,000 × 0.0040, or $4.

-9-

enough to plead an actionable claim.

In *Laboy v. Board of Trustees of Bldg. Serv. 32 BJ SRSP*, 2012 WL 701397, at *1-2 (S.D.N.Y. Mar. 6, 2012), for instance, the court dismissed an excessive fee claim based the "Putnam Asset Allocation: Conservative Portfolio" fund. *Id*. at *1-2. The fees charged by the Putnam fund in that case—82 bps—were more than twice as high as the 31 bps charged by the Asset Allocation Funds here. *Laboy v. Bd. of Trustees of Bldg. Serv. 32 BJ SRSP*, 2012 WL 3191961, at *1-2 (S.D.N.Y. Aug. 7, 2012). Indeed, in 2009—two years before the start of the proposed class period in this case—the *average* expense ratio for retail equity funds (which are offered to the general public and thus are subject to price competition) was 76 bps. *Loomis v. Exelon Corp.*, 658 F.3d 667, 671-72 (7th Cir. 2011).

Courts are particularly loathe to sustain excessive fee claims where, as here, a plan offers participants a slew of options with a wide range of fees. The Ninth Circuit has held that expense ratios ranging "from .03 to 2%" are not "out of the ordinary enough to make the funds imprudent." *Tibble v. Edison Int'l*, 729 F.3d 1110, 1135 (9th Cir. 2013), *rev'd on other grounds*, 135 S. Ct. 1823 (2015). Many courts outside the Ninth Circuit agree. *Renfro v. Unisys Corp.*, 671 F.3d 314, 319 (3d Cir. 2011) (expense ratios "ranged from 0.1% to 1.21%); *Hecker v. Deere & Co.*, 556 F.3d 575, 586-87 (7th Cir. 2009) (0.07% to more than 1%); *Rosen v. Prudential Ret. Ins. & Annuity Co.*, 2016 WL 7494320, at *15 (D. Conn. Dec. 30, 2016) (0.04% to 1.02%). As the prospectus referred to in Plaintiff's complaint demonstrates, the Plan similarly offered a mix of funds by asset class, style, and expense, with fees ranging from 2 bps to 46 bps (0.02% to 0.46%) per year. Ex. A at pp. 76-77. Thus, the conclusion in *Tibble*—that expense ratios in the range of those challenged here are not so "out of the ordinary" as to be "imprudent" (729 F.3d at 1135)—applies equally in this case.

-10-

### 2. Plaintiff's comparison to two Vanguard funds is unavailing.

In an effort to add factual heft to his charge that the Asset Allocation Funds and Total Return Bond Fund were "too expensive," Plaintiff points to what he claims are "lower costs funds of the same category and similar performance records." Compl. ¶ 63. Specifically, he alleges that unnamed "Vanguard target date retirement trusts," which are supposedly similar to the Asset Allocation Funds, had expense ratios "as low as 7 basis points," and that the "Vanguard Total Bond Market Index Fund," which is supposedly similar to the Total Return Bond Fund, had operating expenses of "10 basis points." *Id.* ¶¶ 41-43. For three reasons, these general comparisons are not enough to make out a plausible claim.

*First*, the comparison to individual, cherry-picked funds is misleading and incomplete. In evaluating fund options, "the most important criteria is the fund's performance *net of fees,*" not its fees standing alone. *Tibble v. Edison Int'l*, 2010 WL 2757153, at *34 (C.D. Cal. July 8, 2010) (emphasis added), *rev'd on other grounds*, 843 F.3d 1187 (9th Cir. 2016). This stands to reason. An investor who obtains a higher net return from a higher fee fund will be better off, all things considered, than an investor who receives a lower net return from a cheaper fund. "[W]hile fees are certainly important," therefore, "they are only one part of the analysis; a fiduciary must look to the fund's performance as well." *Id.*

Plaintiff asserts (at ¶ 63) that the "lower costs funds" at Vanguard had "similar performance records" to the funds in the Plan, but offers no data or other basis to support that assertion. In fact, Plaintiff conveniently fails to mention that the Total Return Bond Fund (which Plaintiff thinks was imprudently included in the Plan) actually *outperformed* the Vanguard Total Bond Market Index Fund considerably as of the 2013 disclosure on which his Complaint is based. As of December 31, 2012, the Total Return Bond Fund had one-, five-, and ten-year annual returns of 9.28%, 8.06%, and 6.72%, respectively, net of investment fees;

institutional shares in the Vanguard fund that Plaintiff identified returned only 4.18%, 5.95%, and 5.21%, net of investment fees, for the same periods.[8] Such a marked disparity in performance belies any suggestion that these were equivalent funds that ought to have the same expense ratio.

*Second*, and in any event, the Asset Allocation Funds that Plaintiff complains of "are *actively managed . . .* with an asset allocation strategy that adjusts the portfolio to become more conservative over time." Ex. A at p. 25 (emphasis added). The Total Return Bond Fund also is an active fund. It does not aim to track an underlying index but rather invests in bonds and other debt in an effort to "realize a total return that *exceeds*" the fund's benchmark. *Id*. at pp. 31-32 (emphasis added). The Vanguard offerings that Plaintiff points to, by contrast, are passive index funds. Compl. ¶¶ 41-43. Passive funds often will have lower costs than active funds, because passive funds have different investment strategies and thus incur different expenses. *See Loomis*, 658 F.3d at 669-70.

Plaintiff's assertion that AT&T Services acted imprudently by selecting a more expensive fund thus compares apples to oranges. A fiduciary does not act imprudently by selecting and retaining a given product just because a *different* product, with *different* investment strategies and objectives, may also be available at a lower price. *See Brotherston v. Putnam Invs., LLC*, 2017 WL 1196648, at *7 (D. Mass. Mar. 30, 2017) (rejecting plaintiffs' comparison of the offered funds to Vanguard, "a low-cost mutual fund provider operating index funds 'at cost'"). But that is all that Plaintiff's comparison to Vanguard offerings purports to show.

---

[8]     *See* Ex. A at pp. 73-74; Vanguard Total Bond Market Index Fund Summary Prospectus (Apr. 29, 2013), https://www.sec.gov/Archives/edgar/data/794105/000093247113006451/spi222042013.htm (attached hereto as Exhibit B), at p. 5. It is proper for the Court to consider Exhibit B because a court can take judicial notice of stock prices and SEC filings on a motion to dismiss. *See Metzler Inv. GMBH v. Corinthian Colleges, Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008) (citing *Dreiling*, 458 F.23d at 946 n.2).

*Finally*, and most fundamentally, Plaintiff's claim fails because "[n]othing in ERISA requires every fiduciary to scour the market to find and offer the cheapest possible fund." *Hecker*, 556 F.3d at 586. Thus, merely identifying a single cheaper offering from Vanguard does not plausibly suggest that AT&T Services breached its duty of prudence. "[W]here, as here, a plan offers a diversified array of investment options, the fact that some other funds might offer lower expense ratios is not relevant." *White*, 2016 WL 4502808, at *9; *see also, e.g.*, *Meiners v. Wells Fargo & Co.*, 2017 WL 2303968, at *3 (D. Minn. May 25, 2017) ("the mere fact that the Wells Fargo funds are more expensive than two other funds does not give rise to a plausible breach of fiduciary duty claim"). Indeed, Plaintiff's exclusive focus on price is doubly misplaced because "[f]iduciaries have latitude to value investment features other than price (and indeed, are required to do so)." *White*, 2016 WL 4502808, at *9.

Two recent decisions by district courts in California illustrate these principles. The first is Judge Hamilton's well-reasoned decision in *White v. Chevron Corp*. The plaintiffs in *White* alleged that the defendant breached its duty of prudence by offering investment options with excessive management fees, including by offering "non-Vanguard funds" when "they could have offered a cheaper, all-Vanguard lineup." 2016 WL 4502808, at *8. The plaintiffs further alleged—as does Plaintiff here (*see* Compl. ¶¶ 4-5)—that the size of the retirement plan at issue provided "substantial bargaining power to demand low fees for investment management services." *White*, 2016 WL 4502808, at *9. Nonetheless, the court held squarely that such allegations failed to state a claim, because plaintiffs offered no facts to "support[] the inference that the fiduciaries' process for selecting the fund options was flawed" and the plan as a whole offered an acceptable "breadth of investments and range of fees." *Id*. at *11-12.

In *Terraza v. Safeway, Inc.*, by contrast, the court sustained a duty-of-

-13-

prudence claim based on excessive fees, but its reasoning simply underscores how deficient the Complaint is here. Importantly, the *Terraza* court *agreed* with *White* that a supposed "failure to offer the investment option with the lowest expense ratio is not enough, on its own, to plausibly state a claim for breach of the duty of prudence." *Terraza v. Safeway, Inc.*, 241 F. Supp. 3d 1057, 1076 (N.D. Cal. 2017). But because the plaintiff in *Terraza* had alleged not only that the fiduciary could have offered a fund with a lower expense ratio, but *also* that "the Defendants' decision-making process was flawed" for a variety of reasons, the court found enough to nudge the complaint into the realm of plausibility. *Id.* This does not help Plaintiff, whose Complaint alleges nothing substantive about AT&T Services' decision-making process—much less the something "more" that *Terraza* demanded. For this reason, *Terraza*, too, requires that Count I be dismissed.[9]

---

[9]   Among other things, the Complaint lacks "allegations of self-dealing," which some cases relied upon to nudge excessive fee claims "across the line from merely conceivable to plausible." *Leber v. Citigroup, Inc.*, 2010 WL 935442, at *13 (S.D.N.Y. Mar. 16, 2010). In *Leber*, for example, the plaintiffs alleged that the defendant intentionally selected affiliated funds, some with fees "more than 200 percent higher than . . . comparable funds." *Id.* Here, by contrast, "there is no similar allegation that Defendants chose funds with high fees based on affiliation with the Defendants or the Plan sponsors." *Laboy*, 2012 WL 701397, at *3.

Plaintiff cannot rely on his allegations that "revenue sharing payments" may sometimes "become kickbacks for including a fund in the Plan's list of menu options" to show putative self-dealing. Compl. ¶¶ 44-45. Revenue sharing payments allow a Plan to recover monies that funds have charged to investors, thus offsetting total costs. Plaintiff acknowledges that he has no basis for accusing AT&T Services of improper conduct with respect to revenue sharing. He states only that certain Plan service providers received payments that *may* be "a form of revenue sharing," and that "it is not possible to determine whether the revenue sharing amounts were reasonable in relation to administrative costs." *Id.* ¶ 46. Such pure speculation cannot save his claim from dismissal. *Williams v. Gerber Prods.*, 552 F.3d 934, 938 (9th Cir. 2008) ("Factual allegations must be enough to raise a right to relief above the speculative level."). In any event, ERISA imposes no obligation to disclose revenue sharing amounts specifically. Rather, fiduciaries must only disclose the total amount of fees, because that is "the critical figure for

(cont'd)

-14-

In sum, for both the Asset Allocation Funds and the Total Return Bond Fund mentioned in Count I, all Plaintiff offers to support his claim is the fact that he can identify a *single* cheaper offering among the myriad investment options available to the Plan. That does not plausibly imply that AT&T Services' process for selecting and retaining investments was unsound or imprudent.

## II. PLAINTIFF HAS NOT PLAUSIBLY ALLEGED A BREACH OF FIDUCIARY DUTY PERTAINING TO ADMINISTRATIVE FEES.

Count II of the Complaint alleges that the Plan's administrative fees were too high. Compl. ¶¶ 66-71. The Complaint mentions only two service providers who, presumably, charged these allegedly excessive fees: Fidelity, which provided record-keeping and administrative services; and Financial Engines, an investment advisory service. *Id* ¶¶ 28-37.

Every retirement plan requires recordkeeping services. Although the services vary between vendors and plans, a recordkeeper provides a platform for participants to access plan information and to make elections about how to invest their plan accounts. A recordkeeper also typically addresses inquiries from plan participants, enforces the rules of the plan, and sends required disclosures. By contrast, Financial Engines provides services that not all plans offer—guidance in determining *how* to invest assets. As explained by other courts, Financial Engines offers two types of guidance: automated guidance, which is available on the Internet, and for which plans pay a fixed subscription fee; and individualized guidance, for which plan participants pay an additional fee. *See Marshall*, 2017 WL 2930839, at *9; *Patrico v. Voya Financial, Inc.*, 2017 WL 2684065, at *1-3

---

someone interested in the cost of including a certain investment in her portfolio and the net value of that investment." *Hecker*, 556 F.3d at 585-86; *see also Terraza*, 241 F. Supp. 3d at 1073 (rejecting the claim that fiduciaries are "required to disclose the 'breakdown' of the gross expense ratio associated with each investment opinion—e.g., the percentage of the total fee that goes to the trustee as opposed to the record keeper").

-15-

1    (S.D.N.Y. June 20, 2017).

2        As with Count I, however, Count II contains no allegations regarding the
3    *process* by which AT&T Services selected and retained either Fidelity or Financial
4    Engines. Indeed, Count II is even more conclusory than Count I. Plaintiff does not
5    identify any particular recordkeepers or investment advisors that he believes
6    offered "similar" services to the providers AT&T Services chose. Nor does he
7    explain why he believes the services the Plan did receive were overpriced.

8        Instead, Plaintiff pulls two figures out of thin air. First, he asserts that "[a]
9    reasonable administrative and recordkeeping fee per person is $30." Compl. ¶ 37.
10   Plaintiff does not say how he arrived at his "reasonable" $30 recordkeeping fee;
11   what services that fee entails; or whether companies providing administrative and
12   recordkeeping fees at these prices are comparable to Fidelity in all (or even most)
13   relevant respects.

14       Second, Plaintiff asserts that in 2016 "the cost per AT&T participant was
15   $81." *Id*. Plaintiff does not explain how he calculated his $81 figure, but it appears
16   to be the result of his dividing the total amount paid to Fidelity (for
17   "[r]ecordkeeping and administrative services," Compl. ¶ 29) *and* to Financial
18   Engines (for "investment advisory services," *id*.) by the total number of Plan
19   participants. Compl. ¶¶ 4, 36 ($19.5 million in administrative expenses; 241,414
20   participants). Plaintiff once again is comparing apples to oranges. He does not
21   explain why it makes any sense to compare the *combined* fees paid to Fidelity and
22   Financial Engines to an (unsourced) $30-per-participant estimate, when the latter
23   figure covers administrative and recordkeeping services and nothing else.

24       Regardless, as with the deficient claim in Count I, the mere fact that one
25   service provider charges less than another cannot possibly be enough, on its own,
26   to state a claim for breach of fiduciary duty. Different service providers offer
27   different types and ranges of services, at different costs and different levels of

28

-16-

quality. Without alleging what services the Plan is using; what is included in the price; and why another, cheaper option is comparable or superior, simply pointing out that there *are* supposedly cheaper administrative and recordkeeping options does nothing to suggest that the defendant's process for selecting a recordkeeper was less than prudent.[10]

The allegations with respect to Financial Engines are weaker still. Besides stating (at ¶¶ 29, 31) that the company offers "Plan wide advisory services" and was paid $4 million in 2016, the Complaint says *nothing* about Financial Engines. It does not say that Financial Engines was overpriced; that similar services were available elsewhere for less; or that it was imprudent to offer these additional services to participants. And there is nothing at all imprudent about selecting a company to offer such advisory services. There is thus no basis to conclude that AT&T Services breached its duty by selecting and retaining Financial Engines.

At bottom, Plaintiff seems to think that all that is needed to allege a claim for breach of the duty of prudence is the bare assertion that, as the Complaint puts it, "Plan [a]dministrative [e]xpenses [w]ere [t]oo [h]igh." Compl. at p. 6. That is not the law. Just as a plaintiff cannot survive a motion to dismiss based solely on the "legal conclusion that a [mutual fund] fee is excessive" (*Yameen*, 394 F. Supp. 2d at 353), a plaintiff cannot survive a motion to dismiss based solely on the legal conclusion that an administrative fee is excessive, even if that fee exceeds the plaintiff's own unsupported estimate of what is "reasonable." *Cf. White*, 2016 WL 4502808, at *14 (rejecting "plaintiffs' conclusory assertion that fees under a

[10]   The Department of Labor recently reached a similar conclusion in a regulatory action addressing related issues under ERISA. *See* Dep't of Labor,  Best Interest Contract Exemption, 81 Fed. Reg. 21002, 21030 (Apr. 8, 2016) (stating that "the essential question" in determining "whether compensation" paid to service providers "is reasonable" is "whether the charges are reasonable in relation to what the investor receives" and "confirm[ing] that an Adviser and Financial Institution do[es] not have to recommend the transaction that is the lowest cost or that generates the lowest fees without regard to other relevant factors").

-17-

revenue-sharing arrangement are necessarily excessive and unreasonable"). Accordingly, Count II should be dismissed for failure to state a claim.

## CONCLUSION

AT&T Services takes seriously its fiduciary obligation to administer the Plan in the best interests of participants and beneficiaries. Rather than plausibly allege that AT&T Services did not act prudently in making its investment decisions and selecting service providers, Plaintiff has cherry-picked Plan expenses and offered estimates without any support. None of this makes Plaintiff's claims remotely plausible. For that reason, and because of the fatal standing and limitations defects in Count I, the Complaint should be dismissed in its entirety.

Respectfully submitted,

MAYER BROWN LLP

By: */s/ Nancy G. Ross*

Nancy G. Ross (*pro hac vice*)
nross@mayerbrown.com
Brian D. Netter (*pro hac vice*)
bnetter@mayerbrown.com
Laura Hammargren (*pro hac vice*)
lhammargren@mayerbrown.com
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
(312) 701-7711 – Facsimile

John Nadolenco (SBN 181128)
jnadolenco@mayerbrown.com
350 South Grand Ave
25th Floor
Los Angeles, CA 90071-1503
(213) 229-9500
(213) 625-0248 – Facsimile

*Attorneys for Defendant*
*AT&T Services, Inc.*

# Exhibit A





**PROSPECTUS**

This document constitutes part of a prospectus covering securities that have been registered under the Securities Act of 1933.

**AT&T Inc.**

# AT&T Retirement Savings Plan

This document, together with the attached summary plan description (SPD), constitutes the prospectus relating to participation interests in the AT&T Retirement Savings Plan (Plan) and shares of the common stock of AT&T Inc. ("AT&T" or the "Company"), par value $1.00 a share (AT&T Shares) in which participants' Contributions may be invested pursuant to the Plan. This prospectus contains a summary of the principal provisions of the Plan and other information for participants. The Plan text, as modified by law, is the final authority and will govern. AT&T has registered 200,000,000 AT&T Shares and an indeterminate amount of participation interests with the Securities and Exchange Commission (SEC) for issuance pursuant to the Plan and certain other benefit plans of AT&T.

**This portion of the prospectus does not constitute part of the SPD and is not issued by a fiduciary on behalf of the Plan.**

AT&T Inc. is a holding company incorporated under the laws of the State of Delaware in 1983. Through our subsidiaries and affiliates, we provide wireline and wireless telecommunications services and equipment and other products and services. Our principal executive offices are located at 208 S. Akard St., Dallas, TX 75202. Our telephone number is **210-821-4105**. We maintain an Internet site at the following location: **att.com**.

AT&T files annual, quarterly and other reports and proxy statements with the SEC. This information, which is specifically identified in the registration statements filed with the SEC to register the AT&T Shares and participation interests to be offered under the Plan, is incorporated in this portion of the prospectus by reference. Any information AT&T files with the SEC after the date of the filing of the registration statements will automatically update and supersede this information. AT&T will furnish without charge, upon written or oral request, a copy of these documents as well as exhibits specifically incorporated by reference in those documents. Requests for copies should be directed to Specialist-External Reporting, 208 S. Akard St., 28th floor, Dallas, TX 75202, telephone number **210-351-3049**. This information is also available online at **att.com**. A copy of the Plan and this prospectus are available upon written request from AT&T Services, Inc., P.O. Box 132160, Dallas, TX 75313, telephone number **210-351-3333**.

No person has been authorized to give any information or to make any representations other than those contained in this prospectus, and, if given or made, such information or representations must not be relied upon.

This prospectus does not constitute an offer or solicitation in any jurisdiction in which such offer or solicitation would be unlawful. No Plan provision or this prospectus shall give any employee any right of continued employment or shall in any way prohibit changes in the terms or the termination of the employment of any employee covered by the Plan.

**August 2013**

*You should keep this document for future reference.*

NIN: 78-28816

# Summary Plan Description



## IMPORTANT BENEFITS INFORMATION

# AT&T Retirement Savings Plan

This is an updated summary plan description (SPD) for the AT&T Retirement Savings Plan. This SPD replaces your existing SPD and all of its summaries of material modifications.

Please keep this SPD for future reference.

> **IMPORTANT:** This document constitutes part of a Prospectus covering securities that have been registered under the Securities Act of 1933.

**DISTRIBUTION:** Distributed to active and former employees of Participating Companies, as described in *Attachment 1*, who are eligible to participate in the Plan as described in the "Eligibility" section.

NIN: 78-28816

**Savings**





This document constitutes part of a prospectus covering securities
that have been registered under the Securities Act of 1933.

## IMPORTANT INFORMATION

In all cases, the official Plan documents govern and are the final authority on the terms of the
Plan. If there are any discrepancies between the information in this summary plan description
(SPD) and the Plan, the Plan documents will control. The Plan Sponsor reserves the right to
terminate or amend any and all of its employee benefit plans or programs at any time for any
reason. Participation in the Plan is neither a contract nor a guarantee of future employment.

### What Is This Document?

This SPD is a guide to your benefits under the Plan. This SPD together with the summaries of
material modification (SMMs) issued for this Plan constitute your SPD for this Plan. See the
"Eligibility" section for more information about eligibility for the Plan.

### What Information Do I Need to Know to Use This SPD?

Eligibility, participation, benefit provisions, forms of payment and other provisions of the Plan
depend on certain factors such as your:

- Employment status (for example, full-time or part-time).

- Job title classification.

- Employer.

- Service history (for example, hire date, Termination of Employment or Term of
  Employment).

To understand how the various provisions affect you, you will need to know the above
information. If you don't have this information or have questions, please refer to OneStop
(**onestop.web.att.com** or **access.att.com**). The Recordkeeper may also be able to provide some of
these details. See the "Contact Information" section for more information on how to contact the
Recordkeeper.

### What Action Do I Need to Take?

You should review this SPD.

### What Has Changed

This SPD describes your benefits as of August 2013. Changes since the last SPD (August 2012),
including changes previously communicated through summaries of material modifications (SMMs),
are incorporated into this SPD. While you should review the entire SPD, please note the following
list of important changes since the last SPD:

- A *Benefits at a Glance* table has been added to the SPD to provide a summary of
  important provisions in the Plan.

- *Attachment 2: Fee Disclosure Chart* has been updated to reflect information through
  Dec. 31, 2012.

- Effective Oct. 1, 2012, the Plan allows for a Roth In-Plan Rollover feature, monthly or quarterly distributions, a before-tax Distribution option and a before-tax Age 59½ General Withdrawal option.

- Effective with the consolidation of the AT&T Long-Term Savings and Security Plan (LTSSP) into this Plan on Dec. 21, 2012, all Bargaining Unit Employees covered by the AT&T Corp. Core Contract - CWA and the AT&T Corp. National Contract - IBEW System Council T-3, including employees hired before Aug. 9, 2009, are now eligible for the Plan.

- Effective Dec. 21, 2012, all Bargaining Unit Employees covered by the SBC Global Services, Inc. - CWA District 4 (Customer Operations Specialists) bargaining agreement, including employees hired before Aug. 9, 2009, are now eligible for the Plan.

## How Do I Use This Document?

As you read this SPD, pay special attention to the key points at the beginning of most major sections and shaded boxes that contain helpful examples and important notes. Although AT&T has provided these tools to help you better understand the Plan, it is important that you read the SPD in its entirety, so that you can understand the details of the Plan. Also, throughout this SPD, there are cross-references to other sections in the SPD. Please see the "Table of Contents" to help you locate these cross-referenced sections.

> **IMPORTANT:** You need to keep your SPDs and SMMs so you can refer to them in the future. They are your primary resource for your questions about the Plan.

## Questions?

If you have questions regarding information in this SPD, call the Recordkeeper listed in the "Contact Information" section.

Si usted tiene alguna dificultad en entender cualquier parte de este documento, entre en contacto por favor con el Recordkeeper en la seccion de "Contact Information."

| August 2013 | *You should keep this document for future reference.* | NIN: 78-28816 |
|---|---|---|

# CONTENTS AT A GLANCE

Important Information .................................................................................................... 3

Using This Summary Plan Description ........................................................................ 9

Benefits at a Glance ..................................................................................................... 10

Eligibility ......................................................................................................................... 13

Enrollment ...................................................................................................................... 17

Employee Contributions .............................................................................................. 18

Employer Contributions ............................................................................................... 20

Limits on Contributions ............................................................................................... 22

Vesting ............................................................................................................................. 23

Forfeiture ......................................................................................................................... 23

Dividend Fund Account (DFA) .................................................................................... 37

Changing Your Investments ........................................................................................ 38

Valuation of Your Account ........................................................................................... 40

Operating Expenses ...................................................................................................... 40

Loans ................................................................................................................................ 41

Withdrawals .................................................................................................................... 43

Distributions ................................................................................................................... 46

Tax Effects ...................................................................................................................... 48

When a Transaction Takes Effect ............................................................................... 52

Effect of Rehire Within the AT&T Controlled Group .............................................. 53

Moving Between Members of the AT&T Controlled Group .................................... 53

Claims Procedures ........................................................................................................ 53

Notification of Benefit Denial ...................................................................................... 54

Administration of the Plan ........................................................................................... 57

Amendment or Termination of the Plan .................................................................... 58

General Plan Information .............................................................................................. 58

ERISA Rights of Participants ....................................................................................... 61

Other Plan Information .................................................................................................. 62

Definitions ....................................................................................................................... 63

Information Changes and Other Common Resources ............................................. 67

Attachment 1: Participating Companies ................................................................... 69

Attachment 2: Fee Disclosure ..................................................................................... 72

# CONTENTS

Important Information .................................................................................................. 3
  What Is This Document? ....................................................................................3
  What Information Do I Need to Know to Use This SPD? ..............................3
  What Action Do I Need to Take? .....................................................................3
  What Has Changed ...........................................................................................3
  How Do I Use This Document? ........................................................................4
  Questions? .........................................................................................................4
Using This Summary Plan Description ..................................................................... 9
  Terms Used in This SPD ...................................................................................9
Benefits at a Glance ................................................................................................ 10
Eligibility ................................................................................................................... 13
  Eligible Employee ...........................................................................................13
  Special Provisions ..........................................................................................15
Enrollment ................................................................................................................ 17
  How to Enroll ..................................................................................................17
  Automatic Enrollment ...................................................................................17
Employee Contributions ......................................................................................... 18
  Amount of Employee Contributions ...........................................................18
  Before-tax Contributions ..............................................................................18
  After-tax Contributions .................................................................................19
  Roth Contributions ........................................................................................19
  Automatic Annual Increase ..........................................................................19
  Catch-Up Contributions ................................................................................20
  To Change or Suspend Your Contributions ...............................................20
Employer Contributions .......................................................................................... 20
  Amount of Employer Contributions ............................................................21
Limits on Contributions .......................................................................................... 22
  Before-tax Contributions ..............................................................................22
  Highly Compensated Employees .................................................................22
  Overall Limits .................................................................................................23
Vesting ...................................................................................................................... 23
Forfeiture .................................................................................................................. 23
  What Is Subject to Forfeiture .......................................................................24
  Application of Forfeited Company Match ...................................................24
  Restoral of Forfeited Company Match ........................................................24
  How Your Contributions Are Invested ........................................................24
  Summary Chart of Investment Options ......................................................36
Dividend Fund Account (DFA) ................................................................................ 37
  Distribution of Dividends .............................................................................38
Changing Your Investments .................................................................................... 38
  For Existing Account Balances .....................................................................38
  For Future Contributions ..............................................................................39
  Excessive Trading Notice ..............................................................................40
Valuation of Your Account ...................................................................................... 40
  Valuation Is in Units ......................................................................................40

Historical Performance ..................................................................................................40

## Operating Expenses ...............................................................................................40

Expenses Are Charged to Your Account .........................................................................40

Estimated Operating Expenses .......................................................................................41

## Loans .....................................................................................................................41

Type and Amount of Loans ..............................................................................................42

Repayment of Loan ...........................................................................................................42

## Withdrawals ..........................................................................................................43

Type and Amount of Withdrawals ...................................................................................43

How to Make a Withdrawal ..............................................................................................45

Withdrawal Sequence .......................................................................................................45

## Distributions .........................................................................................................46

Timing of Distributions .....................................................................................................46

Types of Distributions .......................................................................................................46

Enhancements for Employees Called to Military Service ............................................47

How to Elect a Distribution ..............................................................................................47

Other Events That Trigger a Distribution ......................................................................47

## Tax Effects ............................................................................................................48

Applicable Tax Rules ..........................................................................................................48

Before-tax Contributions ..................................................................................................49

After-tax Contributions .....................................................................................................49

Company Match .................................................................................................................49

Dividend Fund Account .....................................................................................................49

Loans ...................................................................................................................................49

Contribution Limits/Discrimination Tests .....................................................................50

Withdrawals While Employed ..........................................................................................50

Distributions After Termination of Employment ..........................................................50

Rollovers .............................................................................................................................50

## When a Transaction Takes Effect .......................................................................52

How to Request a Transaction .........................................................................................52

Types of Transactions .......................................................................................................52

## Effect of Rehire Within the AT&T Controlled Group .........................................53

## Moving Between Members of the AT&T Controlled Group ...............................53

## Claims Procedures ...............................................................................................53

## Notification of Benefit Denial .............................................................................54

How to Appeal a Benefit Denial ......................................................................................55

Notice of Final Determination on Appeal .......................................................................56

Plan Administrator Discretion and Authority ................................................................56

Importance of Exhausting Administrative Remedies ....................................................57

Time to File Suit .................................................................................................................57

## Administration of the Plan .................................................................................57

Plan Administrator ............................................................................................................57

Delegation of Duties .........................................................................................................57

## Amendment or Termination of the Plan ...........................................................58

Merger/Consolidation .......................................................................................................58

Participating Company Ceases to Participate in the Plan ............................................58

## General Plan Information ....................................................................................58

No Assignment of Benefits..................................................................................58
Missing Participants and Beneficiaries.................................................................59
Designation of Beneficiaries................................................................................59
Mandatory Cash-Out/Rollover Rules ...................................................................59
Direct Rollover.....................................................................................................60
Military Leave of Absence....................................................................................60
Restorative Contributions....................................................................................60
Short-Term Disability...........................................................................................60
Statement of Account...........................................................................................60
Voting..................................................................................................................60

ERISA Rights of Participants ...................................................................... 61
Your ERISA Rights as a Participant......................................................................61
Plan Fiduciaries...................................................................................................61
Enforcing Participants' Rights..............................................................................61
How to Obtain Information ...................................................................................62

Other Plan Information ............................................................................... 62

Definitions.................................................................................................. 63

Information Changes and Other Common Resources................................... 67

Attachment 1: Participating Companies ..................................................... 69

Attachment 2: Fee Disclosure.................................................................... 72
General Plan Information......................................................................................72
Investment Information ........................................................................................72
Fees and Expenses.............................................................................................72
Additional Investment Related Information ...........................................................73
Importance of a Diversified Portfolio....................................................................73
Investment Fund Returns as of Dec. 31, 2012 .....................................................73
Investment Fund Return.......................................................................................73
Operating Expenses for Plan Year 2012...............................................................76

## USING THIS SUMMARY PLAN DESCRIPTION

**KEY POINTS**

➢ *The Plan provides Compensation deferrals and Match Contributions to Eligible Employees of Participating Companies.*

➢ *This SPD summarizes Plan eligibility requirements and benefits.*

The Plan is a defined contribution plan sponsored by the Plan Sponsor. The Plan provides savings plan benefits to Eligible Employees of Participating Companies.

This document is the summary plan description (SPD) for the Plan. This SPD relates to participation interests in the Plan and shares of the common stock of AT&T Inc. ("AT&T" or the "Company"), par value $1.00 a share (AT&T Shares), in which participants' Contributions may be invested according to the Plan. This document summarizes the terms of the Plan, including the particular eligibility requirements for coverage, the benefits provided, the conditions that must be met to qualify for Plan benefits, the times and forms of payment of Plan benefits, plus other special Plan provisions.

Some special Plan provisions are not fully described in this SPD. Usually, these special provisions are the result of corporate transactions or agreements between AT&T and other companies. You may obtain more information about these special provisions by contacting the Recordkeeper. See the "Contact Information" section for information about how to contact the Recordkeeper.

The Plan is a complex and technical legal document. Although every effort has been made to make the description in this SPD as accurate as possible, this SPD does not include every relevant detail of the Plan. To the extent this SPD conflicts with the official Plan document, the official Plan document controls. Your right to any benefits under the Plan depends on the actual facts and the terms and conditions of Plan documents, and no rights accrue by reason of, or arising out of, any statement shown in or omitted from this SPD.

This SPD is not intended to, nor does it create, a contract of employment with any member of the AT&T Controlled Group.

Many sections of the SPD are related to other sections of the document. You may not have all of the information you need by reading just one section. So, it is important that you review all sections that apply to a specific topic. In addition, notes included in the text are used throughout this SPD where needed to provide clarification, additional information or identify an exception or distinction applicable to certain Eligible Employees. These notes provide information that is important to fully understand the Plan and the benefits it provides.

### Terms Used in This SPD

Certain terms used in this SPD have specific meanings. Many of the terms that use capital letters, such as Eligible Employee, are defined in the "Definitions" section. Other less widely used terms are defined where the term is used in this SPD. Understanding the meanings of all of the defined terms will help you better understand the information provided in this SPD.

## BENEFITS AT A GLANCE

The following *Benefits at a Glance* table provides you some of the important provisions in the Plan. For more information on any specific provision of the Plan, please see the detailed information provided later in this SPD.

| | Benefit Summary Chart |
|---|---|
| **Plan Features** | |
| Eligibility | Immediate |
| Employee Groups Eligible | See the "Eligibility" Section and "Attachment 1" to the SPD |
| **Enrollment** | |
| Auto-Enrollment | 3 percent Basic Before-Tax auto-enrollment after 60 days of hire or rehire date |
| Auto-enrollment Contribution Investments | Contributions for auto-enrollment contributions are invested in the age appropriate AT&T Age-Based Asset Allocation Fund |
| Auto-Enrollment Annual Increase Program (AIP) | Annual 1 percent increases (up to max of six percent) |
| Voluntary Annual Increase Program (AIP) | You may elect to participate in Voluntary AIP. You choose to have your Contributions increase annually in whole percentages from 1 percent to 10 percent. Annual increases continue until Basic Contributions reach 6 percent, then until Supplementary Contributions reach 44 percent. |
| **Employee Contributions** | |
| Employee Contributions | Before-tax Contributions and/or After-tax Contributions- 50 percent limit (6 percent Basic Contribution and 44 percent Supplementary Contribution) |
| Spillover Provisions | Spill-over to after-tax contributions unless election to cease |
| Roth 401(k) | Roth Contributions are permitted.  Roth Contributions may be Basic or Supplementary Contributions.  Although Roth Contributions are made on an after-tax basis, they are subject to the limitations on before-tax contributions. |
| Catch-Up Contributions | Catch-up Contributions are permitted.  Before-tax Contributions only in one percent increments.  You must be age 50 by end of the calendar year.  Maximum $5,500 in 2013.  Catch-up Contributions are not matched. |

| | Benefit Summary Chart |
|---|---|
| **Employer Contributions** | |
| Company Matching Contributions Eligibility | **One Year of Service requirement (unless noted below)**<br><br>**Immediate (but only for the group(s) listed below)**<br><br>• AT&T Management<br>• AT&T Mobility Services<br>• AT&T Government Solutions, Inc.<br>• AT&T Technical Services Company, Inc. |
| Company Match Amount | **80% of Basic Contributions (unless noted below)**<br><br>**100% of Basic Contributions (but only for the group(s) listed below)**<br><br>• AT&T Government Solutions, Inc.<br>• AT&T Technical Services Company, Inc.<br>• Certain Employees of AT&T World Personnel Services, Inc.<br><br>**75% of Basic Contributions (but only for the group(s) listed below)**<br><br>• AT&T Corp. Core Contract - CWA hired or rehired on or before 8/8/09<br><br>**66 2/3% of Basic Contributions (but only for the group(s) listed below)**<br><br>• AT&T Corp. National Contract - IBEW System Council T-3 hired or rehired on or before 8/8/09<br><br>**25% of Basic Contributions (but only for the group(s) listed below)**<br><br>• BellSouth Utility Operations Bargaining Unit hired or rehired after 8/8/09 |
| Company Match Investment | **AT&T Shares (unless noted below)**<br><br>**Same as your Employee Contributions (but only for the group(s) listed below)**<br><br>• AT&T Government Solutions, Inc.<br>• AT&T Technical Services Company, Inc.<br>• Certain Employees of AT&T World Personnel Services, Inc.<br>• AT&T Corp. National Contract - IBEW System Council T-3 hired or rehired on or before 8/8/09 |

| | Benefit Summary Chart |
|---|---|
| Company Match Diversification | Permitted to exchange (or transfer) 100 percent of Vested Company Match Account<br><br>**Permitted to exchange (or transfer) Company Match Account regardless of vesting (but only for the group(s) listed below)**<br><br>• AT&T Government Solutions, Inc.<br><br>• AT&T Technical Services Company, Inc. Certain Employees of AT&T World Personnel Services, Inc.<br><br>• AT&T Corp. National Contract - IBEW System Council T-3 hired or rehired on or before 8/8/09 |
| **Vesting** | |
| Vesting Schedule | 100 percent vested after 3 years of service |
| Automatic Vesting | Death, Disability, or age 65 |
| **Loans** | |
| Maximum Number of Loans | Three total loans outstanding at one time- Of the three loans, one may be for principal residence |
| Minimum Amount | $1,000 |
| Maximum Amount | The maximum cannot exceed the lesser of (a) $50,000 less the highest outstanding loan balance in the prior 12 months or (b) 50 percent of the total value of your vested account balance in the Plan, excluding amounts held in your DFA(s) Account |
| Term of Loan | Principal Residence-10 years; General Purpose - 5 years |
| Interest Rate | Prime rate plus 1 percent |
| **Withdrawal Options** | |
| Types of Withdrawals | General, Before-Tax Hardship, Company Match, SOP, Roth, Rollover, Military |
| Limitations on General/In-service Withdrawals | After-tax Contributions plus earnings, certain Company Match Contributions plus earnings, and Before-tax Contributions plus earnings (must be Disabled or age 59 1/2). |
| Limitations on Hardship Withdrawals | Must be from Before-tax Contributions.  Contributions are suspended for 6 months and maximum before-tax contribution in the next plan year is reduced by the amount of the hardship withdrawal. |
| Company Match Withdrawal | 100% of Vested Company Match Account permitted to be withdrawn if you are age 55; one withdrawal per calendar year<br><br>**\*Note:** Not applicable for AT&T Government Solutions, Inc. and AT&T Technical Services Company, Inc. and certain Employees of AT&T World Personnel Services, Inc. |

| | Benefit Summary Chart |
|---|---|
| Dividend Pass-through Availability | Annual dividend pass-through |
| **Distributions** | |
| Types of Distributions | Full Lump Sum, Partial, Installments |
| When Allowed | You may take a distribution of your vested account balances after your Termination of Employment. |
| Automatic Cash-out | If the value of your account exceeds $1,000, it will remain in the Plan, and at your election be distributed in accordance with any method of Distribution available under the Plan, unless you direct the Plan to rollover your account balance in accordance with the Plan. |
| **Investments** | |
| Number of Investment Exchanges per Quarter | Eight exchanges each quarter |
| Availability of brokerage window | Participants able to invest in Fidelity BrokerageLink® |

## ELIGIBILITY

### KEY POINTS

➢ *Only Eligible Employees may participate in the Plan.*

➢ *Eligible Employees will become eligible to participate when covered on the active payroll of a Participating Company.*

➢ *Active participation in the Plan ends when you are no longer an Eligible Employee.*

➢ *There are no age or service requirements for making deferrals of your own Compensation.*

### Eligible Employee

You are an Eligible Employee if you are employed by a Participating Company (as listed in *Attachment 1*) and you are one of the following:

- A Management Employee. Generally, you are a Management Employee if your job title and classification are not included in a collective bargaining agreement between a Participating Company and a union. A Management Employee also includes nonmanagement nonunion employees, except those groups that follow certain bargaining units (see the definition of Bargaining Unit Employee in this section).

- A Bargaining Unit Employee covered by a collective bargaining agreement listed below:

  - AT&T Mobility Services LLC — All CWA Districts

  - Employees in the job title of Customer Consultant of the AT&T Midwest Contract — IBEW System Council T-3

  - AT&T Services, Inc. — National Internet Contract — Tier 1 — CWA

  - AT&T Services, Inc. — National Internet Contract — Tier 2 — CWA

  - AT&T Corp. Core Contract — CWA

  - AT&T Corp. National Contract — IBEW System Council T-3

  - SBC Global Services, Inc. — CWA District 4 (Customer Operations Specialists)

- A Bargaining Unit Employee covered by a collective bargaining agreement listed below and hired or rehired on or after Aug. 9, 2009:

  - AT&T Billing Southeast, LLC — CWA District 3

  - AT&T East Core Contract — CWA District 1

  - AT&T Midwest Core Contract — CWA District 4

  - AT&T Midwest Contract — IBEW System Council T-3

  - AT&T Southeast Core Contract — CWA District 3

  - AT&T Southwest Core Contract — CWA District 6

  - AT&T West Core Contract — CWA District 9

  - BellSouth Telecommunications, LLC (Internet Services) — CWA District 3

  - BellSouth Telecommunications, LLC (Utility Operations) — CWA District 3

  - Pacific Bell Telephone Company — IBEW Local 1269

  - Pacific Bell Telephone Company — TIU Local 103

  - SBC Global Services, Inc. (CPE) — CWA District 4 (*Appendix G* to the AT&T Midwest Core Contract — CWA District 4)

  - SBC Global Services, Inc. — IBEW Local 21 (*Appendix D* to the AT&T Midwest Contract — IBEW System Council T-3)

  - SBC Global Services, Inc. — IBEW Local 58 (*Appendix E* to the AT&T Midwest Contract — IBEW System Council T-3)

  - SBC Global Services, Inc. — IBEW Local 134 (*Appendix F* to the AT&T Midwest Contract — IBEW System Council T-3)

  - SBC Global Services, Inc. — IBEW Local 494 (*Appendix G* to the AT&T Midwest Contract — IBEW System Council T-3)

- An employee covered by a collective bargaining agreement that has agreed to participate in the Plan and you are temporarily promoted to a management position for one year or less.

Generally, you are a Bargaining Unit Employee if:

- Your job title and classification are covered by a collective bargaining agreement between your Employer and a union agreeing to Plan benefits.

- You are a "confidential employee" as defined by the National Labor Relations Act.

- You are a nonmanagement nonunion employee in the same business unit as any of the following bargaining units:

  - AT&T Corp. Core Contract — CWA;

  - AT&T Midwest Core Contract — CWA District 4;

  - AT&T Midwest Contract — IBEW System Council T-3;

  - AT&T Southwest Core Contract — CWA District 6; or

  - AT&T West Core Contract — CWA District 9.

You are **NOT** eligible to participate in the Plan if you are one or more of the following:

- Not an Eligible Employee;

- Eligible to contribute to any other AT&T sponsored savings or profit sharing plan (such as the AT&T Savings and Security Plan or the BellSouth Savings and Security Plan);

- Not on an Employer's payroll;

- Subject to a written agreement or other designation from your Employer that states that you are not eligible to participate in the Plan;

- Classified, designated or treated by the Participating Company as an independent contractor or a leased employee (even if deemed or later determined to be a common law employee);

- An employee of another company that provides services to an Employer; or

- Not a resident of the U.S. and you have no U.S.-sourced income.

## Special Provisions

✳ **Special Rule for Employees in *Appendix F* to the AT&T East Core Contract — CWA District 1, *Appendix F* to the AT&T Midwest Core Contract — CWA District 4, *Appendix J* to the AT&T Southwest Core Contract — CWA District 6, *Appendix E* to the AT&T West Core Contract — CWA District 9 or *Appendix C* to the AT&T Midwest Core Contract — IBEW Local 21**

*If you were surplused from the regional Core Contract to any job title in the appendices listed above, you will **not** be eligible to participate in the Plan while you hold one of these job titles. All other employees covered by these job titles are eligible for the Plan.*

✱ **Special Rules for Employees in Bargaining Units and for Nonmanagement Nonunion Employees in the Same Business Units That Are Eligible Employees for This Plan: AT&T Midwest Core Contract — CWA District 4 (including *Appendix G*), AT&T Southwest Core Contract — CWA District 6, AT&T West Core Contract — CWA District 9, AT&T Messaging, LLC — CWA District 6, AT&T Midwest Contract — IBEW System Council T-3, Pacific Bell Telephone Company — IBEW Local 1269, Pacific Bell Telephone Company — TIU Local 103, SBC Global Services, Inc. — IBEW Local 21 (*Appendix D* to the AT&T Midwest Contract — IBEW System Council T-3), SBC Global Services, Inc. — IBEW Local 58 (*Appendix E* to the AT&T Midwest Contract — IBEW System Council T-3), SBC Global Services, Inc. — IBEW Local 134 (*Appendix F* to the AT&T Midwest Contract — IBEW System Council T-3), SBC Global Services, Inc. — IBEW Local 494 (*Appendix G* to the AT&T Midwest Contract — IBEW System Council T-3), AT&T East Core Contract — CWA District 1, AT&T Billing Southeast, LLC — CWA District 3, AT&T Southeast Core Contract — CWA District 3, BellSouth Telecommunications, LLC (Internet Services) — CWA District 3 or BellSouth Telecommunications, LLC (Utility Operations) — CWA District 3**

*Certain Reclassified Employees*

*You are eligible to participate in the Plan if you were hired or rehired before Aug. 9, 2009, as a Regular Limited Term Employee, Temporary Employee or Term Employee and reclassified as a Regular Employee on or after Aug. 9, 2009. Note that "Regular Limited Term Employee," "Temporary Employee," "Term Employee" and "Regular Employee" are defined under the applicable bargaining agreement. Contact the Recordkeeper if you have questions about whether this provision applies to you.*

*Transfers From a Management Position to a Bargained Position On or After Aug. 9, 2009*

*If you were in a Management position on Aug. 8, 2009, and transfer to a bargaining unit listed above you are eligible to participate in the Plan while represented by that bargaining unit.*

*Transfers Under the National Transfer Plan Between Bargained Positions On or After Aug. 9, 2009*

*You are eligible to participate in the Plan if you transfer to and are represented by a bargaining unit listed above and you were any of the following:*

- *Not a member of a bargaining unit listed above on Aug. 8, 2009 (including a Bargaining Unit Employee on layoff status who is later rehired from that layoff with recall rights), and you transfer to a bargaining unit listed above;*

- *A member of a bargaining unit represented by the CWA listed above on Aug. 8, 2009, and you transfer to a bargaining unit represented by the IBEW or TIU listed above;*

- *A member of a bargaining unit represented by the AT&T National Contract — IBEW System Council T-3, AT&T Midwest Contract — IBEW System Council T-3, SBC Global Services, Inc. — IBEW Local 21 (Appendix D to the AT&T Midwest Contract — IBEW System Council T-3), SBC Global Services, Inc. — IBEW Local 58 (Appendix E to the AT&T Midwest Contract — IBEW System Council T-3), SBC Global Services, Inc. — IBEW Local 134 (Appendix F to the AT&T Midwest Contract — IBEW System Council T-3) or SBC Global Services, Inc. — IBEW Local 494 (Appendix G to the AT&T Midwest Contract — IBEW System Council T-3) on Aug. 8, 2009, and you transfer to any other bargaining unit listed above; or*

- *A member of Pacific Bell Telephone Company — IBEW Local 1269 or Pacific Bell Telephone Company — TIU Local 103 on Aug. 8, 2009, and you transfer to any other bargaining unit listed above.*

✱ **Special Rule for Employees in Premises Technician Job Titles**

*If you are not a "Regular Employee" as defined under the applicable collective bargaining agreement and you are in a premises technician job title, then you are **not** eligible to participate in the Plan.*

## ENROLLMENT

### KEY POINTS

➢ *Your enrollment is generally effective the next payroll period beginning after you enroll.*

➢ *If you are a new hire or rehired, you may be automatically enrolled after 60 days.*

### How to Enroll

To enroll in the Plan, contact the Recordkeeper. See the "Contact Information" section for the Recordkeeper's contact information.

Generally, your enrollment is effective with the next payroll period that starts after you enroll. You may not make Contributions to the Plan before your enrollment is processed.

### Automatic Enrollment

If you are newly hired, rehired or transferred into the Plan and become eligible to participate, the Recordkeeper automatically enrolls you in the Plan. A Before-tax Basic Contribution of 3 percent of your Compensation will be deducted from your paycheck if you are automatically enrolled.

> **IMPORTANT**: If you do not make an investment fund election, and you do not have a balance in the Plan from a period of prior participation, the Plan invests your Contributions in the AT&T Age-Based Asset Allocation Fund that corresponds to your age, assuming you will retire at the age of 65. For example, if you turn 65 in 2021, your Contributions would be invested in the AT&T Age-Based Asset Allocation Fund 2020.

This automatic deduction begins with the first full payroll period that starts 60 days after the date you become eligible. During this 60-day period, you may stop the automatic enrollment and make your own enrollment and investment decisions, or you may elect not to be enrolled.

If you are automatically enrolled in the Plan, your 3 percent Before-tax Basic Contributions will increase by 1 percent each year, up to 6 percent.

* **Special Rule for Certain Newly Eligible Employees Who are Part of a Group Movement**

    *Effective Sept. 1, 2010, if you become eligible to participate in the Plan as part of a group movement due to a bargaining agreement, merger or acquisition (that is addressed in a specific attachment or schedule in the Plan), you are **not** automatically enrolled in the Plan. Contact the Recordkeeper to enroll.*

If you elect not to be automatically enrolled, you may elect to enroll in the future by contacting the Recordkeeper. Generally, your enrollment begins with the next payroll period that starts after you enroll. You may not make Contributions that apply before you are enrolled.

# EMPLOYEE CONTRIBUTIONS

## KEY POINTS

➢ *You may make Basic Contributions and Supplementary Contributions.*

➢ *Only Basic Contributions are eligible to receive Company Match.*

➢ *If you are age 50 or older, you may make Catch-Up Contributions.*

## Amount of Employee Contributions

You contribute to the Plan through payroll deductions. You may contribute up to **50 percent** of your Compensation in **1 percent** increments: up to **6 percent** as a **Basic Contribution,** and up to **44 percent** as a **Supplementary Contribution.** Your total Contributions may not exceed the limits in the "Limits on Contributions" section.

Once eligible, you receive Company Match on your Basic Contributions. Your Supplementary Contributions do not receive Company Match. (See the "Employer Contributions" section for more information.) Your Contributions may be Before-tax Contributions, After-tax Contributions (including Roth Contributions) or a combination of both. Carefully consider your financial needs and talk with your financial adviser before you elect to contribute.

> **IMPORTANT:** You make separate elections for Basic Contributions and Supplementary Contributions. Only your Basic Contributions will be eligible for Company Match.

## Before-tax Contributions

Your Before-tax Contributions are deducted from your paycheck before income taxes are withheld. These Contributions are included in your taxable income when distributed to you from the Plan. By law, your Before-tax Contributions cannot exceed an annual limit (see the "Limits on Contributions" section). Note that you pay Social Security taxes on your Before-tax Contributions.

If your Before-tax Contributions exceed an annual limit, your Contributions are converted to After-tax Contributions unless you elect to stop your Before-tax Contributions. This is called a spillover election.

## After-tax Contributions

Your After-tax Contributions are deducted from your paycheck after withholding applicable income taxes. These Contributions are included in your taxable income. Your After-tax Contributions are not taxable when paid to you from the Plan. However, the earnings on these Contributions are taxable when paid to you from the Plan.

| Example of Tax Treatment of $50 Contribution on Your Paycheck | | |
|---|---|---|
| **Item** | **Before-tax Contribution** | **After-tax Contribution** |
| Gross Amount of Paycheck | $1,000 | $1,000 |
| Before-tax Contribution | - $50 | |
| Taxable Income | $950 | $1,000 |
| Estimated 28% Income Tax | - $266 | - $280 |
| After-tax Contribution | | - $50 |
| **Take-Home Pay** | **$684** | **$670** |

## Roth Contributions

You may also make Basic and/or Supplementary Contributions to a Roth account in the Plan (Roth Contributions). Although you make Roth Contributions on an after-tax basis (meaning after income taxes are withheld), they are subject to the Before-tax Contributions limits (see the "Limits on Contributions" section). You may withdraw earnings on your Roth Contributions tax-free if it has been at least five tax years since your first Roth Contribution and you are at least 59½ years old or Disabled.

Consider making Roth Contributions if you:

- Have the ability and time to accumulate tax-free earnings;

- Are not eligible for a Roth IRA but want a pool of tax-free money available for retirement; or

- Want to leave tax-free money to your beneficiaries.

## Automatic Annual Increase

If your Before-tax Contributions are less than the annual limit (see the "Limits on Contributions" section), you may elect to automatically increase your Before-tax Contributions each year until you reach 6 percent as a Basic Contribution and then until you reach 44 percent as a Supplementary Contribution (subject to the annual limit). The automatic increase takes effect annually unless your Contributions are suspended following a Hardship Withdrawal (see the "Withdrawals" section). Choose your automatic increase in whole percentages (up to 10 percent annually). Contact the Recordkeeper to elect an automatic annual increase.

## Catch-Up Contributions

If you are or will be age 50 or older before the end of a calendar year, you may save more on a before-tax basis to "catch up" your savings to help meet your retirement needs. You may contribute an additional Before-tax Contribution or a Roth Contribution that exceeds the otherwise applicable Plan or statutory limits (a "Catch-Up Contribution"). See the "Limits on Contributions" section. **Catch-Up Contributions are not eligible for Company Match.**

> **IMPORTANT:** In order to make a Catch-Up Contribution, you must make a separate election for an "Additional Before-tax Supplementary Contribution" (or "Employee Pre-tax Catch-Up" Contribution). You will not be allowed to make this election unless you have an employee Contribution election greater than 0 percent.

| Example: The Statutory Limit of $17,500 for Before-tax Contributions Is Reached |
|---|

Jane is the age of 52 and is paid $56,000 a year ($2,333 semi-monthly for 24 paychecks during the year). She already contributes the maximum Before-tax Contributions allowed by statute ($17,500 in a calendar year for 2013). However, Jane wants to contribute $5,500 more for her retirement and decides to elect a Catch-Up Contribution. Jane must make sure she elects a separate Catch-Up Contribution for her additional Contribution of $5,500.

| Before-tax Contributions | Deducted Each Paycheck | Annual Total |
|---|---|---|
| Before-tax Basic (maximum Basic is 6%) | $142.00 | $3,400 |
| Before-tax Supplementary (maximum Supplementary is 44%) | $566.00 | $13,600 |
| Total Before-tax Basic and Supplementary Contributions (maximum Before-tax is $17,500) | $708.00 | $17,500* |
| Catch-Up Contribution (maximum is $5,500) | $229.17 | $5,500 |
| **Total Contributions During the Plan Year** | | **$23,000** |

*After reaching the Before-tax Contribution limit, her Before-Tax Contributions will automatically be recharacterized as After-tax Contributions or cease (depending on her spillover election).*

## To Change or Suspend Your Contributions

**Each payroll period**, you may change the percentage or type of your Contributions. You may also suspend your Contributions (decrease your Contributions to 0 percent). You may later reinstate your Contributions for the next following payroll period.

# EMPLOYER CONTRIBUTIONS

## KEY POINTS

➢ *If you are eligible, you may receive Company Match on your Basic Contributions.*

➢ *Supplementary Contributions are **not** eligible to receive the Company Match.*

➢ *Company Match is allocated to the AT&T Shares Fund, except as noted below.*

## Amount of Employer Contributions

When you enroll in the Plan and complete one Year of Service, subject to the special rules below, you may receive a Company Match from your Participating Company. Your Company Match is **80 percent** of your total **Basic Contributions**, subject to the special rules below. **No Company Match is made on Supplementary Contributions.** The Company Match is invested in your AT&T Shares Fund on the same day your Basic Contributions are allocated to your account in the Plan, except as noted below.

❋ **Special Rule for Management Employees**

*You are immediately eligible to receive the Company Match from your Participating Company.*

❋ **Special Rule for Employees of AT&T Government Solutions, Inc., Employees of AT&T Technical Services Company, Inc. and Employees of AT&T World Personnel Services, Inc. Who Report to AT&T Government Solutions, Inc. and AT&T Technical Services Company, Inc**

*You are immediately eligible to receive the Company Match from your Participating Company. Your Company Match is 100 percent of your Basic Contributions and is invested in the same funds as your own Contributions.*

❋ **Special Rule for BellSouth Utility Operations Bargaining Unit**

*You are eligible to receive a Company Match from your Participating Company. Your Company Match is equal to 25 percent of your Basic Contributions.*

❋ **Special Rule for AT&T Mobility Services LLC — All CWA Districts Bargaining Unit Employees**

*You are immediately eligible to receive the Company Match from your Participating Company.*

❋ **Special Rule for AT&T Corp. Core Contract — CWA Bargaining Unit Employees**

*You are eligible to receive a Company Match from your Participating Company. Your Company Match is equal to 75 percent of your Basic Contributions.*

❋ **Special Rule for AT&T National Contract — IBEW System Council T-3 Bargaining Unit Employees**

*You are eligible to receive a Company Match from your Participating Company. Your Company Match is equal to 66-2/3 percent of your Basic Contributions and is invested in the same funds as your own Contributions.*

### *Company Match Diversification*

You may exchange (or transfer) up to 100 percent of your vested Company Match. Generally, your Company Match vests after you have at least three Years of Service with AT&T (see the "Vesting" section).

❋ **Special Rule for Employees AT&T Government Solutions, Inc., Employees of AT&T Technical Services Company, Inc. and Employees of AT&T World Personnel Services, Inc. Who Report to AT&T Government Solutions, Inc. and AT&T Technical Services Company, Inc.**

*You are eligible to exchange (or transfer) up to 100 percent of your Company Match, whether vested or not.*

### Company Match Withdrawal

Beginning with the year you reach age 55, you may withdraw up to 100 percent of the vested amounts of your Company Match. You may make a Withdrawal **once each year** and you may elect to have it paid in AT&T Shares or in cash.

✴ **Special Rule for Employees of AT&T Government Solutions, Inc., Employees of AT&T Technical Services Company, Inc. and Employees of AT&T World Personnel Services, Inc. Who Report to AT&T Government Solutions, Inc. and AT&T Technical Services Company, Inc.**

*You are not eligible for an age 55 Company Match Withdrawal.*

### Nonelective Contribution

In 2013, Transferred LTSSP Participants will receive a discretionary one-time, nonelective Contribution (a "Special LTSSP Nonelective Contribution"). The amount of the Special LTSSP Nonelective Contribution generally will be equal to the missed Company Match, if any, resulting from the difference between (a) the definition of Compensation being used under the Plan from Dec. 21, 2012, through May 29, 2013, and (b) the definition of Compensation being used under the Plan effective May 29, 2013. The Special LTSSP Nonelective Contribution will be allocated to your Plan account, if applicable, on or around July 17, 2013.

## LIMITS ON CONTRIBUTIONS

### KEY POINTS

➢ *Your Before-tax Contributions are limited to $17,500 a year for 2013 (subject to future adjustments).*

➢ *Your Contributions may be limited if you are a highly compensated employee.*

## Before-tax Contributions

The Plan is prohibited by law from accepting your Before-tax Contributions during a Plan Year that, when added to your Before-tax Contributions to other tax qualified plans, exceed $17,500 in 2013 (subject to future adjustments). If you reach the annual Plan limit on Before-tax Contributions, you may elect to have your Before-tax Contributions either suspended or withheld as After-tax Contributions for the remainder of the year (known as a spillover election). If you have made no election on how those Contributions should be treated, your Contributions for the remainder of the year will be withheld as After-tax Contributions. The annual limit on Before-tax Contributions applies to the total of all of your Before-tax Contributions. If you are or will be age 50 or older before the end of a calendar year, you may be eligible to make Catch-Up Contributions. The Catch-Up Contribution limit for 2013 (subject to future adjustments) is $5,500.

## Highly Compensated Employees

If you are a highly compensated employee, some combination of your Before-tax Contributions, After-tax Contributions and Company Match could be reduced, recharacterized or adjusted due to Code limitations (and such adjustment could include a return of excess Contributions). A highly compensated employee is an employee who (a) was a 5 percent owner at any time during the Plan Year under consideration or (b) for the prior Plan Year received Compensation greater than $115,000 applicable to the 2013 Plan Year (subject to future adjustments).

### Overall Limits

The Code may impose limits on the total amount contributed to the Plan. The limitation in 2013 (subject to future adjustments) is $51,000. In addition, each Contribution made by the Participating Company to the Plan (including Before-tax Contributions) is expressly limited and conditioned on the deductibility of the Contribution under the Code. The Plan limits the amount of your Compensation taken into account under the Plan for any Plan Year to $255,000 in 2013 (subject to future adjustments). If you reach the Compensation limit, your Contributions will automatically be suspended for the remainder of the year.

## VESTING

### KEY POINTS

➢ *Employee Contributions are vested.*

➢ *Your Company Match is subject to a vesting schedule.*

➢ *Generally, you are fully vested after three Years of Service.*

Vesting determines your rights to full ownership of the Company Match. Your Contributions and earnings on those Contributions are fully vested at all times. The Company Match will vest after you have been employed by an Employer and as provided below:

- Your Company Match will vest after **three** Years of Service.

- If you become Disabled while an Eligible Employee, your Company Match will vest immediately.

- **If you are the age of 65,** your Company Match will vest immediately.

- **If you die while an Eligible Employee,** your Company Match will vest immediately.

Generally, if you are not vested upon Termination of Employment, you will forfeit and not be entitled to receive any Company Match. However, if your employment is terminated under certain conditions, you may not forfeit Company Match (see the "Forfeiture" section).

✳ **Special Rule If You Have Contributions That Were Transferred to the Plan From Another Plan and That Other Plan Had a Different Vesting Schedule**
*Contact the Recordkeeper. You may have a different vesting schedule that applies to some or all of your account in the Plan.*

✳ **Special Rule If You Were Previously Employed by an Employer and Subsequently Rehired**
*Contact the Recordkeeper. You may receive credit for prior employment with an Employer.*

## FORFEITURE

### KEY POINTS

➢ *Any portion of your Company Match that is not vested may be forfeited after your termination of employment.*

➢ *Forfeitures may be used to reduce future Employer Contributions or to pay Plan administrative expenses.*

## What Is Subject to Forfeiture

Your Before-tax and/or After-tax Contributions, and applicable earnings on those Contributions, are always vested and are not subject to forfeiture. However, you will forfeit all Company Match Contributions that are **not vested** at the time you terminate employment. The amount to be forfeited will be held in your account for a period of five years following your date of termination or until your account has been completely distributed, whichever occurs first.

## Application of Forfeited Company Match

Amounts forfeited under the Plan will be applied as a credit to reduce subsequent Contributions by Participating Companies or pay expenses incurred in the administration of the Plan.

## Restoral of Forfeited Company Match

### *If You Took a Distribution of Your Account Upon Termination of Employment*

If you are re-employed by a Participating Company within five years of your Termination of Employment and you forfeited Company Match because you elected to take a Distribution of a portion of your account, the previously forfeited Company Match will be restored to your account if you repay the Trustee the amount distributed to you as a result of your earlier Termination of Employment. Your repayment must be made in a single cash payment, and it must be made within five years of the date you are rehired.

*Note: Repayment of the forfeited amount needs to come from a qualified plan or IRA. Amounts not rolled over and kept as cash are considered nonqualified monies and cannot be restored to the Plan.*

### *If You Deferred Distribution of Your Account Upon Termination of Employment*

If you are re-employed by a Participating Company within five years of your Termination of Employment and you deferred the Distribution of your account when you terminated, your account balance upon re-employment will reflect any amounts that were not vested at your prior Termination of Employment.

# INVESTMENT OPTIONS

### KEY POINTS

➤ *You invest your Contributions in the investment funds available under the Plan.*

➤ *If you do not select an investment fund or funds, your Contributions will be invested in the AT&T Age-Based Asset Allocation Fund.*

➤ *Attachment 2: Fee Disclosure contains additional important information about the investment funds under the Plan.*

## How Your Contributions Are Invested

You may invest your Contributions, loan repayments or rollover amounts in one or more of the investment funds described on the following pages. Each of the Plan's investment funds offers different opportunities and levels of risk. Each fund has a specific investment goal and may invest in short-term investments, including commercial paper and bank deposits (including deposits with a fiduciary of the Plan), pending the purchase of other investments of the types described for each fund. Some of the funds, or underlying investment funds and contracts, may engage in securities lending.

> **IMPORTANT:** If you do not select an investment fund, your Contributions will automatically be invested in the AT&T Age-Based Asset Allocation Fund based on your age and assuming you would retire at the age of 65. For example, if you were born in 1956, your Contributions will be invested in the AT&T Age-Based Asset Allocation Fund 2020.

The Plan is intended to comply with ERISA Section 404(c). This means that all responsibility with respect to the selection of investments for your Plan account belongs with you. Choices should be made carefully on the basis of your personal financial goals. Neither the Plan Administrator, the Plan Sponsor, any Plan committees, the Recordkeeper, the Trustee nor the Employer (nor any Participating Company) are accountable for any loss sustained by reason of your investment decisions. In addition, none of the parties listed in the preceding sentence make any guarantee of the performance of any investment option offered under the Plan.

**No AT&T employee or Recordkeeper representative is authorized to make any recommendations or provide advice as to how you should invest your Plan account. In addition, neither this SPD nor any other materials provided to you related to the Plan's investment choices should be construed as providing any type of recommendation or investment advice.** The investment funds are selected by the Plan Administrator, or its delegate, and are subject to change. The Plan Administrator, or its delegate, may also change the managers of the investment funds.

Interest and/or dividends earned in an investment fund (except the AT&T Shares Fund and Dividend Fund Account) are automatically reinvested in that fund. For information on the rate of return for each investment fund, see the "Historical Performance" section.

### Benchmark Descriptions
Each investment fund's returns are compared against a benchmark as set forth in *Attachment 2: Fee Disclosure*. In addition, some investment funds, but not all, are structured in a way to attempt to meet, match or exceed their benchmark. See the description for each investment fund herein for more information. In general, a benchmark is a standard against which an investment fund is compared and can be an index. Contact the Recordkeeper or visit the applicable website for the Recordkeeper listed in the "Contact Information" section for more information regarding a particular benchmark.

### AT&T Age-Based Asset Allocation Funds

*What It Is*
The following funds are actively managed diversified investment pools with an asset allocation strategy that adjusts the portfolio to become more conservative over time. These funds are designed for investors expecting to retire around the year indicated in each fund's name. These are not SEC-registered 40 Act funds.

- AT&T Age-Based Asset Allocation Fund 2000

- AT&T Age-Based Asset Allocation Fund 2005

- AT&T Age-Based Asset Allocation Fund 2010

- AT&T Age-Based Asset Allocation Fund 2015

- AT&T Age-Based Asset Allocation Fund 2020

- AT&T Age-Based Asset Allocation Fund 2025

- AT&T Age-Based Asset Allocation Fund 2030

- AT&T Age-Based Asset Allocation Fund 2035

- AT&T Age-Based Asset Allocation Fund 2040

- AT&T Age-Based Asset Allocation Fund 2045

- AT&T Age-Based Asset Allocation Fund 2050

- AT&T Age-Based Asset Allocation Fund 2055

*Objective*

Seeks to provide an asset allocation investment strategy that becomes more conservative over time.

*Strategy*

Each fund invests in a series of commingled pools of the Pyramis Group Trust for employee benefit plans and is managed by Pyramis Global Advisors, a Fidelity Investments Company. Each commingled pool consists of securities from different asset classes, market capitalizations and geographic regions, and may invest in the following instruments: domestic and foreign issuers of common stock, preferred stock and convertible securities; exchange-traded funds; real estate investment trusts (REITs); debt obligations issued by U.S. Government, U.S. local city and state governments, U.S. Government agencies, U.S. Government-sponsored corporations, foreign governmental issuers, supranational(s), U.S. corporations and foreign corporations; mortgage-backed securities; asset-backed securities; private placements and other securities not represented in the fixed income benchmarks, including zero coupon bonds, floating-rate debt and Treasury Inflation Protected Securities (TIPS); short-term fixed income investments; derivatives instruments including options, futures, forwards and swaps; and commingled funds that invest in these securities. You select the fund that best matches your retirement strategy.

Individual commingled pools are primarily benchmarked to the following indices: U.S. Equity (R3000), International Equity (MSCI ACWI ex U.S. Index), Fixed Income (Barclays Agg Index), High Yield (High Yield Index) and Short-Term Investments (Three-Month T-Bills). Target allocations for the AT&T Age-Based Asset Allocation 2000-2055 funds as of March 31, 2013, were:

| Fund | U.S. Equity | International Equity | Fixed Income | High Yield | Short-Term Investments |
|------|-------------|---------------------|--------------|------------|------------------------|
| 2000 | 17.07% | 6.41% | 32.29% | 5.19% | 39.04% |
| 2005 | 26.42% | 9.63% | 28.81% | 5.12% | 30.03% |
| 2010 | 36.01% | 13.12% | 33.31% | 5.06% | 12.51% |
| 2015 | 37.52% | 13.58% | 34.27% | 5.00% | 9.64% |
| 2020 | 41.02% | 14.88% | 31.73% | 5.83% | 6.54% |
| 2025 | 50.01% | 17.87% | 24.24% | 7.20% | 0.69% |
| 2030 | 52.52% | 18.70% | 21.48% | 7.31% | 0.00% |
| 2035 | 60.40% | 21.34% | 11.06% | 7.20% | 0.00% |
| 2040 | 61.41% | 21.66% | 9.53% | 7.40% | 0.00% |
| 2045 | 62.95% | 22.16% | 5.37% | 9.52% | 0.00% |

| Fund | U.S. Equity | International Equity | Fixed Income | High Yield | Short-Term Investments |
|------|-------------|---------------------|--------------|------------|------------------------|
| 2050 | 63.81% | 22.49% | 4.03% | 9.67% | 0.00% |
| 2055 | 66.39% | 23.43% | 0.39% | 9.79% | 0.00% |

### Risks

Target date funds are designed for investors expecting to retire around the year indicated in each fund's name. The funds are managed to gradually become more conservative over time as they approach their target date. The investment risk of each target date fund changes over time as its asset allocation changes. They are subject to the volatility of the financial markets, including that of equity and fixed income investments in the U.S. and abroad, and may be subject to risks associated with investing in high yield, small-cap and foreign securities. Principal invested is not guaranteed at any time, including at or after their target dates.

*These funds are designed to become more conservative over time both to the point of expected retirement and for a period of approximately 15-20 years thereafter. The investment risks of the funds change over time as its asset allocation changes. These are broadly diversified funds and can include a mix of U.S. and non-U.S. stocks, bonds and/or money market instruments. In general, investment values fluctuate in response to adverse issuer, political, regulatory, market, interest rate or economic developments in the U.S. and abroad. They may be subject to additional risks of the underlying investments, such as risks associated with investing in high yield, small-cap and/or foreign securities. Unit price and return will vary. In addition, there can be no assurance that these funds will achieve their stated goal. Additional risks may include, but are not limited to, the following: the performance of the underlying commingled pools; the manager's ability to select among the available commingled pools; the manager's ability to develop, select and implement an allocation strategy with a long-term horizon and the impact of any future changes to this strategy. Principal invested is not guaranteed at any time, including at or after these fund's target dates. In addition, there can be no assurance that the fund will achieve its stated goal.*

## AT&T International Stock Fund

### What It Is

A diversified stock fund that invests in foreign companies. This is not an SEC-registered 40 Act fund.

### Objective

Seeks to provide returns in excess of international markets as represented by the Morgan Stanley Capital International All Country World Index excluding U.S. (MSCI ACWI ex U.S. Index).

### Strategy

Using both active and passive investment managers, the fund invests primarily in common stocks issued by foreign businesses. It invests in mature markets such as Western Europe, Japan, Australia, Hong Kong, Singapore and Canada with a portion in emerging markets such as Latin America, Africa, Eastern Europe and the Pacific Basin. The fund invests primarily in common stocks, but may also invest in securities convertible into common stocks, stock index futures contracts, short-term fixed income investments and commingled funds that invest in these securities. The fund may also invest in derivatives on currencies including options, futures, forwards and swaps. This fund is currently managed by Baillie Gifford, BlackRock, Capital Guardian Trust Company, Dimensional Fund Advisors, Highclere International Investors, Marathon Asset Management, McKinley Capital Management, Morgan Stanley, State Street Corporation and Silchester International Investors. The target allocations for the fund are shown below. These

figures are subject to change at any time and without further notification based on market fluctuations, manager selection and cash flow distribution.

| Type of Account | Target Allocation | Allocation Range |
|---|---|---|
| Passive equity accounts | 20% | 0% – 40% |
| Active equity accounts | 80% | 60% – 100% |

### Risks

Unit price and return will vary.

Foreign securities are subject to interest-rate, currency-exchange-rate, economic and political risks, all of which may be magnified in emerging markets. Stock markets are volatile and can decline significantly in response to adverse issuer, political, regulatory, market, economic or other developments. In addition, there can be no assurance that the fund will achieve its stated objective.

*Note: This is a custom strategy fund.*

*As is the case with all stock portfolios, the general level of volatility and risk, along with the potential investment returns associated with this fund, are higher than with fixed income funds. The securities of smaller, less well-known companies can be more volatile than those of larger companies. The fund value and return may vary more than the MSCI ACWI ex U.S. index. Unit price and return will vary.*

*If you sell (including transfers, loans, withdrawals and distributions) your units after holding them for less than 30 days, the fund will deduct a short-term trading fee from your account equal to 1.5 percent of the value of the units sold.*

## AT&T Shares Fund

### What It Is

A fund that pools your money with that of other employees to buy AT&T Shares and an amount of short-term investments (cash equivalents) designed to allow you to buy or sell without the usual trade settlement period for individual stock transactions. Your ownership is measured in units of the fund instead of shares of stock. This fund is an Employee Stock Ownership Plan. When AT&T declares a dividend, only participants who have a balance in the AT&T Shares Fund at the end of the trading day preceding the ex-dividend date will receive a dividend on their shares. This is not an SEC-registered 40 Act fund.

### Objective

Seeks to approximate the performance of AT&T Shares. Benchmark applied is the Standard & Poor's 500® Composite Stock Price Index (S&P 500® Index).

### Strategy

The fund invests in AT&T Shares exclusively, except for cash or other short-term investments necessary to facilitate participant transactions. The amount of short-term investments is based upon a target established by the Independent Fiduciary, but the actual amount of short-term investments on any given Business Day will vary with the amount of cash awaiting investment and with participant activity in the fund (Contributions, redemptions, exchanges, withdrawals, etc.). The Investment Manager and Independent Fiduciary is Evercore Trust Company, N.A. The Independent Fiduciary has no authority or responsibility for voting AT&T Shares.

*Risks*

If you invest a significant portion of your retirement savings in any one company or industry, your savings may not be properly diversified. Although diversification is not a guarantee against loss, it can be an effective strategy to help you manage investment risk. This is neither a mutual fund nor a diversified or managed investment option. Investing in a nondiversified single stock fund involves more risk than investing in a diversified fund. On days of unexpectedly heavy outflows, the fund may not have enough short-term investments for liquidity. If that happens, requests to sell units received by Fidelity before the market close on a Business Day may not be processed on that day. In that case, requested sales of units will be suspended and, as liquidity is restored, suspended transactions will be processed, generally on a first-in-first-out basis, at the closing price for the processing date. In unusual circumstances, the fund may be closed to purchases or sales. As with any stock, the value of your investment may go up or down depending on how the company's stock performs in the market. Unit price and return will vary.

AT&T Shares fluctuate in market value, and the value of Units in the fund will likewise fluctuate. Investing in this fund is riskier than investing in the other Plan investment options because this fund invests in only one company. Industry conditions, general economic conditions and financial results of AT&T will have a large impact on the return of the fund. The return and value of your investment will vary depending on the short-term investments held by the fund, less any expenses accrued against the fund.

*Note: The fund will be invested exclusively in AT&T Shares (except to the extent necessary to facilitate participant transactions) unless the Independent Fiduciary determines in its sole discretion, that it is required by ERISA to disregard the terms of the Plan. In addition, there can be no assurance that the fund will achieve its stated objective.*

*You may not make an exchange into the AT&T Shares Fund during the two Business Days prior to an ex-dividend date.*

### AT&T Stable Value Fund

*What It Is*

A capital preservation and income fund. This is not an SEC-registered 40 Act fund.

*Objective*

Seeks to preserve principal value, provide a relatively stable current rate of interest income and earn incremental returns above the Barclay 3-month Bellwethers Index.

*Strategy*

The fund invests primarily in stable value investment contracts issued by banks, insurance companies and other financial institutions, typically held in combination with portfolios of a variety of fixed income investments including securities issued by the U.S. Treasury, U.S. Government agencies or other U.S. Government Sponsored Enterprises, residential and commercial mortgage-backed securities, asset-backed securities and corporate securities. Stable value contracts are negotiated over-the-counter contracts intended to help the fund maintain stable principal valuation in most circumstances and typically require the fund to pay periodic fees to the contract's issuer. Some insurance contracts require that the fixed income portfolios are held by the insurance company instead of being held by the fund. The fund may also invest in commingled funds with investments that are similar to those described above. The fund may also invest in derivatives on fixed income securities and currencies including options, futures, forwards and swaps, and in short-term fixed income investment funds and money market funds to help meet daily liquidity requirements.

The average credit quality of the fund's investments is generally expected to be AA- (or its equivalent) or higher, although individual securities or contracts purchased for the fund will have a lower credit quality rating. The average duration (a measure of price sensitivity to changes in interest rates) for investments in the fund is typically expected to be in a range of two to four years. In general, prices of fixed income investments fall when interest rates rise, and vice versa. The fund invests in stable value contracts to help offset price fluctuations. The terms of each stable value contract obligate the contract's issuer to keep a separate record for the contract's value known as the "book value,", which under most circumstances approximates the value of invested principal plus accrued interest, adjusted for deposits, withdrawals and fees. The fund's Net Asset Value (NAV) is normally expected to be calculated using the book value of the stable value contracts, regardless of the fluctuations in the market value of the fixed income portfolios. The terms of each stable value contract provide for certain qualified withdrawals allowed under the Plan, such as exchanges, withdrawals, distributions and benefits to be paid at book value, although terms vary from contract to contract and certain withdrawals may not be permitted at book value.

This fund is managed by DB Advisors, Brown Brothers Harriman & Company, Standish Mellon Asset Management Company, BlackRock, PIMCO, Jennison Associates and Prudential Investment Management. AT&T may also retain additional fixed income portfolio managers, which will manage portfolios of marketable fixed income securities.

### Risks
Investing in the fund involves certain risks, some of which are explained here, and there is no assurance that the fund will achieve its objective. An investment in the fund is not insured or guaranteed by the manager(s), the Plan Sponsor, the Trustee, the FDIC, any other government agency or any other entity. The fund is typically expected to maintain a relatively stable NAV, however, in some circumstances the fund's NAV may fluctuate up or down without advance notice, so it is possible to lose money in the fund. The contracts and securities purchased for the fund are backed solely by the financial resources of the issuers of such contracts and securities. Those issuers may experience a credit failure or otherwise fail to meet their financial obligations, which could result in a loss. The contracts purchased by the fund are normally expected to be accounted for at book value (principal plus interest accrued to date), although in some circumstances an adjustment to the book value may be made that may result in a loss. Through the use of book value accounting, there is typically no immediate recognition of investment gains and losses on the fund's securities. Instead, gains and losses are normally recognized over time by periodically adjusting the interest rate credited to the fund under the contracts. The contracts provide for the payment of certain withdrawals and exchanges at book value subject to the terms of the contracts. In order to maintain the contract issuers' obligation to pay such withdrawals and exchanges at book value, the contracts subject the fund and its participants to certain restrictions. For example, withdrawals prompted by certain events (e.g., layoffs, early retirement windows, spin-offs, sale of a division, facility closings, plan terminations, partial plan terminations, changes in laws or regulations, plan amendments or changes to the plan's investment options) may be paid at the market value of the fund's securities, which may be less than your book value balance and therefore result in a loss.

There are certain risks associated with investing in stable value contracts. Stable value contracts contain terms including events of default and termination provisions, which if triggered could obligate the fund's managers to alter the investment strategy and wind down the contracts over a period of several years, or could potentially cause loss of coverage under the contract. Certain events or conditions, including but not limited to, changes to the Plan's investment funds, changes to the rules or administration of the Plan or fund, employer restructuring or layoffs, corporate mergers or divestitures, employer bankruptcy, partial or complete Plan termination, changes in

law, accounting procedures or regulatory changes, may result in withdrawals from the stable value contracts being made at market value instead of book value, which could result in a reduction of the fund's NAV. Issuers of stable value contracts may decide to exit the market or otherwise elect to terminate or wind down their contracts. There is no assurance that the fund's manager will be able to negotiate a sufficient amount of replacement contract coverage for all of the assets in the fund, and therefore some of the fund's fixed income assets may not be subject to contract coverage, causing the NAV to fluctuate.

The value of the fund's fixed income investments held in combination with the stable value contracts may fluctuate, sometimes rapidly or unpredictably, due to a number of factors, including changes in interest rates or inflation, adverse economic conditions, reduced market liquidity, poor manager performance or other factors affecting the securities markets. The creditworthiness of the issuer or guarantor of fixed income securities or stable value contracts, or the counterparty to a derivatives contract, may deteriorate, or the issuer may default or become unable or unwilling to make timely principal payments, interest payments or to otherwise honor its obligations, which may impact the fund's performance or cause a reduction in the fund's NAV. The fund may invest in derivatives, which are financial contracts whose value depends on, or is derived from, the value of an underlying asset, reference rate or index. Investing in derivatives involves certain risks, including the risk of leverage, which could increase the fund's exposure to the market and magnify losses to the fund.

The fund's yield and return will vary over time. The fund's yield is intended to follow the general trends in interest rates, although with a potentially significant time lag. The fund's yield and return will also be affected by cash flows into and out of the fund, including contributions, withdrawals and exchanges from other participants invested in the fund. The returns of the fund may not keep pace with inflation or the cost of living. The fund's yield and income could at times be reduced to a rate lower than that offered on other conservative investments, such as certificates of deposit or money market funds. In addition, there can be no assurance that the fund will achieve its stated objective.

*Note: The investment option is a custom strategy fund.*

*You may not exchange funds from the AT&T Stable Value Fund directly into a Fidelity BrokerageLink account. Any funds exchanged out of the AT&T Stable Value Fund must remain invested in another fund outside of Fidelity BrokerageLink for a period of at least 90 days before the funds can be exchanged into a Fidelity BrokerageLink account.*

*Certain investment options (e.g., money market funds, short-term bond funds and brokerage window) may be deemed by the contract issuers to "compete" with this fund. The terms of the contracts prohibit you from making a direct exchange from this fund to such competing funds. Instead, you must first exchange to a noncompeting fund for 90 days. While these requirements may seem restrictive, they are imposed by the contract issuers as a condition for the issuers' obligation to pay certain withdrawals and exchanges at book value.*

### AT&T Total Return Bond Fund

#### What It Is

A diversified fixed income fund. This is not an SEC-registered 40 Act fund. However, the fund may invest in SEC-registered 40 Act funds, including the following: Western Asset Core Plus Bond Fund — Institutional Class; PIMCO Total Return Bond Fund — Institutional Class; BlackRock Core Bond Portfolio — BlackRock Shares. These underlying funds each have a separate prospectus that contains important information about that fund. Contact the Fidelity Service Center to request a copy of any of these prospectuses.

*Objective*
Seeks to realize a total return that exceeds that of the Barclays Capital U.S. Aggregate Bond Index (Barclays Agg Index).

*Strategy*
The fund may invest in all types of bonds, including U.S. Government and agency securities, corporate securities, residential and commercial mortgage-backed securities, asset-backed securities and international bonds as well as commingled funds investing in fixed income securities. The fund may also invest in below-investment-grade securities, non-U.S. bonds and emerging market debt. The fund may also invest in derivatives on fixed income securities and currencies including options, futures, forwards and swaps. Duration (sensitivity to changes in interest rates) will generally approximate three to six years. The fund is currently managed by PIMCO, Western Asset Management Company and BlackRock. The fund may also invest in separate accounts or other commingled funds offered by these managers.

*Risks*
In general the bond market is volatile, and fixed income securities carry interest rate risk. (As interest rates rise, bond prices usually fall, and vice versa. This effect is usually more pronounced for longer-term securities.) Fixed income securities also carry inflation risk and credit and default risks for both issuers and counterparties. Unlike individual bonds, most bond funds do not have a maturity date.

Unit value, yield and returns will fluctuate based on these risks and could have a negative return. To the extent the fund does not invest in federally-insured obligations, fund investments are subject to the risk that an issuer will fail to make timely payments of interest or principal, which may result in a loss to the overall market value of the fund. Securities that are based on the collective value of a group of assets or mortgages will change in value as the value of the underlying assets or mortgages change. The fund value and return are expected to vary more than the Barclays Agg Index. Foreign securities are subject to interest-rate, currency-exchange-rate, economic and political risks, all of which are magnified in emerging markets. In addition, there can be no assurance that the fund will achieve its stated objective.

### AT&T U.S. Stock Fund

*What It Is*
A diversified stock fund. This is not an SEC-registered 40 Act fund.

*Objective*
Seeks to provide returns in excess of the total U.S. equity market as represented by the Russell 3000 Index (R3000 Index).

*Strategy*
Using both active and passive investment managers, the fund provides broad coverage of the U.S. equity market by investing in companies across the capitalization spectrum (large-capitalization, mid-capitalization and small-capitalization), as well as the style spectrum (growth, blend and value). The fund invests primarily in common stocks, but may also invest in securities convertible into common stocks, stock index futures contracts, short-term fixed income investments and commingled funds that invest in these securities. This fund is currently managed by Barrow Hanley, BlackRock, Ceredex Value Advisors LLC, Columbus Circle Investors, Dimensional Fund Advisors, Dodge & Cox, Inc., Guggenheim Investments, Lazard Asset Management, Polen Capital Management, Sands Capital Management, Southeastern Asset Management, State Street Corporation, Wellington Management Company, LLP and William Blair & Company. The target allocations for the fund are shown below. However, these figures are subject to change at any

time without further notification based on market fluctuations, manager selection and cash flow distribution.

| Type of Account | Target Allocation | Allocation Range |
|---|---|---|
| Passive equity accounts | 50% | 30% – 70% |
| Active equity accounts | 50% | 30% – 70% |

## Risks

Value and growth stocks can perform differently from other types of stocks. Growth stocks can be more volatile. Value stocks can continue to be undervalued by the market for long periods of time. Stock markets are volatile and can decline significantly in response to adverse issuer, political, regulatory, market, economic or other developments.

As is the case with all stock portfolios, the general level of volatility and risk, along with the potential investment returns associated with this fund, are higher than with fixed income funds. The securities of smaller, less well-known companies can be more volatile than those of larger companies. The fund value and return are expected to vary more than the R3000 Index. Unit price and return will vary. In addition, there can be no assurance that the fund will achieve its stated objective.

Note: This is a custom strategy fund.

### International Stock Index Fund

#### What It Is

This is an equity index investment fund. This is not an SEC-registered 40 Act fund.

#### Objective

Seeks to match the performance of the MSCI All Country World Index excluding US (MSCI ACWI ex U.S. Index).

#### Strategy

Primarily invests in a diversified sample of stocks that make up the MSCI ACWI ex U.S. Index. This fund is currently managed by BlackRock and may invest in the following instruments: foreign stocks (developed and emerging markets), securities convertible into common stocks, debentures accompanied by warrants to purchase stocks, stock index futures contracts, short-term fixed income investments and commingled funds that invest in these securities. If the fund manager determines that developments between the close of foreign markets and the close of the Business Day for the fund will, in its judgment, materially affect the value of some or all of the fund's securities, the manager reserves the right to adjust the previous closing prices, based on a third-party pricing model, as of the close of the fund's Business Day.

#### Risks

Foreign securities are subject to interest-rate, currency-exchange-rate, economic and political risks, all of which may be magnified in emerging markets. Value and growth stocks can perform differently from other types of stocks. Growth stocks can be more volatile. Value stocks can continue to be undervalued by the market for long periods of time. Stock markets are volatile and can decline significantly in response to adverse issuer, political, regulatory, market, economic or other developments.

As is the case with all stock portfolios, the general level of volatility and risk-along with the potential investment returns-associated with this fund is higher than with fixed income funds. The use of stock index futures contracts within this fund is intended to reduce the risk level of the fund or act as a temporary substitute for investment in common stocks. Foreign securities are subject to interest-rate, currency-exchange-rate, economic and political risks. The securities of smaller, less well-known companies can be more volatile than those of larger companies. Unit price and return will vary. In addition, there can be no assurance that the fund will achieve its stated objective.

If you sell (including transfers, loans, withdrawals and distributions) your shares after holding them for less than 30 days, the fund will deduct a short-term trading fee from your account equal to 1.5 percent of the value of the shares sold.

### Large Cap U.S. Stock Index Fund

*What It Is*
This is an equity index investment fund. This is not an SEC-registered 40 Act fund.

*Objective*
Seeks to match the performance of the Standard & Poor's 500® Composite Stock Price Index (S&P 500® Index).

*Strategy*
Primarily invests in stocks that make up the S&P 500® Index. The fund is currently managed by BlackRock and may invest in the following instruments: large-capitalization U.S. stocks (including AT&T Shares), securities convertible into common stocks, debentures accompanied by warrants to purchase stocks, stock index futures contracts, short-term fixed income investments and commingled funds that invest in these securities.

*Risks*
Value and growth stocks can perform differently from other types of stocks. Growth stocks can be more volatile. Value stocks can continue to be undervalued by the market for long periods of time. Stock markets are volatile and can decline significantly in response to adverse issuer, political, regulatory, market, economic or other developments.

As is the case with all stock portfolios, the general level of volatility and risk-along with the potential investment returns-associated with this fund is higher than with fixed income funds. Stock index futures contracts within this fund are intended to reduce the risk level of this fund or act as a temporary substitute for investment in common stocks. Unit price and return will vary. In addition, there can be no assurance that the fund will achieve its stated objective.

### Small and Mid-Sized U.S. Stock Index Fund

*What It Is*
This is an equity index investment fund. This is not an SEC-registered 40 Act fund.

*Objective*
Seeks to match the performance of the Dow Jones U.S. Completion Total Stock Market Index.

*Strategy*
Primarily invests in a diversified sample of the stocks that make up the Dow Jones U.S. Completion Total Stock Market Index. The fund is currently managed by BlackRock and may invest in the following instruments: mid- and small-capitalization U.S. stocks, securities convertible into common stocks, debentures accompanied by warrants to purchase stocks, stock index futures

contracts, short-term fixed income investments and commingled funds that invest in these securities.

<u>Risks</u>

Value and growth stocks can perform differently from other types of stocks. Growth stocks can be more volatile. Value stocks can continue to be undervalued by the market for long periods of time. The securities of smaller, less well-known companies can be more volatile than those of larger companies. Stock markets are volatile and can decline significantly in response to adverse issuer, political, regulatory, market, economic or other developments.

As is the case with all stock portfolios, the general level of volatility and risk along with the potential investment returns associated with this fund is higher than with fixed income funds. Returns can also be expected to be more volatile than for the Large-Cap U.S. Stock Index Fund, because the stocks of small and mid-sized companies are generally more volatile than those of the large companies whose stocks dominate the S&P 500. The use of stock index futures contracts within this fund is intended to reduce the risk level of this fund or to act as a temporary substitute for investment in common stocks. Unit price and return will vary. In addition, there can be no assurance that the fund will achieve its stated objective.

*Note: The investment option is a collective investment trust.*

### Total U.S. Stock Market Index Fund

<u>What It Is</u>

This is an equity index investment fund. This is not an SEC-registered 40 Act fund.

<u>Objective</u>

Seeks to match the performance of the Dow Jones U.S. Total Stock Market Index.

<u>Strategy</u>

Primarily invests in a diversified sample of the stocks that make up the Dow Jones U.S. Total Stock Market Index. The fund is currently managed by Blackrock and may invest in the following instruments: large-, mid- and small-capitalization U.S. stocks, securities convertible into common stocks, debentures accompanied by warrants to purchase stocks, stock index futures contracts, short-term fixed income investments and commingled funds that invest in these securities.

<u>Risks</u>

Value and growth stocks can perform differently from other types of stocks. Growth stocks can be more volatile. Value stocks can continue to be undervalued by the market for long periods of time. Stock markets are volatile and can decline significantly in response to adverse issuer, political, regulatory, market, economic or other developments.

As is the case with all stock portfolios, the general level of volatility and risk-along with the potential investment returns associated with this fund is higher than with fixed income funds. Returns can also be expected to be more volatile than for the Large Cap U.S. Stock Index Fund, because the stocks of small and mid-sized companies are generally more volatile than those of the large companies whose stocks dominate the S&P 500 Index as represented in the Large Cap U.S. Stock Index Fund. The use of stock index futures contracts within this fund is intended to reduce the risk level of this fund or to act as a temporary substitute for investment in common stocks. Unit price and return will vary. In addition, there can be no assurance that the fund will achieve its stated objective.

*Fidelity BrokerageLink®*

In addition to the designated investment funds described herein and offered under the Plan, participants also have the opportunity of investing in the Fidelity BrokerageLink®.

*What It Is*

This is a brokerage account not managed by any of the Fidelity Investment group of companies. You actively manage your account and decide how it is invested by selecting among the investments available under this option.

*Objective*

Seeks to provide a broad range of investment products that allows you to manage retirement savings more actively.

*Strategy*

Individual stocks (excluding AT&T Shares), corporate bonds (excluding AT&T), American Depository Receipts, certificates of deposit, U.S. Treasuries, zero coupon bonds, mortgage securities, U.S. Government agency bonds, Fidelity Mutual Funds (excluding Fidelity Institutional Funds), non-Fidelity Mutual Funds, real estate investments trusts (REITS) and exchange traded funds. You may not invest in securities not included on this list (however, because this list may change, you should contact the Fidelity Service Center for current options). There are additional fees for investing in a **BrokerageLink®** account. See your Plan's fact sheet for details.

*Risks*

A self-directed brokerage account is not for everyone. The investor must understand the risks associated with choosing individual investments and be prepared to assume the responsibility of more closely monitoring their portfolio. In addition, there can be no assurance that the Fidelity BrokerageLink® or underlying investment options will achieve the stated objective.

Restrictions must be at least $500. There is no minimum on your subsequent contributions. You should contact the Fidelity Service Center for other restrictions that may apply to individual investments. You will be responsible for any fees associated with establishing, using and making trades, including any investment and commission fees. Contact the Fidelity Service Center for information about the fees and commissions and to obtain copies of any prospectus relating to each investment.

*Note: You may not exchange funds from the AT&T Stable Value Fund directly into a Fidelity BrokerageLink® account. Any funds exchanged out of the AT&T Stable Value Fund must remain invested in another fund outside of Fidelity BrokerageLink® for a period of at least 90 days before the funds can be exchanged into a Fidelity BrokerageLink® account.*

## Summary Chart of Investment Options

| Type of Fund | Name | Characteristics |
|---|---|---|
| Age-Based | • AT&T Age-Based Asset Allocation Funds (based on retirement years 2000 through 2055 in 5 year increments) | These are actively managed asset allocation pools that seek to provide a well-diversified, institutional approach to investing for retirement. You select the fund(s) that best matches your retirement strategy. Each fund adopts a more conservative asset allocation mix as it approaches its target retirement year and for a period of years thereafter. |

| Type of Fund | Name | Characteristics |
|---|---|---|
| Index | • Large Cap U.S. Stock Index Fund<br><br>• Small and Mid-Sized U.S. Stock Index Fund<br><br>• Total U.S. Stock Market Index Fund<br><br>• International Stock Index Fund | Each index fund provides a broadly diversified portfolio of small-, mid- and large-capitalization U.S. equities and international equities. These funds seek to match the rates of return realized by a widely accepted market index represented by each asset category. |
| Custom | • AT&T Stable Value Fund<br><br>• AT&T Total Return Bond Fund<br><br>• AT&T U.S. Stock Fund<br><br>• AT&T International Stock Fund | Each AT&T custom fund provides a broadly diversified portfolio of stable value, fixed income, U.S. equities and international equities. Each fund consists of multiple manager portfolios, which may be actively or passively managed at institutional rates. These options seek to exceed the rates of return realized by a widely accepted market index represented by each asset category. |
| Employer Stock | • AT&T Shares Fund | This is not a diversified fund. The fund invests in AT&T Shares exclusively, except for cash or other short-term investments necessary to facilitate participant transactions, and the performance is directly tied to the performance of AT&T Shares. Since the fund is a single nondiversified investment, it is riskier than diversified investment funds. |

# DIVIDEND FUND ACCOUNT (DFA)

## KEY POINTS

➢ *You may elect to have any dividends on AT&T Shares paid directly to you.*

➢ *If you do not make an election regarding your dividends, they are automatically reinvested in the AT&T Shares Fund.*

You may elect to receive the dividends paid on AT&T Shares held in the AT&T Shares Fund in cash and/or reinvest them in the AT&T Shares Fund. You may elect a percentage (in whole percentages up to 100 percent) of the total amount of dividends you want to reinvest and/or receive in cash. You only need to make one election for all of the AT&T Shares Fund. You must make your election by 3 p.m. Central time on the Business Day before an ex-dividend date.

> **IMPORTANT:** If you fail to make an initial election by the deadline, your dividends will automatically be reinvested in the AT&T Shares Fund.

Once you make an initial election, it remains in effect, and you do not have to make another election unless you wish to change it. You may change your election at any time.

## Distribution of Dividends

### Cash

The dividends paid during the calendar year will accumulate in a separate DFA and will be paid to you at the end of the year in cash, unless your account is frozen pending Distribution pursuant to a qualified domestic relations order. If your cash dividend is less than $50, your dividend will be reinvested in the AT&T Shares Fund. Regardless of whether the dividend payment was payable from Roth-sourced money, the dividend payment will be subject to income tax, may not be rolled over to an IRA and must be reported on your income tax return. While held in the DFA, the dividends will earn interest, which will automatically be used to purchase additional Units in your AT&T Shares Fund account each month. While held in the DFA, the dividends will not be available for loans, Withdrawals or exchanges. In the event of a Distribution, the dividends will be paid to you in cash. If the Recordkeeper does not have a valid address on file for you, your dividends will be automatically reinvested in the AT&T Stable Value Fund.

### Reinvest

If you do not elect to receive your dividends in cash, your dividends will be reinvested in the AT&T Shares Fund.

# CHANGING YOUR INVESTMENTS

## KEY POINTS

➢ *You may change the investment of your existing account balance by executing an exchange or a rebalance.*

➢ *Neither an exchange nor a rebalance changes the investment direction of your future Contributions.*

## For Existing Account Balances

You may move your existing account balances using two different methods: (a) **exchange** or (b) **rebalance**. These transactions will not change the investment direction you have elected for future Contributions (to change the direction of future Contributions, see the "For Future Contributions" section). Your transaction will be effective the same Business Day that it is confirmed by the Recordkeeper. Each method is described below. For more information regarding changing your investments and related details, see the "When a Transaction Takes Effect" section. Exchange and/or rebalance is only available for vested Company Match.

### Exchange

Elect this transaction if you want to move existing amounts from one investment fund to another. An exchange will not change the investment direction you have elected for future Contributions. An exchange must be requested in whole percentages or whole dollars. You may make up to eight exchanges each quarter. You may make as many exchanges as you like in the same Business Day, and all of those exchanges will only be counted as one transaction for that day.

> **IMPORTANT:** You may **not** request an exchange on the same day you request a loan, Withdrawal or Distribution. You may not make an exchange into the AT&T Shares Fund during the two Business Days prior to an ex-dividend date.

*Rebalance*

Elect this transaction if you want to change how your entire account is invested and to make changes that involve more than two investment funds. When you elect a rebalance transaction, your account will be reallocated to the percentages that you elect (subject to the annual and quarterly limits described earlier in this SPD). You must specify your rebalance election in percentages and must allocate up to 100 percent of your total account. A rebalance will not change the investment direction you have elected for future Contributions. See example that follows.

**Example**: On May 6, 2012, Jane reviews her statement, and decides to rebalance her existing investments. On that same day before 3 p.m. Central time, she requests a rebalance, and her account is changed as shown below.

*Note: Her election will only move her existing balances and will not change her future Contributions, which will continue to be invested in the funds shown under "Current Account."*

| Current Account as of May 5, 2012 | | Rebalanced Account as of May 6, 2012 | |
|---|---|---|---|
| AT&T Stable Value Fund | 30% | AT&T Stable Value Fund | 15% |
| AT&T Shares Fund | 40% | AT&T Shares Fund | 25% |
| AT&T U.S. Stock Fund | 30% | AT&T U.S. Stock Fund | 30% |
| **Total** | **100**% | AT&T Total Return Bond Fund | 15% |
| | | AT&T Intl. Stock Fund | 15% |
| | | **Total** | **100**% |

After you have rebalanced your account, you may maintain a balanced portfolio on an ongoing basis by selecting:

- **Rebalance Notification:** If you select this option, you will receive an email notification when any investment in your account varies from your desired allocations by the percentage you specify. Once you are notified that the proportions have changed, you must decide if you want to rebalance your account again.

## For Future Contributions

Elect this transaction if you want to change the investment direction of your future Contributions. **Changes to the investment of your future Contributions may be made in 1 percent increments.** For example, you may currently invest your Contributions in the AT&T Total Return Bond Fund and decide instead to invest in the AT&T Stable Value Fund and the AT&T U.S. Stock Fund. After your transaction is processed, no future Contributions would be made to the AT&T Total Return Bond Fund (unless you subsequently changed your election).

**IMPORTANT:** You may change the investment direction of future Contributions, in whole percentages, as often as you choose.

Your future Contributions will be invested in the investment fund selected by you the same Business Day that it is confirmed by the Recordkeeper if received and confirmed by the Recordkeeper before the end of the Business Day.

## Excessive Trading Notice

Your Plan offers a range of different investment choices for you to structure an investment portfolio to meet your needs. The investment managers who provide these investment choices have the right to monitor your investment trading and to restrict your ability to buy or sell their products in this Plan if they feel your trading is harmful or disruptive to the interests of all investors in their fund. You are encouraged to familiarize yourself with any excessive or short-term trading policies, as applicable, of each fund product that you include in your Plan investment portfolio.

# VALUATION OF YOUR ACCOUNT

## KEY POINTS

➢ *Your account is valued in Units.*

➢ *Historical return information is for reference only and does not predict future returns.*

## Valuation Is in Units

Your interest in a fund is represented by Units of participation. These Units are valued on a Valuation Date by dividing the total value of the assets held by each fund by the total number of Units of all participants in that fund. For funds that invest in AT&T Shares, a Unit's value is based on the NYSE closing price of AT&T Shares on the Valuation Date (the closing price may vary from the published "consolidated" closing price). Therefore, the values of the Units will vary as the values of the underlying assets vary. Although the value of each Unit can change either up or down, your number of Units, generally, will not be reduced, except if you take a loan, Withdrawal, receive a Distribution, forfeit the Company Match or incur any fees to your account.

## Historical Performance

Historical information on the net annual rates of return for each fund is set forth in the *Investment Return* chart in *Attachment 2: Fee Disclosure*.

**IMPORTANT:** Past performance does not guarantee future results.

# OPERATING EXPENSES

## KEY POINTS

➢ *Plan administrative expenses may be charged to the Plan and/or Trust as a whole.*

➢ *Certain transaction-based expenses may be charged directly to your account.*

➢ *Historical expense information is for reference only and does not predict future expenses.*

## Expenses Are Charged to Your Account

Under the Plan, all expenses incurred to administer the Plan are charged to participants, either directly to their accounts or through the Plan's Trust or investment funds, in accordance with administrative procedures established by the Plan Administrator. Some examples of these types of administration expenses include recordkeeping fees, communications fees and legal fees. The Trust or investment funds will generally pay the investment manager fees, trustee fees, other fees

associated with the investments in each fund and those Plan administration expenses not charged directly to participant accounts.

Administrative expenses charged directly to participant accounts will be reflected as a fee on your account statement. In addition, expenses and fees associated with certain transactions and services will be charged directly to participants who incur them (rather than the Trust as a whole) and will appear on those participants' statements. Examples include, but are not limited to:

- Distribution fees;

- Shares distribution fees;

- Overnight delivery charges;

- Loan initiation and maintenance fees; and

- Processing fees for Qualified Domestic Relations Orders (QDROs) not paid by the Plan or Trust.

The rate of return for your account in a particular investment fund could be different from the rate of return for the fund itself as a result of fees charged directly to your account.

Operating expenses and fees are subject to change, and there is no limit on the maximum amount of fees that may be charged. Brokerage fees, transfer taxes and other expenses related to the purchase or sale of securities by the Trustee will be deemed as part of the cost of the securities or deducted from the proceeds, as the case may be. Taxes, if any, on any assets held or income received by the Trustee will be charged appropriately against the accounts of participants as the Plan Administrator will determine. These fees are subject to change without advance notice.

> **IMPORTANT:** If you invest in the AT&T International Stock Fund or the International Stock Index Fund, your account will be charged a short-term trading fee of 1.5 percent of the value of any Units sold that were held for less than 30 days.

## Estimated Operating Expenses

Estimated operating expenses allocated to each investment fund are set forth in the *Operating Expense* chart in *Attachment 2: Fee Disclosure*.

# LOANS

**KEY POINTS**

➢ *Only Eligible Employees may take out a new loan.*

➢ *There are two types of loans under the Plan: Principal residence and general purpose.*

➢ *The minimum amount you may borrow is $1,000.*

➢ *Your account will be charged a one-time set-up fee for the loan and a quarterly maintenance fee.*

## Type and Amount of Loans

If you qualify and you are an Eligible Employee, you may obtain the following types of loans through the Plan: **principal residence** (for the purpose of acquiring your principal residence; term of loan is one to 10 years) and **general purpose** (for any purpose; term of loan is one to five years). You may have up to three outstanding loans at a time; however, you may have only one outstanding loan for your principal residence. If you are an executive officer of AT&T and subject to Section 16 of the Exchange Act of 1934, you may not obtain a loan under the Plan.

The minimum amount you may borrow is $1,000, and the maximum cannot exceed the lesser of (a) $50,000 less the highest outstanding loan balance in the prior 12 months or (b) 50 percent of the total value of your vested account balance in the Plan and other qualified plans sponsored by AT&T, excluding amounts held in your DFA(s). Amounts held in your DFA are not available for loans.

*Note: Loan amounts apply to all Plans covered by the AT&T Controlled Group. For instance, if you have two outstanding loans in one AT&T savings plan in a frozen account, you will only be allowed one loan in this AT&T savings plan for a total of three loans across both plans.*

> **IMPORTANT:** DFA is not available for loans.

Your account will be charged a loan initiation fee and quarterly loan maintenance fees. See the "Operating Expenses" section. You will be charged an interest rate equal to the prime rate (as published by Reuters on the last Business Day of the month preceding the date the loan is initiated) plus 1 percent. You should contact the Recordkeeper to request a loan.

> **IMPORTANT:** You may not cancel a loan after it is processed.

Sufficient Units are sold from your account (excluding your DFA) on a pro rata basis from each investment fund to fund your loan. For general purpose loans, the Recordkeeper calculates the value of your account at the time you request the loan and the loan is confirmed. For principal residence loans, the Recordkeeper calculates the value of your account after it has received the proper documentation to process the loan.

## Repayment of Loan

Your loan will be amortized in accordance with your payroll schedule: 26 payments a year if you are paid biweekly or 24 payments a year if you are paid semimonthly. Your loan is paid in equal installments, typically through payroll deductions. The payroll deductions generally begin with the first payroll period credited in the second month after the loan becomes effective.

> **IMPORTANT:** If your payroll deductions do not begin as scheduled, please contact the Recordkeeper immediately.

The deductions will be approximately the same from each paycheck. If you are unable to make payments through payroll deductions, you may make payments with coupons or automatically debit your bank account using the Automated Clearing House (ACH) system. You should contact the Recordkeeper to set up repayment through coupons or the ACH system.

The Plan Administrator may reamortize any loan made under the Plan for administrative purposes (such as a change in payroll, leave of absence, Termination of Employment or rehire).

At any time, you may make partial prepayments in amounts equal to or greater than $1,000, or prepay your loan in full. As you repay the loan, the amount repaid, including interest, will be used to purchase new Units for your account at current Unit values and invested in the investment funds which you have currently selected.

If you have an outstanding loan balance upon your Termination of Employment, your loan will be reamortized to a monthly repayment schedule. If you take a Distribution prior to the full repayment of your loan, the amount of the loan will be offset against your account balance.

You will be in default if you miss a loan payment and fail to pay it by the end of the calendar quarter following the quarter the payment was due. For example, if your loan payment was due March 1, 2012, (in the first quarter) and you did not pay it or make another payment by June 30, 2012, (the end of the second quarter), you would be in default. If you default on a loan, the outstanding loan balance will be reported as taxable income, and you may not apply for a new loan until the default has been removed. The default will be removed when you (a) repay the outstanding balance plus interest or (b) reach the age of 59½. Interest will accrue on a defaulted loan. Unpaid principal and interest accrued through the date of default on a defaulted loan will be reported as taxable income. If you are rehired by a Participating Company and had previously defaulted on a loan during your prior period of employment, you may apply for a new loan.

### Military Leave of Absence
If you are on a military leave of absence, loan repayments will be suspended until you return to work. However, interest will continue to accrue on an outstanding loan, but the rate of interest will not exceed 6 percent. When you return from military leave, your loan will be automatically reamortized and extended for the term of the loan by the period of the military leave.

### Unpaid Leave of Absence
If you are on an unpaid leave of absence, you may suspend payments on your loan for a period of up to one year or until the leave expires, whichever occurs first. When you return to active employment or after one year, whichever comes first, your loan and accrued unpaid interest will be automatically reamortized for a term that does not extend beyond the expiration date of the original loan. Please note that workers' compensation is not considered an unpaid leave of absence and so you will be required to make your loan repayments during a period of workers' compensation even if you are not receiving pay directly from an AT&T payroll.

## WITHDRAWALS

### KEY POINTS

➢ *There are several types of Plan Withdrawals available.*

➢ *Whether a Withdrawal is available to you and the amount available depends on the sources of money in your account.*

➢ *Hardship Withdrawals suspend your Contributions and Company Match for a six-month period.*

## Type and Amount of Withdrawals

The Plan was designed primarily to provide additional income for you after your employment ends. But in certain circumstances, you may withdraw money from your account while you are actively employed (a "Withdrawal"), if you meet the Plan's Withdrawal requirements.

> **IMPORTANT:** All amounts withdrawn must be vested.

### General Withdrawal

Use a General Withdrawal for any purpose. Amounts available for a General Withdrawal are:

- After-tax Contributions plus earnings;

- Certain Company Match Contributions plus earnings; and

- Before-tax Contributions plus earnings (restrictions: must be Disabled or age 59½). You may elect a General Withdrawal solely out of your Before-tax Contribution account if you are at least the age of 59½. Even when you elect this Before-tax Contributions General Withdrawal, the pre-1987 After-tax Contributions will be distributed prior to your Before-tax Contribution account. The automatic election for the Age 59½ General Withdrawal will remain a distribution from all money sources.

### Before-tax Hardship Withdrawal

A Hardship Withdrawal is only available for a limited number of purposes. When you request a Hardship Withdrawal, you must provide documentation, which must be certified by the Plan Administrator and Recordkeeper. The request must be for one or more of the following: Medical care for you or your dependents as defined in the Code;

- Costs directly related to the purchase of your principal residence, excluding mortgage payments;

- Tuition and related education fees (including room and board) for the next six months of post-secondary education for you, your dependents or your Designated Beneficiary;

- Costs associated with funeral/burial expenses for your parents, dependents or Designated Beneficiary;

- Repair expenses for damage to your principal residence that would qualify as deductible casualty expenses;

- To prevent your eviction from your principal residence or the foreclosure on your principal residence; or

- Any other event deemed an immediate and heavy financial need by the IRS.

You may take a Hardship Withdrawal from your Before-tax Contributions only. You may not withdraw earnings on Before-tax Contributions earned after Dec. 31, 1988.

### Restrictions for a Hardship Withdrawal

- You may not withdraw more than the amount necessary to satisfy your financial need.

- You must also take the maximum General Withdrawal and the maximum loan available to the extent the loan amount would not cause a hardship.

- You must prove your heavy, immediate financial need complies with IRS rules.

- You must certify in writing that you cannot meet your financial need through any other means.

> **IMPORTANT:** When you receive a Hardship Withdrawal, your Contributions and Company Match are suspended for six months.

### *Other Types of Withdrawals*

#### *Company Match Withdrawal*

A Company Match Withdrawal of up to 100 percent of your vested Company Match is available for any purpose. You must be at least age 55 during the same year you request a Company Match Withdrawal. Only one Company Match Withdrawal is allowed each calendar year.

#### *SOP Withdrawal*

An SOP Withdrawal of up to 100 percent of your vested SOP account is available for any purpose. If you take an SOP Withdrawal, you must withdraw the entire balance of your SOP account. The SOP account is the amount merged into your account in the Plan, or a successor plan, from the AT&T PAYSOP, the PTG ESOP and the SNET TRASOP. Contact the Recordkeeper for more information about your SOP account.

#### *Roth Withdrawal*

A Roth Withdrawal of up to 100 percent of your Roth account, including Roth rollovers into the Plan, is available for any purpose if you are the age of 59½ or Disabled. To avoid additional taxation, the amount you withdraw must have been in your Plan account for at least five years.

#### *Rollover Withdrawal*

A Rollover Withdrawal is available for any purpose. You may withdraw up to 100 percent of the amounts that you have previously rolled over into the Plan.

## How to Make a Withdrawal

You should contact the Recordkeeper to make a Withdrawal. You may make cash Withdrawals in whole dollar increments in an amount not to exceed the maximum permitted for the particular type of Withdrawal. Payment will be made in cash as soon as practicable after the Withdrawal is effective.

Amounts will be withdrawn from each investment fund in proportion to the relative values of the respective Units held in each fund on the Valuation Date. Units representing an investment in the AT&T Shares Fund may be paid in cash or whole AT&T Shares (a cash payment will be made for any fraction of a share); however, balances held in your DFA may not be withdrawn. Units representing an investment in the other funds will be paid only in cash. Your Company Match may not be withdrawn during your employment except in accordance with the Company Match Withdrawal rules.

## Withdrawal Sequence

Generally, when you request a Withdrawal, the Withdrawal comes from your account in a specific sequence, starting with your Contributions.

## DISTRIBUTIONS

**KEY POINTS**

➢ *Your vested account balance is available for Distribution following your termination of employment.*

➢ *Whether a Distribution is available to you and the amount available depends on the sources of money in your account.*

## Timing of Distributions

You may request a distribution of your vested account balance after your termination of employment (a "Distribution"). The amount distributed is based on the value of your account:

- **If the value of your account is $1,000 or less**, it is paid to you in a lump sum, unless you tell the Plan to roll it over.

- **If the value of your account is more than $1,000**, it remains in the Plan until you choose to receive it or roll it over.

## Types of Distributions

### Full Lump Sum Distribution

You may elect to have your account distributed in a full lump sum payment. The payment will be made as soon as practicable after you have made the election.

### Partial Distribution

You may take up to eight partial Distributions each year. You may elect partial Distributions even if you also elect annual installments. You may elect a partial Distribution solely out of before-tax money (Contributions not originally subject to tax when the Contributions were made to the Plan). Even when you elect this before-tax partial Distribution, the pre-1987 After-tax Contributions will be distributed prior to the before-tax money. The automatic election for partial Distributions will remain a Distribution from all money sources.

### Annual Installments

You may elect to have your account distributed in monthly, quarterly or annual installments. You may elect installments Distributions over your life expectancy, a Distribution period defined by your election or a Distribution amount defined by your election. Installments are paid only in cash. You may revoke your installment election at any time, and you are not required to distribute the remaining account balance in a single lump sum. If you are rehired by a Participating Company and become eligible to participate in the Plan before your vested account balance has been fully distributed, payment of the installments will cease, and your undistributed vested account balance will be restored to active status under the Plan.

### Deferred Distribution

If you elect to defer the Distribution of your vested account balance, then:

- Your account will continue to grow on a tax-deferred basis;

- Any unvested amounts that would be forfeited upon Termination of Employment will be forfeited five years following Termination of Employment;

- You may exchange fund balances, excluding the DFA and unvested Company Match, between any investment funds offered under the Plan;

- You may **not** make a Withdrawal or request a loan; and

- Your vested account balances will remain in the Plan and will not be distributed until: (a) you request a full lump sum Distribution, (b) you request a partial Distribution, (c) you request annual installments, (d) you receive a required Distribution or (e) your death.

### Roth In-Plan Rollover Distribution

You may convert eligible before-tax and after-tax money to Roth after-tax money within the Plan using the Roth In-Plan Rollover feature. Converting to a Roth is not right for everyone, as it depends on your individual circumstances, including your current and estimated future tax rates. An election to convert eligible money to Roth after-tax money within the Plan is irrevocable and cannot be undone even if the value of the Roth account falls after the Roth In-Plan Rollover. **We recommend that you consult with a tax adviser before taking any action.**

## Enhancements for Employees Called to Military Service

Effective Jan. 1, 2009, if you are called to military service for more than 30 days, you may request a Distribution of your entire account from the Plan on or after the 31st day of the military leave of absence. Taking this Distribution suspends your Contributions and Company Match for six months, and you cannot make up these Contributions after your military leave of absence ends. If you are called to military service for 180 days or longer, no 10 percent tax penalty applies to your Distribution.

## How to Elect a Distribution

You should contact the Recordkeeper to receive a Distribution of your Plan account. Payment of your Distribution will be made as soon as practicable after the Distribution election is made. Payment will be made from each investment fund in proportion to how the money is invested on the Valuation Date.

> **IMPORTANT:** A Distribution from the AT&T Shares Fund will be paid in whole AT&T Shares (with cash paid for fractional shares), unless you elect a Distribution in cash. Units representing an investment in the other investment funds will be paid only in cash.

You are responsible for maintaining a current address with the Recordkeeper. If the value of your account is $1,000 or less and the Plan Administrator does not have a current address for you, your Distribution will be held in your account and invested in the funds you previously selected until a valid address is available.

> **IMPORTANT:** For security purposes and regardless of the value of your account, your account cannot be distributed for at least 15 days after you change your address. After that time, you may request that your Distribution be paid to you.

## Other Events That Trigger a Distribution

### Minimum Required Distributions

When you reach age 70½ and your employment has ended, IRS rules require a "Minimum Required Distribution." Under the Minimum Required Distribution, the Plan begins payments to you starting no later than April 1 of the year after you reach age 70½.

IRS actuarial tables determine your Minimum Required Distribution amount. Any payments you receive throughout the year apply toward the required amount.

✳ **Special Rule If You Were Age 70½ Before Jan. 1, 1999, and Are Still an Active Employee of a Participating Company**

*You may elect to receive a payment equal to a Minimum Required Distribution each year you continue working. When your employment ends, you may take your benefit in any form the Plan offers.*

### *Death*

If you die before you must receive Minimum Required Distributions, your Designated Beneficiary(ies) will be paid as explained below:

- **If your Spouse is your sole Designated Beneficiary**, your Spouse may take a Distribution in any form the Plan offers, or he or she can leave the account balance in the Plan. Rules on minimum account balances and Minimum Required Distributions still apply.

- **If someone other than your Spouse is your Designated Beneficiary (or your Spouse is a co-Designated Beneficiary),** Distributions are made in a full lump sum as soon as administratively practicable upon request, but no later than the fifth anniversary of your death.

If you die on or after the date you begin receiving Minimum Required Distributions, payments may continue to your Designated Beneficiary, subject to the Minimum Required Distributions rules.

### *Qualified Domestic Relations Orders (QDROs)*

The Plan Administrator complies with all Distributions required by a QDRO as defined under ERISA. Distributions made to an alternate payee will be according to the terms of the QDRO and consistent with Plan provisions. The Plan Administrator may charge expenses related to a QDRO. Contact the Recordkeeper for information on QDRO processing fees.

## TAX EFFECTS

### KEY POINTS

➢ *Your vested account balance is subject to taxation upon distribution to you.*

➢ *Certain types of Distributions are eligible to be rolled over to a qualified individual retirement account or qualified savings plan.*

### Applicable Tax Rules

The Plan is a profit sharing plan with a cash or deferred arrangement. It is intended to qualify under Section 401(a) of the United States Income Tax Code of 1986, as amended (Code). The related Trust is exempt from income tax under Section 501(a) of the Code. When Participating Companies contribute to the Plan, they receive current federal income tax deductions for After-tax, Before-tax and Company Match Contributions.

This section briefly summarizes the effect of current federal income taxes when you participate in a "qualified plan." It cannot cover all tax aspects of your participation. Because tax laws and regulations often change, and because interpretations of tax rules change, this information may need updating after the date of this SPD/prospectus.

> **IMPORTANT:** Consult a qualified tax adviser for current information about how the Plan affects you, including the effects of Distributions (in cash or shares), Withdrawals, loans or any other payments you receive from the Plan.

## Before-tax Contributions

Before-tax Contributions reduce your taxable Compensation. You receive them only for your Disability, termination of employment, reaching age 59½, death or financial hardship as defined by the IRS. These Contributions and their earnings are taxable when distributed to you from the Plan.

## After-tax Contributions

Your After-tax Contributions are taxable income (including Social Security) in the year you make them, but earnings on those After-tax Contributions grow tax deferred in the Plan. You pay taxes only on the earnings from your After-tax Contributions when you receive them from the Plan.

Different tax rules apply to your pre-1987 After-tax Contributions. When you receive after-tax money from the Plan, your pre-1987 After-tax Contributions are paid first.

Thereafter, each Plan payment is a pro-rata portion of post-1986 After-tax Contributions and earnings on all After-tax Contributions.

Roth Contributions from your Roth account are not taxed if the payment is "qualified." To be qualified, it must be made:

- After the amount has accrued in your Roth account for at least five years and

- You are the age of 59½, Disabled or deceased.

The five-year period generally begins on the first day of the tax year you make Roth Contributions, and ends at the conclusion of five consecutive tax years. (Special rules may apply to rollovers from a Roth account under another plan.)

If the Plan payment is not qualified, you pay taxes on the earnings you receive from your Roth account.

## Company Match

You will not be subject to federal income tax on the Company Match or its earnings until distributed.

## Dividend Fund Account

### Cash Distribution

The cash payment will be subject to income tax, may not be rolled over to an IRA and must be reported on your income tax return. However, the payment will not be subject to the 10 percent early distribution penalty tax.

### Reinvestment

AT&T Shares purchased with reinvested dividends will not be subject to income tax until they are distributed from your AT&T Shares Fund account.

## Loans

You do not pay federal income tax on a Plan loan. However, if you do not repay the loan, it is considered a Distribution and will be taxed. Interest you pay on a Plan loan does not qualify for a tax deduction if the loan is secured with Before-tax Contributions, the interest is not deductible based on tax rules for interest on consumer loans or you are an officer of a Participating Company. Interest accrued as of the date of a default is reported to the IRS as taxable income.

## Contribution Limits/Discrimination Tests

If you contribute more than the legal limit, or if you are classified as a "highly compensated employee," the Plan may reduce, recharacterize or refund your Contributions, making them taxable to you in the year they are paid. The Plan notifies you if these changes are necessary.

## Withdrawals While Employed

You pay taxes when you Withdraw earnings, Before-tax Contributions and Company Match while you are employed.

## Distributions After Termination of Employment

### Lump Sum Distributions

A lump sum Distribution is a Plan payment, made within one calendar year, of your entire Plan balance. The Plan pays your balance when you reach age 59½ or terminate employment.

When a lump sum Distribution includes AT&T Shares, or the AT&T Shares came from After-tax Contributions, the increase in share price ("net unrealized appreciation") is not taxable until you sell the shares.

Suppose AT&T Shares are worth $1,000 when they are contributed to your account. If they are worth $1,200 when you receive them in a Plan payment, the $200 increase in value is not taxable until you sell the shares.

### Annual Installments

Distribution of your account in annual installments after Termination of Employment is generally taxed upon receipt as ordinary income. In addition, you cannot roll over installment or periodic payments made over your lifetime, your lifetime and your Designated Beneficiary's lifetime or a period of 10 years or more (and certain other types of installment payments).

Additional rules apply with respect to installment Distributions of After-tax Contributions.

## Rollovers

You may defer taxes on a lump sum Distribution by rolling it over into a traditional IRA or other qualified retirement plan. You may roll over a Plan payment to a retirement plan that qualifies under Section 403(b) or 457 of the Code. You make a rollover to an inherited IRA with a direct trustee-to-trustee rollover. Direct Rollovers and Regular Rollovers are described below. In some cases, you may also roll over After-tax Contributions. You may roll over Roth Contributions to a Roth IRA or other qualified plan that permits Roth Contributions.

> **IMPORTANT:** Under current Code interpretations, Hardship Withdrawals are not eligible for rollover.

### Direct Rollover

If you make a rollover directly to a traditional IRA or other qualified retirement plan, no federal income tax withholding applies. You pay taxes when you take money from the IRA or other qualified retirement plan. You cannot change your rollover choices once you make them.

### Regular Rollover

If you receive payment directly, federal income taxes are automatically withheld (generally 20 percent) on the taxable amount of the Plan payment. This withholding occurs regardless of whether or not you transfer the Plan payment to a traditional IRA or other qualified retirement plan.

You have 60 days to roll over the Plan payment to a traditional IRA or other qualified retirement plan without paying taxes. However, if you want to roll over 100 percent of your Plan payment, you must use other funds to contribute the 20 percent withheld for taxes. If you do not, that 20 percent amount is taxable, and the additional 10 percent tax may apply.

*For example, you directly receive a $10,000 Plan payment. You receive $8,000, and 20 percent (or $2,000) is sent to the IRS as federal income tax withholding. Within 60 days after receiving the $8,000, you decide to roll over 100 percent of the Plan payment (or $10,000) to a traditional IRA or other qualified retirement plan. To do this, you roll over the $8,000 you received, plus an additional $2,000 from another source. The entire $10,000 is not taxed until you take it from the IRA or other qualified retirement plan. When you file your income tax return, you may get a refund of the $2,000 withheld.*

*If you decide to roll over only the $8,000 you received, you pay taxes on the $2,000 you did not roll over. When you file your income tax return, you include the $2,000 in your total tax payments for the year.*

Also, if you do not roll over a Plan payment before age 59½, an additional 10 percent federal income tax applies unless your Plan payment includes:

- Amounts paid due to your Disability or death;

- Amounts in a series of installments for your life expectancy;

- Payments made because your employment ended, or during or after the year you reach age 55;

- Payments for tax-deductible medical expenses, even if you do not deduct them; or

- Payments to an alternate payee under a QDRO.

### Rollover by Beneficiaries
Your Designated Beneficiary may defer taxes on a lump sum Distribution paid after you die by making a Regular Rollover. He or she may also ask the Trustee to make a Direct Rollover.

### If You Receive a Plan Payment in AT&T Shares
When your Plan payment includes AT&T Shares, special rules determine the taxable value of those shares. If the Plan payment is a lump sum Distribution, or if the AT&T Shares came from After-tax Contributions, then the taxable value is the Trust's cost of the shares. This amount is your basis in the AT&T Shares to figure your taxable gain when you sell the shares. Any growth in the shares' value above your basis is not taxed until you sell the shares. To qualify as a lump sum Distribution, you must receive a Plan payment in the same year of all AT&T Shares held on your behalf in any similar AT&T plan.

> **IMPORTANT:** If you participated in the LESOP Fund prior to Aug. 1, 2012, your basis in AT&T Shares transferred from your former LESOP Fund account is maintained separately. Contact the Recordkeeper for more information.

## WHEN A TRANSACTION TAKES EFFECT

**KEY POINTS**

➢ *You may request a transaction by contacting the Recordkeeper.*

➢ *Different transactions have different effective dates.*

### How to Request a Transaction

To request a transaction, contact the Recordkeeper. See the "Contact Information" section for more information on how to contact the Recordkeeper.

> **IMPORTANT:** Once a transaction has been completed by the Recordkeeper, it is irrevocable. You should make your transaction request as early in the day as possible in order to increase the possibility that your transaction will be processed on that day.

Retroactive adjustments will not be made if your transaction is not completed in time to be effective that day, regardless of the reason.

### Types of Transactions

#### *Enrollment or Change, Suspend or Reinstate a Contribution Amount*
When you enroll in the Plan, or when you stop, start or change your Contribution, your transaction takes place with the next payroll period.

#### *Fund Exchanges or Rebalancing Your Account*
If your change or rebalance of an investment fund is confirmed by 3 p.m. Central time, your transaction takes place at the end of the same Business Day. (i.e., that Business Day's closing price is used in processing the transaction). Closing prices on a given Business Day are generally provided by the investment fund's investment manager(s) but are subject to the guidelines and policies in place between the Plan, Trustee and Recordkeeper. In addition, with respect to international investments, the fund managers may make additional adjustments to closing prices as described in the applicable investment fund descriptions in the "Investment Options" section.

#### *Loans, Withdrawals or Distributions*
If your loan, Withdrawal or Distribution request is confirmed by 3 p.m. Central time, your transaction takes place at the end of the same Business Day.

> **IMPORTANT**: A principal residence loan and a Hardship Withdrawal will be processed following receipt of proper documentation.

#### *Change Your Election for the Distribution of Your Dividend Fund Account*
If you want to change your election for the Distribution of your Dividend Fund Account, generally, your transaction will become effective at the end of the same Business Day.

> **IMPORTANT:** Your election must be made by the end of the Business Day before an ex-dividend date.

*Automatic Annual Increase in Contributions*

If you want to request an automatic annual increase of your Contributions, generally, your transaction will become effective with the first payroll period beginning on or after the specified annual increase date.

*Changing the Investment Direction of Your Future Contributions*

If you want to change the investment direction of your future Contributions, generally, your transaction will become effective at the end of the same Business Day that you make the request.

## EFFECT OF REHIRE WITHIN THE AT&T CONTROLLED GROUP

If you were previously eligible to participate or were a participant in another AT&T plan and you elect to participate in the Plan, your participation will begin on the date you enroll, but you will not be allowed to make Contributions to the Plan for Compensation earned before your enrollment date. Your account balance in the other plan is not transferable to the Plan.

## MOVING BETWEEN MEMBERS OF THE AT&T CONTROLLED GROUP

If you become eligible to participate in another plan sponsored by AT&T, your account will remain in the Plan, but no further Contributions or Company Match will be made to your Plan account. However, you will still be able to access your account in accordance with the Plan (for example, to obtain a loan* or make a Withdrawal).

*\*Note: Loan limits apply across all plans in the AT&T Controlled Group. The Recordkeeper will combine your vested account balances and outstanding loan balances across related plans identified by the Employer and records kept by Fidelity. In addition, all loans across all such designated plans will be aggregated in determining the highest loan balance over the past 12 months.*

## CLAIMS PROCEDURES

### KEY POINTS

➢  *You do not have to file a claim for your vested account under the Plan.*

➢  *If you think you are entitled to a benefit or a greater benefit than what the Recordkeeper determines that you are eligible for, you may file a claim for benefits in writing.*

There is no need to file a claim to begin payment of your vested account. See the "Distribution" section.

If you or your Spouse, Legally Recognized Partner or Designated Beneficiary (Claimant(s)) believes that you are entitled to a benefit or a greater Plan benefit, you may file a written claim with the Plan. An authorized representative may also file a claim on your behalf. All claims for Plan benefits must be made in writing and sent to the Recordkeeper. See the "Contact Information" section for information on how to file a written claim for benefits.

If the Plan Administrator determines that a benefit or an additional benefit is owed under the Plan, payment will be made (or started, as applicable) as soon as administratively practicable after that determination. Those payments, however, will not begin before any limitation provided under the Plan.

*Note: Contact the Beneficiary Designation Administrator to report a death. See the "Contact Information" section for information on how to contact the Beneficiary Designation Administrator.*

## NOTIFICATION OF BENEFIT DENIAL

**KEY POINTS**

➢ *The Recordkeeper will notify you in writing (generally within 90 days) if your claim for benefits is denied.*

➢ *You have 60 days after receipt of the Benefit Denial to submit a written appeal of the decision.*

➢ *Generally, you will receive a final decision on your appeal within 60 days after the Recordkeeper receives your appeal.*

➢ *You may not file a lawsuit against the Plan until you complete the appeal process.*

You will receive notice from the Recordkeeper if you are not entitled to a Plan benefit or entitled to a lesser amount than you sought. This is considered a Benefit Denial. The notice is provided within 90 calendar days of receipt by the Recordkeeper, unless an extension is needed. If proof of Disability is needed, the Recordkeeper will provide the notice within 45 calendar days. In some circumstances, an extension is necessary. If so, the 90-day period is extended by up to 90 calendar days. (The 45-day period for Disability-related claims may be extended by up to 30 days, with an additional 30 days if necessary because of matters beyond the Recordkeeper's control.) Any notice of extension will be provided before the initial notice period ends. The extension notice will state why more time is needed and the date by which a decision will be made.

If the Recordkeeper needs more information from you to process your claim, you will have at least 45 calendar days to provide that information. The Recordkeeper's decision deadline is suspended during that 45-day period. If you do not provide the requested information within that 45-day period, the Recordkeeper may make a decision on your claim without the information.

If your claim is denied, you will receive a written notice that contains:

- The specific reason(s) for the Benefit Denial.

- The specific Plan provisions on which the Benefit Denial is based.

- Any information needed for you to perfect the claim and an explanation of why it is needed.

- A statement that you may receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relating to your claim benefits.

- A description of the Plan's review procedures and time limits for the Benefit Denial and your right to bring an action under Section 502(a) of the Employee Retirement Income Security Act of 1974 (ERISA) after the end of the review.

- If you must provide proof of Disability, the Benefit Denial also includes:

  - Any internal rule, guideline, protocol or other similar criterion used in the Benefit Denial decision. (Or the notice may state that the rule, guideline, protocol or other criterion will be provided free of charge on request.)

  - An explanation of the scientific or clinical judgment for the determination and how the terms of the Plan were applied to your medical circumstances if the Benefit Denial is based on medical necessity, experimental treatment or a similar exclusion or limit. (Or the notice may state that an explanation will be provided free of charge on request.)

## How to Appeal a Benefit Denial

A Claimant who receives a Benefit Denial notice is entitled to appeal the decision. The Claimant may have the decision fully reviewed by the Benefit Plan Committee if the appeal is timely and properly submitted. To appeal, the Claimant must submit a written request for review, which must include all reasons why the Claimant believes the claim should be reconsidered. The written request must be sent to the Recordkeeper. See the "Contact Information" section for information on how to appeal a Benefit Denial.

The Claimant must request the appeal in writing no later than 60 calendar days after receiving the notice of Benefit Denial. If the Claimant has not received a notice of Benefit Denial, the Claimant must request the appeal in writing no later than 60 calendar days after the last date that a notice of Benefit Denial should have been sent by the Recordkeeper. If the benefit claim is conditioned upon proof of Disability, this 60-day period is extended to 180 calendar days. See the "Notification of Benefit Denial" section for information about the notification.

If an appeal is submitted after this 60-day (or 180-day) deadline, the appealed claim will not be eligible for review by the Benefit Plan Committee. In addition, the Claimant will have failed to exhaust his administrative remedies under the Plan. See the "Importance of Exhausting Administrative Remedies" section for more information.

As part of the review process, the Claimant may have access to all administrative files generated during the claim and copies of those files free of charge. The Claimant may also submit written comments, documents, records and other information relating to the claim. All of this information will be taken into account in the review.

If the benefit claimed is conditioned upon proof of Disability, the following provisions also apply to the review of the initial Benefit Denial:

- Deference will not be given to the initial Benefit Denial.

- The reviewer on appeal will not be the same person who made the initial Benefit Denial or someone who reports to that person.

- If the initial Benefit Denial was based on a medical judgment, the reviewer will consult with a qualified health care professional who has appropriate training and experience in the field. The health care professional will not be someone who was involved in the initial Benefit Denial or someone who reports to that person.

In making the final decision on review of the initial Benefit Denial, the Plan Administrator has full and complete discretion to (a) interpret all Plan terms and (b) make all factual determinations associated with the review.

## Notice of Final Determination on Appeal

Unless the time period is extended as described below, written notice of the final benefit determination under review will be given to the Claimant within 60 calendar days after the Recordkeeper receives the appeal request. However, in some circumstances, an extension of this notice period is necessary. If so, the 60-day period may be extended for 60 more calendar days. The Claimant will receive notice of any extension before the initial notice period ends. The extension notice will state why more time is needed and the date by which a decision will be rendered.

If the benefit claimed is conditioned upon proof of Disability and if an extension is needed because the Claimant did not submit information necessary for the review of the claim, the Claimant will be given at least 45 calendar days to provide that information. The deadline to provide notice of the decision will be temporarily suspended during that 45-day period. If the Claimant fails to provide the requested information within that 45-day period, the Benefit Plan Committee's decision will be made without regard to the requested information.

If the Benefit Plan Committee determines that a benefit or an additional benefit is owed under the Plan, payment will be made (or started, as applicable) as soon as administratively practicable after that determination (or, if later, as provided under the Plan).

If the appeal is denied, the written notice provided to the Claimant will contain all of the following information:

- The specific reason or reasons for the appeal denial.

- The specific Plan provisions on which the appeal denial is based.

- A statement that the Claimant may request and receive (a) reasonable access to all administrative files generated during the appeal and (b) copies of those files free of charge.

- A statement indicating that there are no additional voluntary appeal procedures offered by the Plan.

- A statement of the Claimant's right to bring an action under Section 502(a) of ERISA.

- If proof of Disability was required for the benefit claimed, the appeal denial will also contain the following additional information:

  - Any internal rule, guideline, protocol or other similar criterion relied upon in making the Benefit Denial decision. (Alternatively, the notice may state that the rule, guideline, protocol or other criterion will be provided free of charge upon the Claimant's request.)

  - An explanation of the scientific or clinical judgment for the determination and how the terms of the Plan were applied to the Claimant's medical circumstances if the Benefit Denial is based on medical necessity, experimental treatment or a similar exclusion or limit. (Alternatively, the notice may state that an explanation will be provided free of charge upon the Claimant's request.)

## Plan Administrator Discretion and Authority

The Plan Administrator (and its delegates, including the Benefit Plan Committee and its delegated committees and individuals) have exclusive authority and discretion to grant and deny claims, to make all decisions under the Plan (including how to interpret the Plan and whether an individual is eligible to participate in and receive benefits under the Plan) and to determine any facts.

All determinations by the Plan Administrator (and its delegates), including the decisions reached by the Benefit Plan Committee and its delegated committees and individuals under the claim and appeal procedures are final, conclusive, binding and not subject to further review and is provided the fullest discretion provided by law.

## Importance of Exhausting Administrative Remedies

Timely completion of the claims procedures described in this "Notification of Benefit Denial" section is very important. If a Claimant fails to comply with the claims procedures set forth in this section (for example, the Claimant does not appeal a Benefit Denial or fails to appeal within the specified time limits), the Claimant may not try to appeal the claim at a later time. The Claimant also may not bring a lawsuit based on the claim.

No lawsuit may be brought with respect to Plan benefits until all claims procedures have been exhausted.

## Time to File Suit

You have one year from the date your claim is denied to file a lawsuit.

# ADMINISTRATION OF THE PLAN

### KEY POINTS

➢ *The Benefit Plan Committee is responsible for Plan claim appeals.*

➢ *The Plan Administrator is responsible for all other Plan administration.*

➢ *The Benefit Plan Investment Committee has authority and responsibility for functions related to the investment funds and Trusts associated with the Plan.*

## Plan Administrator

The Plan Administrator is responsible for:

- Determining (a) your eligibility to participate in the Plan, (b) the right of a person to a benefit under the Plan, (c) the amount of any Plan benefit and (d) the final decision on all appeals of Benefit Denials. See the "Claims Procedures" section for more information about Benefit Denials. The authority to hear and decide appeals is currently delegated to the Benefit Plan Committee.

- All other Plan administration purposes.

The Plan Administrator has all powers necessary to accomplish its Plan duties. This includes the complete and absolute discretion to interpret the Plan and all matters of fact with respect to its particular duties. The Plan Administrator is identified in the "Other Plan Information" section.

## Delegation of Duties

The Plan Administrator may delegate any of its powers or duties, including claims administration and benefit payments.

The Benefit Plan Investment Committee, or its delegates (which may include committees or individuals), chooses the Plan's investment funds, investment managers and Trustees and is responsible for certain other related functions.

Committee members are not paid for their service.

## AMENDMENT OR TERMINATION OF THE PLAN

The Plan Sponsor may end or change the Plan at any time and for any reason. If the Plan ends, is changed or a Participating Company stops participating or providing benefits, you may not be eligible to receive the benefits described in this SPD. In addition, you may lose future benefits. However, no Plan termination or amendment will affect your right to any benefit to which you are already entitled. This does not mean that you have a lifetime right to any particular Plan benefit now or in the future, to eligibility for Plan coverage or to Plan continuation just because the Plan was in effect while you were employed or when you received Plan benefits.

The Plan Sponsor may at any time stop making Contributions and the Company Match, if any, by your Participating Company. If the Plan ends or Contributions or the Company Match by your Participating Company stop, you are 100 percent vested in your account balance. Distribution of your account is made according to Plan provisions and applicable law.

### Merger/Consolidation

If the Plan merges or consolidates with another plan, your benefit is protected. Your new Plan benefit will not be less than the benefit you could have received immediately before the Plan change.

### Participating Company Ceases to Participate in the Plan

If your Participating Company ceases to participate in the Plan and begins to participate in another tax-qualified defined contribution plan sponsored by AT&T or any of its Employers, your account will not be transferred; all account balances will remain in and be governed by the Plan. However, no further Contributions will be made to your account except for amounts reinvested in the Plan.

## GENERAL PLAN INFORMATION

### KEY POINTS

➢ *Generally, Plan assets may only be used to pay benefits to you and your beneficiaries and reasonable administrative expenses of the Plan and Trust.*

➢ *If you get divorced or are legally separated, the Plan must pay your Spouse or former Spouse all or a portion of your Plan benefit if required by a Qualified Domestic Relations Order (QDRO).*

➢ *You must keep a current mailing address for you, your Spouse and your Designated Beneficiary on file with the Plan.*

### No Assignment of Benefits

Plan assets are for the exclusive benefit of you and your beneficiaries and for the payment of reasonable administrative expenses of the Plan and Trust. Except as required by law or by a "Qualified Domestic Relations Order" (QDRO), as described below, your benefits under the Plan may not be claimed by any person to whom you owe a debt, and your beneficiary cannot transfer any rights to these benefits to any person. This means that you may not sell, assign, pledge or otherwise transfer your Plan benefit before you receive it, nor is your Plan benefit subject to most attachments, garnishments, executions or encumbrances before it is distributed to you.

If you are involved in a divorce, legal separation, custody or support case, a state court may issue a domestic relations order (DRO) transferring all or part of your Plan benefit to an "alternate

payee." The alternate payee may be your Spouse, former Spouse, child or another dependent. If you receive a DRO, you or your attorney should notify the Recordkeeper and ask for a free copy of the Plan's QDRO procedures. The Plan will review the DRO to determine if it is "qualified" (that is, it meets IRS and ERISA requirements); if the DRO is qualified, the Plan will pay benefits in compliance with the order.

## Missing Participants and Beneficiaries

You must keep your current mailing address and the current mailing addresses of your Spouse and Designated Beneficiary on file with the Plan. See the "Information Changes and Other Common Resources" section for more information about how to keep your mailing addresses current. If you do not provide the Plan with current mailing addresses, the Recordkeeper, the Plan Administrator, the Trustee, the Participating Companies and any fiduciary under the Plan will not be responsible for late or lost benefit payments or for failing to provide any timely notice under the terms of the Program. If the Plan Administrator is unable to locate you, your Spouse or a Designated Beneficiary after a Plan benefit becomes payable to such person, the benefit will remain in the Trust and will not revert to any state or to any other party. After satisfying all requirements imposed by law, any unclaimed amount will be forfeited. If, after the forfeiture of a benefit, you, your Spouse or Designated Beneficiary later makes a valid claim for the forfeited benefit, the amount will be paid under terms of the Plan.

## Designation of Beneficiaries

You may name (designate) a beneficiary to receive your vested account. If you name someone other than your Spouse, your Spouse must consent to your designation. Refer to the *AT&T Rules for Employee Beneficiary Designations* for details.

You can get a copy of the beneficiary designation form online or by telephone from the Beneficiary Designation Administrator. Participants can now provide their beneficiary designations with the assistance of an online tool, the new Fidelity Online Beneficiary Service, available on NetBenefits. Previous paper beneficiary designations remain valid until a new form is submitted or an online designation is made. However, existing paper forms will not be uploaded to this online tool. Therefore, when participants initially access the online tool, the beneficiary information will be blank. After submitting beneficiary information through this tool, participants can maintain designations online. Please note that some beneficiary designations will still require written Spousal consent. Make sure that you follow the steps provided in the online tool to print out necessary documents for signature and return them as instructed in order for your beneficiary designation to be valid. For more information regarding the new Fidelity Online Beneficiary Service, access the Online Beneficiary *Quick Facts* by logging on to **netbenefits.fidelity.com**. Click on your Savings Plan link — Plan Information and Documents — What's New. Select the Online Beneficiary *Quick Facts* link. See the "Contact Information" section for contact information.

You should consider updating your beneficiary designation form when you marry, divorce, have a child or have another life event.

## Mandatory Cash-Out/Rollover Rules

If you die or terminate employment with the AT&T Controlled Group and the present value of your Plan account is $1,000 or less, the benefit, if payable, will automatically be paid. It will be paid in a single lump sum payment as soon as administratively practicable after your death or Termination of Employment. No other time or form of payment is allowed. However, an election may be made to have the amount paid as a Direct Rollover.

## Direct Rollover

If you were in a former employer's qualified plan, you may roll over money from that plan, in cash, into this Plan once you are an Eligible Employee. You may roll over:

- Before-tax funds from a retirement plan — Sections 401(a), 403(b) or 457(b) (Governmental);

- Amounts from any qualified pension or savings plan or qualified Roth 401(k) or 403(b) plan; and

- Amounts from an IRA Conduit, IRA Non-Conduit or After-tax account.

You may not roll over funds held in a plan or an individual retirement arrangement qualified under laws of the Commonwealth of Puerto Rico.

## Military Leave of Absence

When you return to active employment from a military leave of absence, you may make up the Contributions that you could have made during your leave. You must make up the Contributions during a time period of three times your length of military service, up to five years. See the "Loans" section for information on outstanding loan balances.

## Restorative Contributions

AT&T and/or any Participating Company may contribute to the Plan to make up a loss due to any action by a fiduciary.

## Short-Term Disability

AT&T's eLink payroll system continues to take your Contributions while you receive short-term disability benefits. You may suspend, decrease or increase your Contributions while you are Disabled.

## Statement of Account

You will be able to access a statement of your account online at NetBenefits, the Recordkeeper's website. If you prefer to have quarterly statements mailed to you, you should contact the Recordkeeper to elect paper statements. A fee may be charged to your account to cover the expense of mailing quarterly statements. You may request a confirmation of your transactions in the mail. Any discrepancies in your account should be reported immediately to the Recordkeeper.

## Voting

At each AT&T stockholders meeting, you have the right to instruct the Trustee or its designee how to vote the portion of the AT&T Shares represented by Units credited to your account. Before each meeting, you will be sent a copy of the proxy soliciting material for the meeting, together with a form requesting instructions on how to vote your AT&T Shares. The AT&T Shares will be voted as instructed. The Trustee will not vote AT&T Shares for which it does not receive voting instructions, subject to the requirements of ERISA. The Trustee will vote AT&T Shares not allocated to participants' accounts in the same proportions as it votes AT&T Shares for which it does receive instructions, to the extent the proportionate vote is consistent with the Trustee's fiduciary duty under ERISA.

The independent fiduciary has no authority or responsibility for voting of AT&T Shares.

## ERISA RIGHTS OF PARTICIPANTS

**KEY POINTS**

➢ *ERISA is a federal law that provides certain rights and protection to all participants.*

➢ *The persons who are responsible for the operation of the Plan have a duty to act prudently and in the interest of the Plan and their beneficiaries.*

➢ *No one may fire or discriminate against you for exercising your rights under ERISA.*

### Your ERISA Rights as a Participant

As a participant in the Plan, you are entitled to certain rights and protections under ERISA. ERISA provides that you will be entitled to all the following rights:

- To examine without charge, at the Plan Administrator's office and at other specified locations, all documents governing the Plan, including insurance contracts, collective bargaining agreements and a copy of the latest annual report (Form 5500 Series) filed by the Plan Administrator with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration. See the "How to Obtain Information" section.

- To obtain copies of documents governing the operation of the Plan, including insurance contracts, collective bargaining agreements, copies of the latest annual report (Form 5500 Series) and an updated summary plan description (the Plan Administrator may make a reasonable charge for the copies); **however, you must make a written request** to the following address:

> AT&T Services, Inc.
> P.O. Box 132160
> Dallas, TX 75313-2160

### Plan Fiduciaries

In addition to creating rights for you as a participant, ERISA imposes duties upon the persons responsible for operation of the Plan. These persons who operate the Plan, called fiduciaries of the Plan, have a duty to act prudently and in the interest of you and your beneficiaries. No one, including your Employer, any union or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a Plan benefit or exercising your rights under ERISA.

### Enforcing Participants' Rights

Under ERISA, there are steps you can take to enforce your rights. For instance, if you request a copy of the Plan documents or the latest annual report and do not receive the information within 30 days, you may file suit in federal court. In such case, the court may require the Plan Administrator to provide the requested materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator.

If you have a claim for benefits under the Plan that is denied or ignored, in whole or in part, you have the right to know why this was done, to obtain without charge copies of documents relating to the decision and to appeal any denial (see the "Claims Procedures" section for more information on how to make a claim for benefits) all within certain time schedules. In addition, if

you disagree with the Plan Administrator's final decision (or lack thereof), including any final decision concerning the qualified status of a domestic relations order, you may file suit in federal court.

If it should happen that the Plan fiduciaries misuse the Plan's assets, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person whom you sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees (for example, if the court finds that your claim is frivolous).

## How to Obtain Information

If you have any questions about the Plan, you should contact the Recordkeeper for assistance. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest area office of the Employee Benefits Security Administration (EBSA), U.S. Department of Labor as listed in the telephone directory or at:

> Division of Technical Assistance and Inquiries
> Employee Benefits Security Administration
> U.S. Department of Labor
> 200 Constitution Ave., N.W.
> Washington, D.C. 20210

You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

# OTHER PLAN INFORMATION

| Other Plan Information | |
|---|---|
| Plan Name | AT&T Retirement Savings Plan |
| Plan Number | 009 |
| Plan Sponsor/Employer Identification Number (EIN) | AT&T Inc.<br><br>P.O. Box 132160<br><br>Dallas, TX 75313-2160<br><br>**210-351-3333**<br><br>EIN:  43-1301883 |
| Plan Administrator | AT&T Services, Inc.<br><br>P.O. Box 132160<br><br>Dallas, TX 75313-2160<br><br>**210-351-3333** |
| Name and Address of Employer | Affiliates of AT&T Inc.<br><br>P.O. Box 132160<br><br>Dallas, TX  75313-2160<br><br>**210-351-3333** |

| Other Plan Information | |
|---|---|
| Agent for Service of Legal Process | AT&T Services, Inc. <br><br> P.O. Box 132160 <br><br> Dallas, TX 75313-2160 <br><br> Service of Legal Process may also be made upon a Trustee or the Plan Administrator. |
| Type of Plan | The Plan is a defined contribution (savings) plan. |
| Plan Year | Jan. 1 through Dec. 31 |
| Trustee | The Bank of New York Mellon <br><br> 135 Santilli Highway <br><br> Everett, MA 02149 <br><br> Attn: AT&T Client Service Officer |
| Plan Funding | The Plan is funded solely through a trust fund. The trust fund exists for the exclusive benefit of all participating employees and their beneficiaries. |
| Plan Records | All Plan records are kept on a calendar year basis beginning on Jan. 1 and ending on Dec. 31. |
| Collectively Bargained Plan | With respect to certain Eligible Employees, the Plan is maintained pursuant to one or more collective bargaining agreements. A copy of the collective bargaining agreement may be obtained by participants and beneficiaries whose rights are governed by such collective bargaining agreement upon written request to the Plan Administrator and also is available for examination by participants and beneficiaries as specified under Department of Labor Regulations Section 2520.104b-30. |

## DEFINITIONS

**After-tax Contributions:** Your After-tax Contributions are deducted from your paycheck after withholding applicable income taxes and are included in your taxable income. The earnings on the Contributions will be taxable when they are paid to you, but your After-tax Contributions will not be taxable when distributed to you from the Plan. See the "Employee Contributions" section for more information.

**AT&T Controlled Group.** Means AT&T Inc. and each of its subsidiaries and affiliates that are required to be aggregated under Section 414(b) or Section 414(c) of the Code.

**Basic Contribution:** Your Contribution amount that is eligible to receive Company Match. See the "Employee Contributions" section for more information.

**Bargaining Unit Employee:** An employee whose job title and classification are included in a collective bargaining agreement with a Participating Company. See the "Eligibility" section for more information.

**Before-tax Contributions:** Your Before-tax Contributions are deducted from your paycheck before applicable income taxes are withheld, and are included in your taxable income when they are distributed to you from the Plan. See the "Employee Contributions" section for more information.

**Break in Service:** Generally, a period of at least 12 consecutive months during which you are not employed by an Employer; this does not include certain leaves of absence. The Plan text contains a complete description and additional rules and requirements regarding the determination of a Break in Service.

**Business Day:** Any day the NYSE is open for business.

**Catch-Up Contributions:** Means certain types of Before-tax Contributions. See the "Employee Contributions" section for more information. Catch-Up Contributions are not matched.

**Code:** The Internal Revenue Code of 1986, as amended.

**Company Match:** Amounts contributed to your Plan account by your Employer; matches a specified percentage of your Basic Contribution.

**Compensation:** The Plan text contains a complete description of Compensation for all participants and additional rules and requirements regarding the determination of your Compensation. Generally, Compensation includes your actual pay for hours worked including your base pay, group incentive compensation (such as a team award or similar award), nondiscretionary incentive compensation (such as commissions), an individual discretionary award, a lump sum special payment and short-term disability benefits. Overtime and other categories of pay are excluded. For Transferred LTSSP Participants, Compensation means, generally, your basic wage (plus any applicable wage protection allowances), certain lump sum awards and most incentive compensation, as determined from your Employer's payroll records, and excludes the following:

- Overtime

- Differential or other premium pay

- Worker's compensation payments

- Payments received after retirement or termination

- Payments received while on transitional leave of absence

- Income from stock option exercises

- Allowances for cost-of-living adjustments and quarters allowance

**Contribution:** Amounts contributed to your Plan account, either by you or your Employer.

**Designated Beneficiary:** An Eligible Employee's beneficiary designated in accordance with the provisions of the Plan and the process of the *AT&T Rules for Employee Beneficiary Designations.*

**DFA:** Dividend Fund Account; an account established to receive dividends earned on AT&T Shares held in the AT&T Shares Fund.

**Disability or (Disabled):** Means total disability for short-term disability benefit eligibility purposes as defined in and determined under the short-term disability plan of the participant's Employer. If the participant's Employer does not participate in a short-term disability plan, total disability as defined in the AT&T Disability Income Plan.

**Eligible Employee:** An active employee who is eligible to make deferrals under the Plan. See the "Eligibility" section for more information.

**Employer:** Means the Participating Company that employs the Eligible Employee.

**IRS:** U.S. Internal Revenue Service.

**Management Employee:** An employee who is classified as management on the records of the Company.

**NYSE:** New York Stock Exchange.

**Participating Company:** An employing company of an AT&T Controlled Group member participating in the Plan. See *Attachment 1: Participating Companies* for a list of Participating Companies.

**Plan Year:** The calendar year.

**Recordkeeper:** The entity that maintains account information and performs other recordkeeping functions for the Plan. See the "Contact Information" section for more information.

**Roth Contributions:** Certain types of After-tax Contributions. See the "Employee Contributions" section for more information.

**Spouse:** Your "spouse" as recognized under applicable state law (except as may be excluded from the definition of "spouse" by, and for purposes of, federal law).

**Supplementary Contribution:** Your Contribution amount that is **not** eligible to receive Company Match. See the "Employee Contributions" section for more information.

**Termination of Employment.** Means the date you terminate employment (for any reason) with all members of the AT&T Controlled Group.

**Transfer Account:** An account holding amounts transferred to the Plan from another qualified plan in accordance with the Plan or in connection with a plan merger, and which is separately accounted for under the Plan. A separate Transfer Account is maintained, as necessary, for each transfer transaction and/or for each type of account transferred.

**Transferred LTSSP Participant:** Participants that were eligible for the AT&T Long-Term Savings and Security Plan (LTSSP) at the time of the merger of the LTSSP into the Plan, effective Dec. 21, 2012.

**Unit:** Represents your undivided interest in the assets held in an investment fund.

**Valuation Date:** Any Business Day.

**Year of Service:** Generally, a continuous period of employment with one or more Employers equal to 12 months that is not interrupted by a Break in Service. The Plan text contains a complete description and additional rules and requirements regarding the determination of a Year of Service.

## CONTACT INFORMATION

| Contact Information | |
|---|---|
| **Vendor** | |
| Name | Fidelity Service Center |
| Type | Savings |
| Services Provided | Recordkeeper, Beneficiary Designation Administrator |

| Contact Information | |
|---|---|
| **Vendor Contact Numbers** | |
| Domestic Phone Number | **800-416-2363** |
| International Phone Number | Dial your country's toll-free AT&T Direct-Access Number, and then 800-416-2363 (international). |
| Hearing Impaired Phone Number | **888-343-0860** |
| **Vendor Hours of Operation** | |
| Hours of Operation | **Fidelity Service Center**: Monday through Friday from 7:30 a.m. to 11 p.m. Central time **Interactive Voice Response (IVR) System**: The IVR system is available 24 hours a day, seven days a week. |
| **Vendor Website** | |
| Website Access Information | **IMPORTANT:** You will need your Fidelity Service Center PIN and customer ID when you access the Fidelity NetBenefits website or IVR or call to speak to a service associate. |
| Website | **netbenefits.com/att** |
| **Vendor Mailing Address** | |
| *General Mailing Address* | |
| Mailing Address Information | General questions about the Plan may be sent to: |
| Domestic | Fidelity Service Center P.O. Box 770003 Cincinnati, OH 45277-0065 |
| *Claims* | |
| Claims Information | Written claims for benefits or an appeal of a denied claim for benefits under the Plan must be sent to: |
| Claims Regular | Fidelity Service Center Claims and Appeals P.O. Box 770003 Cincinnati, OH 45277-0065 |
| Claims Overnight | Fidelity Service Center Claims and Appeals 100 Crosby Parkway, KC1F-D Covington, KY 41015 |

| Contact Information | |
|---|---|
| ***Appeals*** | |
| Appeals Information | Written claims for benefits or an appeal of a denied claim for benefits under the Plan must be sent to: |
| Appeals Regular | Fidelity Service Center<br><br>Personnel Center<br><br>P.O. Box 770003<br><br>Cincinnati, OH 45277-0072 |
| Appeals Overnight | Fidelity Service Center<br><br>Claims and Appeals<br><br>100 Crosby Parkway, KC1F-D<br><br>Covington, KY 41015 |

# INFORMATION CHANGES AND OTHER COMMON RESOURCES

It's important to keep your work and home addresses current because the majority of your benefits, payroll or similar information is sent to them. Please include any room, cubicle or suite number that will help make mail-routing more efficient.

| Active Employee Address and Telephone Number Changes |
|---|
| **For employees with access to the employee intranet:**<br>**Home and work address updates:**<br><ul><li>Go to **insider.web.att.com.**</li><li>Click on OneStop **(onestop.web.att.com)** and select eLink (eCORP) in the right navigation bar.</li><li>Enter your AT&T user ID and password for the AT&T Global Logon. (If you do not know your password, please follow the instructions on the screen.)</li><li>Once logged on, click OK.</li><li>On the eCORP home page, click on *Employee Services.*<br>*Note: Please be sure the far right-hand scroll bar is all the way to the top.*</li><li>Select *Personal Information.*</li><li>Select *Maintain Addresses and Phone Numbers.*</li><li>To update your home address, select *Edit* at the bottom of the *Permanent Residence* box, make any necessary changes and click *Save.*</li><li>To update your work address, select *Edit* at the bottom of the *Cubicle/Office* box, make any necessary changes and click *Save.*</li></ul>**For employees without access to the employee intranet:**<br>Contact your supervisor or eLink assistant. |

| **Retired and Inactive Employee Home Address Changes** |
|---|

You must change your address for both pension and savings. To change your address for both purposes, contact the Fidelity Service Center at the information below.

**Fidelity Service Center**

→  **netbenefits.fidelity.com**

 U.S.: **800-416-2363**

 International: Dial your country's toll-free AT&T Direct Access Number, then enter **800-416-2363**.

 Hearing-impaired: **888-343-0860**

🕐 Monday through Friday from 7:30 a.m. to 11 p.m. Central time

You will need your Fidelity Service Center PIN and Social Security number/customer ID to access the Fidelity NetBenefits website, use the IVR service or to speak to a service associate.

> **Important:** These instructions are also for recipients of long-term disability benefits, employees on a leave of absence, as well as COBRA participants, alternate payees and survivors who have a pension benefit (including a retiree death benefit) or Plan benefit that has yet to be paid to you.
>
> If you are not eligible to receive a pension or savings plan benefit or have already received your entire pension and savings plan benefits in a lump sum and are not eligible for a retiree death benefit from your pension plan, call the AT&T Benefits Center at **877-722-0020** to update your home address.

| **AT&T Benefits Intranet and Internet Access** |
|---|

***Your Benefits* section of access.att.com (employees and retirees from home)**

Go to the *Your Benefits* section of **access.att.com** (AT&T's secure Internet site) for benefits information at home. Just go to **access.att.com** and follow the login instructions.

## ATTACHMENT 1: PARTICIPATING COMPANIES

| Participating Company Name |
| --- |
| Alascom, Inc. |
| Ameritech Services, Inc. |
| AT&T Billing Southeast, LLC |
| AT&T Capital Services, Inc. |
| AT&T Consulting Solutions, Inc. |
| AT&T Corp. |
| AT&T Global Communication Services, Inc. |
| AT&T Global Network Services, LLC |
| AT&T Global Network Services, LLC |
| AT&T Government Solutions, Inc. |
| AT&T International, Inc. |
| AT&T Management Services, L.P. |
| AT&T Mexico, LLC |
| AT&T Mobility Services LLC |
| AT&T Network Procurement Management LLC |
| AT&T of Puerto Rico, Inc. |
| AT&T of the Virgin Islands, Inc. |
| AT&T Services, Inc. |
| AT&T Solutions, Inc. |
| AT&T Support Services Company Inc. |

| Participating Company Name |
| --- |
| AT&T Technical Services Company, Inc. |
| AT&T Teleholdings, Inc. |
| AT&T World Personnel Services, Inc. |
| BellSouth Communication Systems, LLC |
| BellSouth Long Distance, Inc. |
| BellSouth Telecommunications, LLC |
| Illinois Bell Telephone Company |
| Indiana Bell Telephone Company, Incorporated |
| Michigan Bell Telephone Company |
| Nevada Bell Telephone Company |
| Pacific Bell Telephone Company |
| SBC Global Services, Inc. |
| SBC Internet Services, LLC |
| SBC Long Distance, LLC |
| SNET America, Inc. |
| SNET Diversified Group, Inc. |
| Southwestern Bell Telephone Company |
| Stevens Graphics, Inc. |
| TC Systems, Inc. |
| TCG of The Carolinas, Inc. |
| Teleport Communications America, LLC |

| Participating Company Name |
|---|
| Teleport Communications New York |
| The Ohio Bell Telephone Company |
| The Southern New England Telephone Company |
| Wisconsin Bell, Inc. |

## ATTACHMENT 2: FEE DISCLOSURE

### General Plan Information

The information contained in this *Attachment 2* and the referenced sections of the SPD are intended to comply with the participant fee disclosure requirements. See the "Investment Options" section for information about how you may invest your account. This section includes a categorization of the available investment funds. You should also see the "Changing Your Investments" section and the "When a Transaction Takes Effect" section for information on how to change the investment of your account and certain limitations that may apply to your ability to change your investments. See the "Valuation of Your Account" section to understand how your account is valued in general. Also, see the "Voting" subsection in the "General Plan Information" section for particular voting information related to any portion of your account invested in AT&T Shares.

### Investment Information

See the "Investment Fund Descriptions" section for the name of each investment fund available under the Plan. In addition, this section also includes information about each investment fund, including the type or category of the investment, its objective (benchmark), its strategy and certain risks associated with each investment. The investment fund descriptions also identify the current investment manager or managers for each investment fund.

For investment returns for each investment fund, please see the *Investment Fund Return* chart in this *Attachment 2.*

This chart provides the average annual total return (percentage) of the investment for the following periods, if available: 1-year, 5-years and 10-years. If a particular investment has not been available for all of these periods, then a life of the fund return is shown. Please note that an investment's past performance is not necessarily an indication of how the investment will perform in the future. Your investments could lose money.

### Fees and Expenses

An explanation of the types of operating fees and expenses that may be charged to your account or to an investment fund in general or the Plan as a whole are set forth in the "Operating Expenses" section. In addition, actual fees that are charged to your account will be reflected in your quarterly account statement. Visit the Recordkeeper's website for more information about your quarterly account statement. See the "Contact Information" section for information on how to contact the Recordkeeper and its website address. In addition, certain investment funds provide additional fees. See the "Investment Options" section for information about each investment fund and whether additional fees apply.

Plan fees and expenses are only one of several factors that participants and beneficiaries should consider when making investment decisions. However, please note that the cumulative effect of fees and expenses can substantially reduce the growth of your account. You may visit the website of the Department of Labor's Employee Benefits Security Administration for information and an example demonstrating the long-term effect of fees and expenses on investment returns.

For Plan fee and expense ratios for each investment fund, please see the *Operating Expenses for Plan Year 2012* chart in this *Attachment 2.*

## Additional Investment Related Information

Please contact the Recordkeeper, or access its website, for any of the following:

- Copies of any prospectuses, financial statements or reports (including the investments portfolio turnover rate) related to SEC-registered 40 Act funds to the extent that such items have been made available to the Plan (and please note that these documents are provided by the investment fund manager and are not reviewed by the Plan Administrator, the Plan Sponsor, any other AT&T entity or the Recordkeeper).

- The current Unit value of any investment fund.

- A general glossary of terms to assist you in understanding the terminology used in the "Investment Options" section.

See the "Contact Information" section for information on how to contact the Recordkeeper and its website address.

For additional information, you can also visit the Department of Labor's website for general information on investing for retirement. See **dol.gov/ebsa/investing.html.**

## Importance of a Diversified Portfolio

To help achieve long-term retirement security, you should give careful consideration to the benefits of a well-balanced and diversified investment portfolio. Spreading your assets among different types of investments can help you achieve a favorable rate of return, while minimizing your overall risk of losing money. This is because market or other economic conditions that cause one category of assets, or one particular security, to perform very well often cause another asset category, or another particular security to perform poorly. If you invest more than 20 percent of your retirement savings in any one company or industry, your savings may not be properly diversified. Although diversification is not a guarantee against loss, it is an effective strategy to help you manage investment risk.

The preceding information regarding diversification comes from the Department of Labor's website. For this and other general information on investing for retirement, you can visit the website referenced above.

## Investment Fund Returns as of Dec. 31, 2012

Listed below are rates of return, which are net of investment management fees and other related investment fees (e.g. brokerage commissions) that are charged directly to the fund, but do not take into account any operating expenses for the Plan.

## Investment Fund Return

| | Average Annual Total Return 1 yr. | Average Annual Total Return 5 yr. | Average Annual Total Return 10 yr. | Average Annual Total Return Since Inception Date/ Benchmark Adoption Date |
|---|---|---|---|---|
| **Investment Name Benchmark** | | | | |
| Total U.S. Stock Market Index Fund | 16.53% | 2.31% | n/a | 1.24% |
| Total U.S. Stock Market Index Fund - Benchmark: Dow Jones Wilshire 5000 | 16.06% | 2.03% | n/a | 0.95% |

| | Average Annual Total Return 1 yr. | Average Annual Total Return 5 yr. | Average Annual Total Return 10 yr. | Average Annual Total Return Since Inception Date/ Benchmark Adoption Date |
|---|---|---|---|---|
| International Stock Index Fund | 17.89% | -2.22% | n/a | -3.45% |
| International Stock Index Fund - Benchmark: MSCI ACWI ex US Net | 16.83% | -2.89% | n/a | -3.94% |
| Large Cap U.S. Stock Index Fund | 16.03% | 1.82% | 7.17% | n/a |
| Large Cap U.S. Stock Index Fund - Benchmark: S&P 500 -- Total Return Index | 16.00% | 1.66% | 7.10% | n/a |
| Small and Mid-Size U.S. Stock Index Fund | 18.44% | 4.17% | 10.75% | n/a |
| Small and Mid-Size U.S. Stock Index Fund - Benchmark: Dow Jones Wilshire 4500 | 18.00% | 3.95% | 10.67% | n/a |
| AT&T Stable Value Fund | 2.99% | 3.66% | 4.17% | n/a |
| AT&T Stable Value Fund - Benchmark: Barclay 3-month Bellwethers | 0.12% | 0.57% | 1.82% | n/a |
| AT&T Total Return Bond Fund | 9.28% | 8.06% | 6.72% | n/a |
| AT&T Total Return Bond Fund - Benchmark: Barclay Aggregate Bond | 4.21% | 5.95% | 5.18% | n/a |
| AT&T U.S. Stock Fund | 17.78% | 1.52% | 7.57% | n/a |
| AT&T U.S. Stock Fund - Benchmark: Russell 3000 | 16.42% | 2.10% | 7.89% | n/a |
| AT&T International Stock Fund | 17.38% | -5.14% | 7.34% | n/a |
| AT&T International Stock Fund - Benchmark: MSCI ACWI ex US Net | 16.83% | -3.22% | 8.48% | n/a |
| AT&T Shares Fund | 17.17% | 1.29% | 7.57% | n/a |
| AT&T Shares Fund - Benchmark: S&P 500 -- Total Return Index | 16.00% | 1.66% | 7.10% | n/a |
| AT&T Age-Based Asset Allocation Fund -- 2000 | 6.34% | 2.46% | n/a | 2.24% |
| AT&T Age-Based Asset Allocation Fund -- 2000 - Benchmark: Allocation 2000 Benchmark | 5.90% | 2.55% | n/a | 2.24% |

| | Average Annual Total Return 1 yr. | Average Annual Total Return 5 yr. | Average Annual Total Return 10 yr. | Average Annual Total Return Since Inception Date/ Benchmark Adoption Date |
|---|---|---|---|---|
| AT&T Age-Based Asset Allocation Fund -- 2005 | 8.54% | 2.69% | n/a | 2.35% |
| AT&T Age-Based Asset Allocation Fund -- 2005 - Benchmark: Allocation 2005 Benchmark | 8.01% | 2.86% | n/a | 2.39% |
| AT&T Age-Based Asset Allocation Fund -- 2010 | 10.64% | 3.30% | n/a | 2.93% |
| AT&T Age-Based Asset Allocation Fund -- 2010 - Benchmark: Allocation 2010 Benchmark | 9.96% | 3.48% | n/a | 2.98% |
| AT&T Age-Based Asset Allocation Fund -- 2015 | 11.06% | 3.03% | n/a | 2.61% |
| AT&T Age-Based Asset Allocation Fund -- 2015 - Benchmark: Allocation 2015 Benchmark | 10.21% | 3.23% | n/a | 2.65% |
| AT&T Age-Based Asset Allocation Fund -- 2020 | 12.02% | 2.32% | n/a | 1.80% |
| AT&T Age-Based Asset Allocation Fund -- 2020 - Benchmark: Allocation 2020 Benchmark | 11.25% | 2.79% | n/a | 2.06% |
| AT&T Age-Based Asset Allocation Fund -- 2025 | 13.75% | 2.34% | n/a | 1.80% |
| AT&T Age-Based Asset Allocation Fund -- 2025 - Benchmark: Allocation 2025 Benchmark | 12.89% | 2.95% | n/a | 2.17% |
| AT&T Age-Based Asset Allocation Fund -- 2030 | 14.11% | 1.37% | n/a | 0.76% |
| AT&T Age-Based Asset Allocation Fund -- 2030 - Benchmark: Allocation 2030 Benchmark | 13.24% | 2.12% | n/a | 1.20% |
| AT&T Age-Based Asset Allocation Fund -- 2035 | 15.29% | 1.34% | n/a | 0.71% |
| AT&T Age-Based Asset Allocation Fund -- 2035 - Benchmark: Allocation 2035 Benchmark | 14.43% | 2.18% | n/a | 1.24% |
| AT&T Age-Based Asset Allocation Fund -- 2040 | 15.32% | 1.03% | n/a | 0.12% |

| | Average Annual Total Return 1 yr. | Average Annual Total Return 5 yr. | Average Annual Total Return 10 yr. | Average Annual Total Return Since Inception Date/ Benchmark Adoption Date |
|---|---|---|---|---|
| AT&T Age-Based Asset Allocation Fund -- 2040 - Benchmark: Allocation 2040 Benchmark | 14.55% | 2.02% | n/a | 1.04% |
| AT&T Age-Based Asset Allocation Fund -- 2045 | 15.74% | 1.04% | n/a | 0.13% |
| AT&T Age-Based Asset Allocation Fund -- 2045 - Benchmark: Allocation 2045 Benchmark | 15.03% | 2.05% | n/a | 1.05% |
| AT&T Age-Based Asset Allocation Fund -- 2050 | 15.91% | 0.71% | n/a | 0.07% |
| AT&T Age-Based Asset Allocation Fund -- 2050 - Benchmark: Allocation 2050 Benchmark | 15.30% | 1.78% | n/a | 0.74% |
| AT&T Age-Based Asset Allocation Fund -- 2055 | n/a | n/a | n/a | 8.88% |
| AT&T Age-Based Asset Allocation Fund -- 2055 - Benchmark: Allocation 2055 Benchmark | n/a | n/a | n/a | 8.71% |

## Operating Expenses for Plan Year 2012

| | Investment Manager Fees As a % | Administrative, Trustee, and Recordkeeping Fees As a % | Total Operating Expenses As a % | Estimated Total Operating Expenses Incurred on a $1,000 Investment in 2012 |
|---|---|---|---|---|
| **Investment Name** | | | | |
| Total U.S. Stock Market Index Fund | 0.01% | 0.01% | 0.02% | $0.20 |
| International Stock Index Fund | 0.03% | 0.01% | 0.04% | $0.40 |
| Large Cap U.S. Stock Index Fund | 0.01% | 0.01% | 0.02% | $0.20 |
| Small and Mid-Size U.S. Stock Index Fund | 0.02% | 0.01% | 0.03% | $0.30 |
| AT&T Stable Value Fund | 0.34% | 0.01% | 0.35% | $3.50 |
| AT&T Total Return Bond Fund | 0.33% | 0.13% | 0.46% | $4.60 |

| | Investment Manager Fees As a % | Administrative, Trustee, and Recordkeeping Fees As a % | Total Operating Expenses As a % | Estimated Total Operating Expenses Incurred on a $1,000 Investment in 2012 |
|---|---|---|---|---|
| AT&T U.S. Stock Fund | 0.28% | 0.01% | 0.29% | $2.90 |
| AT&T International Stock Fund | 0.40% | 0.01% | 0.41% | $4.10 |
| AT&T Shares Fund | 0.01% | 0.01% | 0.02% | $0.20 |
| AT&T Age-Based Asset Allocation Fund -- 2000 | 0.30% | 0.01% | 0.31% | $3.10 |
| AT&T Age-Based Asset Allocation Fund -- 2005 | 0.30% | 0.01% | 0.31% | $3.10 |
| AT&T Age-Based Asset Allocation Fund -- 2010 | 0.30% | 0.01% | 0.31% | $3.10 |
| AT&T Age-Based Asset Allocation Fund -- 2015 | 0.30% | 0.01% | 0.31% | $3.10 |
| AT&T Age-Based Asset Allocation Fund -- 2020 | 0.30% | 0.01% | 0.31% | $3.10 |
| AT&T Age-Based Asset Allocation Fund -- 2025 | 0.30% | 0.01% | 0.31% | $3.10 |
| AT&T Age-Based Asset Allocation Fund -- 2030 | 0.30% | 0.01% | 0.31% | $3.10 |
| AT&T Age-Based Asset Allocation Fund -- 2035 | 0.30% | 0.01% | 0.31% | $3.10 |
| AT&T Age-Based Asset Allocation Fund -- 2040 | 0.30% | 0.01% | 0.31% | $3.10 |
| AT&T Age-Based Asset Allocation Fund -- 2045 | 0.30% | 0.01% | 0.31% | $3.10 |
| AT&T Age-Based Asset Allocation Fund -- 2050 | 0.30% | 0.01% | 0.31% | $3.10 |
| AT&T Age-Based Asset Allocation Fund -- 2055 | 0.30% | 0.01% | 0.31% | $3.10 |

# Exhibit B

497K 1 spi222042013.htm TOTAL BOND MKT INSTL INSTLPLUS 497K 042013



# Vanguard Total Bond Market Index Fund

# Summary Prospectus

April 29, 2013

Institutional Shares & Institutional Plus Shares

Vanguard Total Bond Market Index Fund Institutional Shares (VBTIX)
Vanguard Total Bond Market Index Fund Institutional Plus Shares (VBMPX)

The Fund's statutory Prospectus and Statement of Additional Information dated
April 29, 2013, are incorporated into and made part of this Summary Prospectus
by reference.
Before you invest, you may want to review the Fund's Prospectus, which
contains more information about the Fund and its risks. You can find
the Fund's Prospectus and other information about the Fund online at
**www.vanguard.com/prospectus**. You can also get this information at no
cost by calling 800-662-7447 (if you are an individual investor) or 888-809-8102
(if you are a client of Vanguard's Institutional Division), or by sending an e-mail
request to online@vanguard.com.

The Securities and Exchange Commission (SEC) has not approved or disapproved these securities or
passed upon the adequacy of this prospectus. Any representation to the contrary is a criminal offense.

Investment Objective

The Fund seeks to track the performance of a broad, market-weighted bond index.

Fees and Expenses

The following table describes the fees and expenses you may pay if you buy and hold Institutional Shares or Institutional Plus Shares of the Fund.

Shareholder Fees

(Fees paid directly from your investment)

|  | Institutional Shares | Institutional Plus Shares |
|---|---|---|
| Sales Charge (Load) Imposed on Purchases | None | None |
| Purchase Fee | None | None |
| Sales Charge (Load) Imposed on Reinvested Dividends | None | None |
| Redemption Fee | None | None |

Annual Fund Operating Expenses

(Expenses that you pay each year as a percentage of the value of your investment)

|  | Institutional Shares | Institutional Plus Shares |
|---|---|---|
| Management Expenses | 0.04 % | 0.03 % |
| 12b-1 Distribution Fee | None | None |
| Other Expenses | 0.03 % | 0.02 % |
| Total Annual Fund Operating Expenses | 0.07 % | 0.05 % |

1

Examples

The following examples are intended to help you compare the cost of investing in the Fund's Institutional Shares or Institutional Plus Shares with the cost of investing in other mutual funds. They illustrate the hypothetical expenses that you would incur over various periods if you invest $10,000 in the Fund's shares. These examples assume that the Shares provide a return of 5% a year and that total annual fund operating expenses remain as stated in the preceding table. The results apply whether or not you redeem your investment at the end of the given period. Although your actual costs may be higher or lower, based on these assumptions your costs would be:

|  | 1 Year | 3 Years | 5 Years | 10 Years |
|---|---|---|---|---|
| Institutional Shares | $7 | $23 | $40 | $90 |
| Institutional Plus Shares | $5 | $16 | $28 | $64 |

Portfolio Turnover

The Fund pays transaction costs, such as commissions, when it buys and sells securities (or "turns over" its portfolio). A higher portfolio turnover rate may indicate higher transaction costs and may result in more taxes when Fund shares are held in a taxable account. These costs, which are not reflected in annual fund operating expenses or in the previous expense examples, reduce the Fund's performance. During the most recent fiscal year, the Fund's portfolio turnover rate was 80%.

Primary Investment Strategies

The Fund employs an indexing investment approach designed to track the performance of the Barclays U.S. Aggregate Float Adjusted Index. This Index represents a wide spectrum of public, investment-grade, taxable, fixed income securities in the United States—including government, corporate, and international dollar-denominated bonds, as well as mortgage-backed and asset-backed securities—all with maturities of more than 1 year.

The Fund invests by *sampling* the Index, meaning that it holds a broadly diversified collection of securities that, in the aggregate, approximates the full Index in terms of key risk factors and other characteristics. All of the Fund's investments will be selected through the sampling process, and at least 80% of the Fund's assets will be invested in bonds held in the Index. The Fund maintains a dollar-weighted average maturity consistent with that of the Index, which generally ranges between 5 and 10 years.

2

Primary Risks

An investment in the Fund could lose money over short or even long periods. You should expect the Fund's share price and total return to fluctuate within a wide range, like the fluctuations of the overall bond market. The Fund is subject to the following risks, which could affect the Fund's performance:

• *Interest rate risk*, which is the chance that bond prices overall will decline because of rising interest rates. Interest rate risk should be moderate for the Fund because it invests primarily in short- and intermediate-term bonds, whose prices are less sensitive to interest rate changes than are the prices of long-term bonds.

• *Income risk*, which is the chance that the Fund's income will decline because of falling interest rates. Income risk is generally high for short-term bond funds and moderate for intermediate-term bond funds, so investors should expect the Fund's monthly income to fluctuate accordingly.

• *Credit risk,* which is the chance that a bond issuer will fail to pay interest and principal in a timely manner, or that negative perceptions of the issuer's ability to make such payments will cause the price of that bond to decline. Credit risk should be low for the Fund because it purchases only bonds that are of investment-grade quality.

• *Call risk,* which is the chance that during periods of falling interest rates, issuers of callable bonds may call (redeem) securities with higher coupons or interest rates before their maturity dates. The Fund would then lose any price appreciation above the bond's call price and would be forced to reinvest the unanticipated proceeds at lower interest rates, resulting in a decline in the Fund's income. For mortgage-backed securities, this risk is known as *prepayment risk*. Call/prepayment risk should be moderate for the Fund because it invests only a portion of its assets in callable bonds and mortgage-backed securities.

• *Index sampling risk,* which is the chance that the securities selected for the Fund, in the aggregate, will not provide investment performance matching that of the Fund's target index. Index sampling risk for the Fund should be low.

An investment in the Fund is not a deposit of a bank and is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency.

3

Annual Total Returns

The following bar chart and table are intended to help you understand the risks of investing in the Fund. The bar chart shows how the performance of the Fund's Institutional Shares has varied from one calendar year to another over the periods shown. The table shows how the average annual total returns of the share classes presented compare with those of the Fund's target index and other comparative indexes, which have investment characteristics similar to those of the Fund. Keep in mind that the Fund's past performance (before and after taxes) does not indicate how the Fund will perform in the future. Updated performance information is available on our website at *vanguard.com/performance* or by calling Vanguard toll-free at 800-662-7447.

Annual Total Returns — Vanguard Total Bond Market Index Fund Institutional Shares



During the periods shown in the bar chart, the highest return for a calendar quarter was 4.41% (quarter ended December 31, 2008), and the lowest return for a quarter was –2.46% (quarter ended June 30, 2004).

4

Average Annual Total Returns for Periods Ended December 31, 2012

|  | 1 Year | 5 Years | 10 Years |
|---|---|---|---|
| **Vanguard Total Bond Market Index Fund Institutional Shares** |  |  |  |
| Return Before Taxes | 4.18 % | 5.95 % | 5.21 % |
| Return After Taxes on Distributions | 3.07 | 4.50 | 3.62 |
| Return After Taxes on Distributions and Sale of Fund Shares | 2.78 | 4.25 | 3.52 |
| **Vanguard Total Bond Market Index Fund Institutional Plus Shares** |  |  |  |
| Return Before Taxes | 4.20 % | 5.96 % | 5.22 % |
| Comparative Indexes |  |  |  |
| (reflect no deduction for fees, expenses, or taxes) |  |  |  |
| Spliced Barclays U.S. Aggregate Float Adjusted Index | 4.32 % | 5.99 % | 5.20 % |
| Barclays U.S. Aggregate Float Adjusted Index | 4.32 | — | — |
| Barclays U.S. Aggregate Bond Index | 4.21 | 5.95 | 5.18 |

Actual after-tax returns depend on your tax situation and may differ from those shown in the preceding table. When after-tax returns are calculated, it is assumed that the shareholder was in the highest individual federal marginal income tax bracket at the time of each distribution of income or capital gains or upon redemption. State and local income taxes are not reflected in the calculations. Please note that after-tax returns are shown only for the Institutional Shares and may differ for each share class. After-tax returns are not relevant for a shareholder who holds fund shares in a tax-deferred account, such as an individual retirement account or a 401(k) plan. Also, figures captioned *Return After Taxes on Distributions and Sale of Fund Shares* will be higher than other figures for the same period if a capital loss occurs upon redemption and results in an assumed tax deduction for the shareholder.

Investment Advisor
The Vanguard Group, Inc.

Portfolio Managers

Kenneth E. Volpert, CFA, Principal of Vanguard and head of Vanguard's Taxable Bond Group. He has managed the Fund since 1992 (co-managed since 2008).

Joshua C. Barrickman, CFA, Principal of Vanguard and head of Vanguard's Bond Index Group. He has co-managed the Fund since 2013.

5

Purchase and Sale of Fund Shares

You may purchase or redeem shares online through our website (*vanguard.com*), by mail (The Vanguard Group, P.O. Box 1110, Valley Forge, PA 19482-1110), or by telephone (800-662-2739). The following table provides the Fund's minimum initial and subsequent investment requirements.

| Account Minimums | Institutional Shares | Institutional Plus Shares |
|---|---|---|
| To open and maintain an account | $5 million | $100 million |
| To add to an existing account | Generally $100 (other than by Automatic Investment Plan, which has no established minimum) | Generally $100 (other than by Automatic Investment Plan, which has no established minimum) |

Tax Information

The Fund's distributions may be taxable as ordinary income or capital gain.

Payments to Financial Intermediaries

The Fund and its investment advisor do not pay financial intermediaries for sales of Fund shares.

Vanguard Total Bond Market Index Fund Institutional Shares—Fund Number 222 Vanguard Total Bond Market Index Fund Institutional Plus Shares—Fund Number 850

*CFA*[®] is a trademark owned by CFA Institute.

© 2013 The Vanguard Group, Inc. All rights reserved.
Vanguard Marketing Corporation, Distributor.

**SPI 222 042013**

https://www.sec.gov/Archives/edgar/data/794105/000093247113006451/spi222042013.htm