# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO C. ALAS, ROBERT J. BUGIELSKI and CHAD S. SIMECEK, individually as participants in the AT&T Retirement Savings Plan and as representatives of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T SERVICES, INC. and BENEFIT PLAN INVESTMENT COMMITTEE,<br><br>Defendants. | Case No.: 2:17-cv-8106-VAP-RAO<br><br>**ORDER**<br><br>Judge: Hon. Virginia A. Phillips<br><br>Date Action Filed: November 6, 2017 |

Plaintiffs Robert J. Bugielski and Chad S. Simecek, individually as participants in the AT&T Retirement Savings Plan and as representatives of all persons similarly situated ("Plaintiffs"), and Defendants AT&T Services, Inc. and Benefit Plan Investment Committee (collectively, "Defendants") (Plaintiffs and Defendant are collectively referred to as the "Parties"), have stipulated and agreed that Plaintiffs should be permitted to take the deposition of Defendant AT&T Services, Inc. pursuant to Fed. R. Civ. P. 30(b)(6) after the March 9, 2020 class certification discovery cut-off.

Having considered the Parties' Stipulation, and for good cause shown, the Parties' Stipulation Extending Discovery Deadline for the Purpose of Conducting a

30(b)(6) Deposition is **GRANTED**. Plaintiffs are permitted to take a deposition pursuant to Fed. R. Civ. P. 30(b)(6) noticed for March 24, 2020.

**IT IS SO ORDERED.**

Dated: March 10, 2020

By: *Virginia A. Phillips*
Hon. Virginia A. Phillips
Chief Judge, United States District Court