Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
Kyle G. Bates (SBN 299114)
James A. Bloom (SBN 311051)
SCHNEIDER WALLACE COTTRELL
KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100

John J. Nestico (*pro hac vice*)
SCHNEIDER WALLACE COTTRELL
KONECKY LLP
6000 Fairview Road, Suite 1200
Charlotte, NC 28210
Tel: (510) 740-2946

Todd S. Collins (*pro hac vice*)
Ellen T. Noteware (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Tel: (215) 875-3000

Eric Lechtzin (SBN 248958)
EDELSON LECHTZIN LLP
3 Terry Dr., Suite 205
Newtown, PA 18940
Tel: (267) 408-8445

*[Additional Counsel on Signature Page]*
*Attorneys for Plaintiffs and the Class*

Nancy G. Ross (*pro hac vice*)
Brian D. Netter (*pro hac vice*)
Richard E. Nowak (*pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 782-0600

John Nadolenco (SBN 181128)
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Tel: (213) 229-9500

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO C. ALAS, ROBERT J. BUGIELSKI and CHAD S. SIMECEK, individually as participants in the AT&T Retirement Savings Plan and as representatives of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T SERVICES, INC. and BENEFIT PLAN INVESTMENT COMMITTEE,<br><br>Defendants. | Case No.:  2:17-cv-8106-VAP-RAO<br><br>**STIPULATION REGARDING CLASS CERTIFICATION**<br><br>Judge: Hon. Virginia A. Phillips<br><br>Date Action Filed: November 6, 2017 |

1

Plaintiffs Robert J. Bugielski and Chad S. Simecek, individually as participants in the AT&T Retirement Savings Plan and as representatives of all persons similarly situated ("Plaintiffs"), and Defendants AT&T Services, Inc. and Benefit Plan Investment Committee (collectively, "Defendants") (Plaintiffs and Defendant are collectively referred to as the "Parties"), by and through their attorneys of record, hereby stipulate and agree as follows with respect to Plaintiffs' pending Motion for Class Certification (ECF No. 147):

1.     On June 9, 2020, the Court issued a Case Management Order setting the following briefing schedule with respect to Plaintiffs' Motion for Class Certification (ECF No. 146):

- June 24, 2020: Plaintiffs' Motion for Class Certification
- August 3, 2020: Defendants' Response to Plaintiffs' Motion for Class Certification
- September 2, 2020: Plaintiffs' Reply in Support of Their Motion for Class Certification

2.     The Court also re-set the hearing on Plaintiffs' Motion for Class Certification to September 23, 2020. *Id.*

3.     Plaintiffs filed their Motion for Class Certification on June 24, 2020. ECF No. 147.

**<u>Class Period Alleged in the Complaint</u>**

4.     Plaintiffs' Third Amended Class Complaint ("Complaint") (ECF No. 81) asserts claims under ERISA §1132(a)(2) for the six (6) year period beginning on November 6, 2011 through the date of judgment, or in the alternative, in the event the Court determines that Defendants have concealed the facts and circumstances that would have apprised Plaintiffs and the Class of the existence of Defendants' alleged breaches, the date those breaches originally occurred, through the date of judgment.

5.      The Complaint defines the class as follows (¶ 116):

*All participants in and beneficiaries of the AT&T Retirement Savings*
*Plan at any time from the earlier of (i) six years before the filing of this*
*action [November 6, 2011], or (ii), in the event the Court determines*
*that Defendants have concealed the facts and circumstances that would*
*have apprised Plaintiffs and the Class of the existence of Defendants'*
*breaches through the date of judgment.*

## Parties' Agreement

6.      In order to conserve the Parties' and the Court's resources and avoid unnecessary motion practice, Defendants agree not to oppose Plaintiffs' Motion for Class Certification with respect to a class period beginning on November 6, 2011.

7.      The Parties therefore agree to class certification of the claims alleged in the Complaint arising on or after November 6, 2011. The Parties further agree that the class shall be defined as and limited to:

**All persons who were participants in and beneficiaries of the AT&T**
**Retirement Savings Plan at any time on or after November 6, 2011.**

8.      For the reasons explained in Subsections I, II, and III of the Argument section of Plaintiffs' Memorandum of Points and Authorities In Support of Motion For Class Certification, ECF No. 147-2, pp. 8–25, the Parties agree that the requirements of Federal Rule of Civil Procedure 23 have been satisfied.

## Non-Waiver of Claims and Defenses

9.      The Parties agree that nothing contained in this Stipulation shall be deemed to be a waiver of any claim or an admission by any party with respect to any allegations, defenses, or claims. The Parties further agree that nothing in this Stipulation shall be deemed to abandon or limit any claim or defense.

## Request to Strike Briefing and Hearing Dates

10.     Consistent with the Parties' agreement with respect to class

certification, the Parties request that the Court strike the September 2, 2020 deadline for Plaintiffs to file their reply brief and the September 23, 2020 class certification hearing date (ECF No. 147).

IT IS SO STIPULATED.

Dated: August 3, 2020                    Respectfully submitted,


By: */s/ James A. Bloom*
_____
Todd M. Schneider (SBN (158253)
Jason H. Kim (SBN 220279)
Kyle G. Bates (SBN 299114)
James A. Bloom (SBN 3110541)
SCHEIDER WALLACE CONTRELL
KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100
Fax: (415) 421-7105

John J. Nestico (*pro hac vice*)
SCHNEIDER WALLACE COTTRELL
KONECKY LLP
6000 Fairview Road, Suite 1200
Charlotte, NC 28210
Tel: (510) 740-2946

Todd S. Collins (*pro hac vice*)
Ellen T. Noteware (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Tel: (215) 875-3000
Fax: (215) 875-4604

Eric Lechtzin (SBN 248958)
EDELSON LECHTZIN LLP

3 Terry Dr., Suite 205
Newtown, PA 18940
Tel: (267) 408-8445

Shoham J. Solouki (SBN 278538)
Grant Joseph Savoy (SBN 284077)
SOLOUKI SAVOY LLP
316 West 2nd Street, Suite 1200
Los Angeles, California 90012
Tel: (213) 814-4940
Fax: (213) 814-2550

*Attorneys for Plaintiffs and the Class*

Dated: August 3, 2020

By: */s/ Nancy G. Ross*

Nancy G. Ross (*pro hac vice*)
Brian D. Netter (*pro hac vice*)
Richard E. Nowak (*pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 782-0600
Fax: (312) 701-7711

John Nadolenco (SBN 181128)
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Tel: (213) 229-9500
Fax: (213) 625-0248

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for United States District Court, Central District of California, by using the Court's CM/ECF system on August 3, 2020.

*/s/ Nancy G. Ross*

Nancy G. Ross

6