UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:17-cv-08106-VAP-RAOx                              Date:  September 20, 2021

Title       *Julio C. Alas v. AT and T, Inc. et al*

Present:  The Honorable:   VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Christine Chung | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:
John J. Nestico                                      Richard E. Nowak
Shoham J. Solouki

**Proceedings:**  1) Defendants' Motion for Summary Judgment [165][172]
2) Plaintiffs' Motion for Partial Summary Judgment [167]

The Court issues its tentative ruling prior to the hearing.

Case called, and counsel make their appearance.  The Court hears oral argument and takes the matter under submission.  The Court will issue an Order.

| | 0:11 |
|---|---|
| **Initials of Preparer** | CCH |