JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Julio C. Alas, et al.,

      Plaintiffs,

      v.

AT&T, Inc., et al.,

      Defendants.

Case No. 2:17-cv-8106-VAP-RAOx

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order awarding Summary Judgment in favor of Defendants AT&T Services, Inc., et al., IT IS ORDERED AND ADJUDGED that the action, *Julio C. Alas, et al. v. AT&T, Inc., et al.,* 2:17-cv-8106-VAP-RAOx, is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   9/28/21

                                             Virginia A. Phillips
                                       United States District Judge