Todd M. Schneider (SBN: 158253)
Jason H. Kim (SBN: 220279)
James A. Bloom (SBN: 311051)
SCHNEIDER WALLACE COTTRELL
KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608

Todd S. Collins (*Pro Hac Vice*)
Ellen T. Noteware (*Pro Hac Vice*)
BERGER MONTAGUE PC
1818 Market Street
Philadelphia, Pennsylvania 19103

John J. Nestico (*Pro Hac Vice*)
SCHNEIDER WALLACE COTTRELL
KONECKY LLP
6000 Fairview Rd, Suite 1200
Charlotte, North Carolina 28210

Eric Lechtzin (SBN: 248958)
EDELSON LECHTZIN LLP
3 Terry Drive, Suite 205
Newtown, PA 18940

Grant Joseph Savoy, Esq. (SBN: 284077)
Shoham J. Solouki, Esq. (SBN: 278538)
SOLOUKI | SAVOY, LLP
316 W. 2nd Street, Suite 1200
Los Angeles, California 90012

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO C. ALAS, ROBERT J. BUGIELSKI and CHAD S. SIMECEK, individually as participants in the AT&T Retirement Savings Plan and as representatives of all persons similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>AT&T SERVICES, INC., and the BENEFIT PLAN INVESTMENT COMMITTEE,<br><br>Defendants. | Case No. 2:17-cv-8106-VAP-RAO<br><br>**PLAINTIFFS' NOTICE OF APPEAL**<br><br>Judge: Hon. Virginia A. Phillips<br>Magistrate: Hon. Rozella A. Oliver |

# NOTICE OF APPEAL

Notice is hereby given that pursuant to 9 U.S.C. § 16, Plaintiffs' Robert J. Bugielski and Chad S. Simecek (collectively "Plaintiffs") hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order awarding Summary Judgment to Defendants AT&T Services, Inc. and the AT&T Benefit Plan Investment Committee and denying Plaintiffs' Motion for Partial Summary Judgment (Dkt. 211), dated September 28, 2021.

Dated: October 27, 2021            Respectfully submitted,

/s/ John J. Nestico
Todd M. Schneider (SBN: 158253)
Jason H. Kim (SBN: 220279)
James A. Bloom (SBN: 311051)
SCHNEIDER WALLACE COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com
jkim@schneiderwallace.com
jbloom@schneiderwallace.com

John J. Nestico (Pro Hac Vice)
SCHNEIDER WALLACE COTTRELL KONECKY LLP
6000 Fairview Rd, Suite 1200
Charlotte, North Carolina 28210
Telephone: (510) 740-2946
Facsimile: (866) 505-8036
jnestico@schneiderwallace.com

Eric Lechtzin (SBN: 248958)
EDELSON LECHTZIN LLP

1
2
3

3 Terry Drive, Suite 205
Newtown, PA 18940
Telephone: (267) 408-8445
elechtzin@edelson-law.com

4
5
6
7
8
9

Todd S. Collins (Pro Hac Vice)
Ellen T. Noteware (Pro Hac Vice)
BERGER MONTAGUE PC
1818 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 875-3000
tcollins@bm.net
enoteware@bm.net

10
11
12
13
14
15
16

Grant Joseph Savoy, Esq. (SBN: 284077)
Shoham J. Solouki, Esq. (SBN: 278538)
SOLOUKI | SAVOY, LLP
316 W. 2nd Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 814-4940
Facsimile: (213) 814-2550
grant@soloukisavoy.com
shoham@soloukisavoy.com

17
18

*Attorneys for Plaintiffs*

19
20
21
22
23
24
25
26
27
28

# REPRESENTATION STATEMENT
Ninth Circuit Rule 3-2(b)

Attorneys for Plaintiffs Appellants Robert J. Bugielski and Chad S Simecek:

Todd M. Schneider (SBN: 158253)
Jason H. Kim (SBN: 220279)
James A. Bloom (SBN: 311051)
SCHNEIDER WALLACE
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com
jkim@schneiderwallace.com
jbloom@schneiderwallace.com

John J. Nestico (Pro Hac Vice)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
6000 Fairview Rd, Suite 1200
Charlotte, NC 28210
Telephone: (510) 740-2946
Facsimile: (866) 505-8036
jnestico@schneiderwallace.com

Eric Lechtzin (SBN: 248958)
EDELSON LECHTZIN LLP
3 Terry Drive, Suite 205
Newtown, PA 18940
Telephone: (267) 408-8445
elechtzin@edelson-law.com

Todd S. Collins (Pro Hac Vice)
Ellen T. Noteware (Pro Hac Vice)
BERGER MONTAGUE PC
1818 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 875-3000
tcollins@bm.net
enoteware@bm.net

Grant Joseph Savoy, Esq. (SBN: 284077)
Shoham J. Solouki, Esq. (SBN: 278538)
SOLOUKI | SAVOY, LLP
316 W. 2nd Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 814-4940
Facsimile: (213) 814-2550
grant@soloukisavoy.com
shoham@soloukisavoy.com

| | |
|---|---|
| 1 | **Attorneys for Defendants-Appellees AT&T Services, Inc. and the AT&T Benefit Plan Investment Committee** |
| 2 | |
| 3 | Nancy G. Ross *(pro hac vice)* |
| 4 | Richard E. Nowak *(pro hac vice)*<br>Jed W. Glickstein *(pro hac vice)* |
| 5 | Mayer Brown LLP |
| 6 | 71 South Wacker Drive<br>Chicago, IL 60606 |
| 7 | Telephone: (312) 782-0600 |
| 8 | Facsimile: (312) 701-7711<br>*nross@mayerbrown.com* |
| 9 | *rnowak@mayerbrown.com* |
| 10 | *jglickstein@mayerbrown.com* |
| 11 | |
| 12 | John Nadolenco (SBN 181128)<br>350 South Grand Ave |
| 13 | 25th Floor |
| 14 | Los Angeles, CA 90071-1503<br>Telephone: (213) 229-9500 |
| 15 | Facsimile: (213) 625-0248 |
| 16 | *jnadolenco@mayerbrown.com* |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |