UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 19 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT J. BUGIELSKI; CHAD S. SIMECEK, individually as participants in the AT and T Retirement Savings Plan and as a representatives of all persons similarly situated, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> AT&T SERVICES, INC.; AT&T BENEFIT PLAN INVESTMENT COMMITTEE, <br><br> Defendants-Appellees. | No.   21-56196 <br><br> D.C. No. 2:17-cv-08106-VAP-RAO <br> Central District of California, Los Angeles <br><br> ORDER |

Before: PAEZ and BADE, Circuit Judges, and R. COLLINS,[*] District Judge.

The motions for leave to file briefs as amici curiae in support of Defendant-Appellees' petition for panel rehearing or rehearing en banc are **GRANTED**. See Fed. R. App. P. 29(b). The clerk of court shall file the briefs submitted by the Chamber of Commerce of the United States of America, Dkt. 60, and the ERISA Industry Committee, the American Benefits Council, the Society of Professional Asset Managers and Recordkeepers, and the Committee on Investment of Employee Benefit Assets, Dkt. 62.

---

[*] The Honorable Raner C. Collins, United States District Judge for the District of Arizona, sitting by designation.