GIBSON, DUNN & CRUTCHER LLP

ASHLEY E. JOHNSON (*Pro Hac Vice*)
   AJohnson@gibsondunn.com
KARL G. NELSON (*Pro Hac Vice*)
   KNelson@gibsondunn.com
2001 Ross Avenue, Suite 2100
Dallas, Texas  75201
Telephone:  214.698.3100
Facsimile:  214.571.2900

JENNAFER M. TRYCK, SBN 291088
   JTryck@gibsondunn.com
3161 Michelson Drive
Irvine, California  92612-4412
Telephone:  949.451.3800
Facsimile:  949.451.4220

Attorneys for Defendants
AT&T, INC., AT&T SERVICES, INC., and
AT&T BENEFIT PLAN INVESTMENT
COMMITTEE

SCHNEIDER WALLACE COTTRELL KONECKY LLP

JOHN J. NESTICO (*Pro Hac Vice*)
   jnestico@schneiderwallace.com
6000 Fairview Road, Suite 1200
Charlotte, North Carolina 28210
Telephone:  510.740.2946
Facsimile:  415.421.7105

TODD M. SCHNEIDER (SBN: 158253)
JASON H. KIM (SBN: 220279)
JAMES A. BLOOM (SBN: 311051)
   tschneider@schneiderwallace.com
   jkim@schneiderwallace.com
   jbloom@schneiderwallace.com
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: 415.421.7100

Attorneys for Plaintiffs JULIO C. ALAS et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO C. ALAS, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>AT&T, INC., AT&T SERVICES, INC., and AT&T BENEFIT PLAN INVESTMENT COMMITTEE,<br><br>   Defendants. | CASE NO. 2:17-cv-08106-SPG-RAO<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTIONS**<br><br>The Honorable Sherilyn Peace Garnett |

Pursuant to the Court's order, instructing the parties to "meet and confer regarding briefing their respective summary judgment motions and file a joint briefing schedule by June 13, 2025," Dkt. 271, the parties respectfully submit this joint stipulation of briefing schedule for summary judgment motions.  The parties met and conferred about a proposed schedule via Zoom on June 10, 2025, and then continued to discuss the summary-judgment schedule over subsequent days via email.   After meeting and conferring, the parties agree to the following briefing schedule for motions for summary judgment:

Meet and Confer Deadline:        **August 15, 2025**

Opening Briefs Deadline:          **September 29, 2025**

Responsive Briefs Deadline:       **November 13, 2025**

Filing Deadline:                  **November 19, 2025**

Reply Briefs Deadline:            **December 10, 2025**

Hearing Date:                     **December 31, 2025** (or any date thereafter at the Court's convenience).

Gibson, Dunn &
Crutcher LLP

JOINT STIPULATION REGARDING
BRIEFING SCHEDULE FOR
SUMMARY JUDGMENT MOTIONS

2

2:17-cv-08106-SPG-RAO

1    DATED: June 13, 2025                    GIBSON DUNN & CRUTCHER LLP

2
                                            By: /s/ Jennafer M. Tryck
3

4                                           ASHLEY E. JOHNSON (*Pro Hac Vice*)
                                               AJohnson@gibsondunn.com
5                                           KARL G. NELSON (*Pro Hac Vice*)
                                               KNelson@gibsondunn.com
6                                           Gibson Dunn & Crutcher LLP
                                            2001 Ross Avenue, Suite 2100
7                                           Dallas, Texas 75201
                                            Telephone:  214.698.3100
8                                           Facsimile:   214.571.2900

9                                           JENNAFER M. TRYCK, SBN 291088
                                               JTryck@gibsondunn.com
10                                          Gibson Dunn & Crutcher LLP
                                            3161 Michelson Drive
11                                          Irvine, California  92612-4412
                                            Telephone:  949.451.3800
12                                          Facsimile:   949.451.4220

13                                          Attorneys for Defendants AT&T INC.,
                                            AT&T SERVICES, INC., and AT&T
14                                          BENEFIT PLAN INVESTMENT
                                            COMMITTEE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: June 13, 2025

*/s/ John Nestico (with consent)*

JOHN J. NESTICO
    jnestico@schneiderwallace.com
SCHNEIDER WALLACE
COTTRELL KONECKY, LLP
2138 Harris Rd.
Charlotte, NC 28211
Telephone: (704) 840-5263

TODD M. SCHNEIDER (SBN: 158253)
    tschneider@schneiderwallace.com
JASON H. KIM (SBN: 220279)
    jkim@schneiderwallace.com
JAMES A. BLOOM (SBN: 311051)
    jbloom@schneiderwallace.com
SCHNEIDER WALLACE COTTRELL
KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100

NATALIE LESSER
    nlesser@bm.net
BERGER MONTAGUE PC
1818 MARKET STREET
SUITE 3600
Philadelphia, PA 19103
Telephone: (215) 867-3079

ALEXANDRA K. PIAZZA
    apiazza@bm.net
BERGER MONTAGUE PC
8241 La Mesa Blvd., Suite A
La Mesa, CA 91942
Telephone: (215) 875-3063

ERIC LECHTZIN (SBN 248958)
    elechtzin@edelson-law.com
EDELSON LECHTZIN LLP
411 South State Steet
Suite N-300
Newtown, PA 18940
Telephone: (215) 867-2399

GRANT JOSEPH SAVOY (SBN: 284077)
SHOHAM J. SOLOUKI (SBN: 278538)
    shoham@solouki.com
SOLOUKI │ SAVOY, LLP
316 W. 2nd Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 814-4940

Attorneys for Plaintiffs Robert J. Bugielski and Chad Simicek

JOINT STIPULATION REGARDING
BRIEFING SCHEDULE FOR
SUMMARY JUDGMENT MOTIONS

4

2:17-cv-08106-SPG-RAO