# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO C. ALAS,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>AT&T, INC., AT&T SERVICES, INC., and AT&T BENEFIT PLAN INVESTMENT COMMITTEE,<br><br>　　　　　　　　　Defendants. | Case No. 2:17-cv-08106-SPG-RAO<br><br>**ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTIONS [ECF NO. 273]** |

　　　　Before the Court is the parties' Joint Stipulation Regarding Briefing Schedule for Summary Judgment Motions (ECF No. 273 ("Stipulation")). The Court, having considered the Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

　　　　The parties shall submit any motions for summary judgment and accompanying briefing in accordance with the following deadlines:

　　　　<u>Meet and Confer Deadline</u>:　　**August 15, 2025**
　　　　<u>Opening Briefs Deadline</u>:　　**September 29, 2025**
　　　　<u>Responsive Briefs Deadline</u>:　　**November 13, 2025**
　　　　<u>Filing Deadline</u>:　　**November 19, 2025**

| | | |
|---|---|---|
| | Reply Briefs Deadline: | **December 10, 2025** |
| | Hearing Date: | **January 14, 2026** |

**IT IS SO ORDERED.**

Dated: June 16, 2025

                                                      *[signature]*
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE